(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Archibald Candy Corporation, a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   36-0743280 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1137 Jackson Boulevard<br>Chicago, IL 60607 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

NO DISKETTE

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/28/2004
Time: 15:16:47
Debtor: ARCHIBALD CANDY CORPORA
Case: 04-03200
Chapter: 11 Rec. # 3058726
Judge: Bruce Black   Fee: 839

1:04BK03200-BK001

(Official Form 1) (12/03)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **FORM B1, Page 2**<br>Archibald Candy Corporation, a Delaware corporation |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  District of Delaware | Case Number:<br>02-11720 | Date Filed:<br>6/12/02 |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>Archibald Candy Corporation | Case Number:<br>02-11720 | Date Filed:<br>6/12/02 |
| District:<br>District of Delaware | Relationship: | Judge:<br>Kevin J. Carey |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____(signature)_____
Signature of Attorney
Signature of Attorney for Debtor(s)
John P. Sieger 6240033
Printed Name of Attorney for Debtor(s)
Jenner & Block
Firm Name
One IBM Plaza
Chicago, IL 60661
Address
312-222-9350  Fax: 312-527-0484
Telephone Number
1-28-04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____(signature)_____
Signature of Authorized Individual
Richard J. Anglin
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 04 B _____ |
| ARCHIBALD CANDY CORPORATION, *et al.*[1] | ) |
|  | ) Chapter 11 |
| Debtors. | ) |
|  | ) Jointly Administered |
| _____ | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtors' creditors holding the 20 largest unsecured claims. The list was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured creditors as of January 17, 2004.

| Name of creditor & complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Parcel Service<br>Attn: Javier Rivota<br>1400 South Jefferson St<br>Chicago, IL 60607-5189<br>Phone: 312-942-7733<br>Fax: 312-942-7721 |  | Trade Debt |  | $980,825.26 |
| Blommer Chocolate Company<br>Attn: Rick Blommer<br>600 West Kinzie Street<br>Chicago, IL 60610<br>Phone: 312-226-7700<br>Fax: 312-226-5357 |  | Trade Debt |  | $856,443.96 |
| Jefferies & Company<br>Attn: Andrew Whittaker<br>11100 Santa Monica Blvd.<br>Los Angeles, CA 90025<br>Phone: 310-575+5200<br>Fax: 310-575-5165 |  | Trade Debt |  | $607,189.46 |

---

[1] The Debtors are the following entities: Archibald Candy Corporation, a Delaware corporation, ("Archibald") and Laura Secord Holdings Corp., a Delaware corporation ("LSH").

| Name of creditor & complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Superior Nut and Candy Attn: Richard Slayton 1111 West 40th Street Chicago, IL 60609 Phone: 773-254-7900 Fax: 773-254-9171 | | Trade Debt | | $465,889.97 |
| XPEDX Attn: Don Krihak 180 Exchange Boulevard Glendale Heights, IL 60139 Phone: 630-480-8440 Fax: 630-480-8450 | | Trade Debt | | $317,833.52 |
| Arandell Corp. Attn: Bobbi Pfeiffer N82 W13118 Leon Rd. Menomonee Falls, WI 53051 Phone: 262-255-4400 Fax: 262-255-8218 | | Trade Debt | | $312,557.65 |
| Merckens Chocolate (ADM Cocoa) Attn: Bill Ryan 12500 West Carmen Avenue Milwaukee, WI 53225-6199 Phone: 414-358-5700 Fax: 414-358-5755 | | Trade Debt | | $269,554.73 |
| Ambrosi Attn: Claire Wexler 200 W. Jackson Blvd., Ste. 800 Chicago, IL 60609 Phone: 312-260-4527 Fax: 312-360-0977 | | Trade Debt | | $222,946.00 |
| Graph-Pak Corporation Attn: John Hewitt 11250 Addison Street Franklin Park, IL 60131 Phone: 847-451-7400 Fax: 847-451-0520 | | Trade Debt | | $139,872.24 |
| Creative Resource, Inc. Attn: Vasiliki Diamantis 9449 Brookpark Road Suite C Parma, OH 44129 Phone: 216-929-0095 Fax: 216-929-0086 | | Trade Debt | | $137,053.19 |
| Thompson Candy Company Attn: Tony Ganino 80 South Vine Street Meriden, CT 06451 Phone: 800-648-4058 Fax: 203-230-2492 | | Trade Debt | | $136,304.71 |

10121903

| Name of creditor & complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John B. Sanfilippo & Son, Inc.<br>Attn: Jeffrey Sanfilippo<br>2299 Busse Road<br>Elk Grove Village, IL 60007<br>Phone: 847-593-2300<br>Fax: 847-593-3085 | | Trade Debt | | $132,066.40 |
| SW Worldview, Inc.<br>Attn: June Park<br>333 N. Michigan Avenue<br>Suite 1117<br>Chicago, IL 60601<br>Phone: 312-422-9800<br>Fax: 312-422-8009 | | Trade Debt | | $111,038.76 |
| Transparent Container Co. Inc.<br>Attn: Jerry Jacks<br>31006 Network Place<br>Chicago, IL 60673-1310<br>Phone: 708-449-8520<br>Fax: 312-666-3163 | | Trade Debt | | $102,953.51 |
| Nestle Confectionery<br>Attn: Paul Petropoulos<br>1500 Birchmount Road<br>Scarborough, ON M1P 2N5<br>Phone: 416-285-2548<br>Fax: 416-285-2535 | | Trade Debt | | $92,416.33 |
| Jelly Belly Candy Company<br>Attn: Rich Smales<br>1 Jelly Belly Lane<br>Fairfield, CA 94533-6741<br>Phone: 972-673-0952<br>Fax: 707-423-4436 | | Trade Debt | | $84,423.50 |
| Vue-Craft Products Ltd.<br>Attn: Jerry Shuman<br>Phone: 416-789-7163<br>Fax: 416-781-0487<br>15 Colville Road<br>Toronto, ON M6M 2Y2 | | Trade Debt | | $78,921.90 |
| Dollins Pecans<br>Attn: Odie Dollins<br>308 S.Houston<br>Comanche, TX 76442<br>Phone: 325-356-5291<br>Fax: 325-356-3974 | | Trade Debt | | $69,985.99 |
| T.M. Duche Nut<br>Attn: Steve Spellman<br>1502 S. Railroad Ave.<br>Orland, CA 95963<br>Phone: 530-865-5511<br>Fax: 530-865-7864 | | Trade Debt | | $69,426.00 |
| United Packaging Co.<br>Attn: Joe Weitzel<br>600 Pratt Ave. N.<br>Schaumburg, IL 60193<br>Phone: 708-924-1720<br>Fax: 847-301-3750 | | | | $66,590.25 |

10121903

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: _____ 1/28/04 _____          Signature: _____

Richard J. Anglin
Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

J0121903                                4