## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 04 B 03200 |
| | ) |
| ARCHIBALD CANDY CORPORATION, *et al.*[1] | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) **Hearing Date: July 27, 2004 @ 10:30 a.m.** |
| | ) **Objection Deadline: July 26, 2004 @ 12:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 27, 2004 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis and present the attached **Debtors' Motion for Entry of Order Modifying the Final Order Authorizing (A) Secured Post-Petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364** in Courtroom 644 at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, at which time and place you may appear if you see fit.

Dated: July 21, 2004

Respectfully submitted,

ARCHIBALD CANDY CORPORATION
LAURA SECORD HOLDINGS CORP.

Debtors and Debtors in Possession

By: _Ul · Purk_____

Mark K. Thomas (ARDC # 06181453)
John P. Sieger (ARDC # 06240033)
Michael C. Rupe (ARDC # 06271421)
Peter A. Siddiqui (ARDC # 06278445)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  60610
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Counsel for the Debtors and Debtors in Possession

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 21 2004
KENNETH S. GARDNER, CLERK
PS REP. - MJ

---

[1]    The Debtors are the following entities: Archibald Candy Corporation, a Delaware corporation, and Laura Secord Holdings Corp., a Delaware corporation.

## CERTIFICATE OF SERVICE

I, Michael C. Rupe, certify that I caused a copy of the foregoing **Notice of Motion** and

**Motion for Entry of Order Modifying the Final Order Authorizing (A) Secured**

**Post-Petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) Use of**

**Cash Collateral Pursuant to 11 U.S.C. § 363 and (C) Grant of Adequate Protection**

**Pursuant to 11 U.S.C. §§ 363 and 364** to be served upon the parties on the attached Service List

by facsimile on July 21, 2004.

_____
Michael C. Rupe

## Core Service List

**Counsel to the U.S. Trustee**
Gretchen Silver
Office of United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Telephone: 312-886-5785
Facsimile: 312-886-5794
E-Mail: gretchen.silver@usdoj.gov

**Counsel to the Committee of Unsecured Creditors**
Cathy Herschcopf
Melissa Harrison
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: 212-479-6138
Facsimile: 212-479-6275
chershcopf@kronishlieb.com

**Counsel to the Committee of Unsecured Creditors**
Barbara L. Yong
Field & Golan
70 W. Madison St., Suite 1500
Chicago, IL 60602
Telephone: 312-263-2300
Facsimile: 312-263-0939
blyong@fieldgolan.com

**Counsel to Delaware Street Capital**
George N. Panagakis
Chris Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411

**Counsel to LaSalle Business Credit LLC**
Latham & Watkins
Josef S. Athanas
Sears Tower
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Counsel to Ad Hoc Bondholders Committee**
Alexander D. Kerr, Jr.
Jeffrey B. Rose
Lawrence R. Drumm
Tishler & Wald, Ltd.
200 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-876-3800
Facsimile: 312-876-3816

Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110
Telephone: 617-951-7000
Facsimile: 617-951-7050

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 04 B 03200 |
|  | ) |
| ARCHIBALD CANDY CORPORATION, *et al.*[1] | ) Chapter 11 |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Hon. Pamela S. Hollis |
|  | ) |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 21 2004
KENNETH S. GARDNER, CLERK
PS REP. - MJ

### MOTION FOR ENTRY OF ORDER MODIFYING THE FINAL
### ORDER AUTHORIZING (A) SECURED POST-PETITION FINANCING ON A
### SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH
### COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF
### ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors")

hereby move (the "Motion") this Court for entry of an order (the form of which is attached

hereto) Modifying the Final Order Authorizing (a) Secured Post-Petition Financing on a Super

Priority Basis Pursuant to 11 U.S.C. § 364, (b) Use of Cash Collateral Pursuant to 11 U.S.C.

§ 363 and (c) Grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364 [*Docket No.

181*] (the "Final DIP Order"). As set forth more fully below, the proposed modification releases

certain of the Debtors' secured lenders from all liability under any Carve-Out provisions of the

Final DIP Order and modifies the Final DIP Order so that a Loan Payment Date does not result

in a Carve-Out Event (capitalized terms not otherwise defined herein shall have the meanings

ascribed to such terms in the Final DIP Order). In support of this Motion, the Debtors

respectfully represent as follows:

---

[1] The Debtors are the following entities: Archibald Candy Corporation, a Delaware corporation, and Laura
Secord Holdings Corp., a Delaware corporation.

## Jurisdiction

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief sought herein are §§ 361, 362, 363, 364, 506 and 507(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").

## Background

3.      On January 28, 2004 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under the Bankruptcy Code.

4.      On the Petition Date, the Debtors filed their Motion for Interim and Final Orders Authorizing Debtors-in-Possession to (a) Obtain Post-Petition Financing, (b) Use Cash Collateral and (c) Grant Liens and Administrative Claims Pursuant to 11 U.S.C. §§ 363 and 364 (c) [Docket No. 19] (the "DIP Motion").

5.      On January 29, 2004, the Court entered an order granting the DIP Motion on an interim basis [Docket No. 57] and, on February 19, 2004, the Court entered the Final DIP Order granting the DIP Motion on a final basis [Docket No. 181].

## Relief Requested

6.      By this Motion, the Debtors respectfully request that this Court enter an order modifying the Final DIP Order in order to release LaSalle Business Credit, LLC (the "Lender") and the Secured Second Priority Term Loan Holders from their obligations to pay the fees, costs and expenses of certain professionals (the "Professionals") pursuant to the Carve-Out. The Debtors further seek modification such that a Loan Payment Date will not trigger a Carve-Out

Event. The reasons for the proposed modifications, as set forth in detail below, are that the Lender and the Secured Second Priority Term Loan Holders now have been indefeasibly paid in full.

7.      As a result of the Court-approved section 363 sale of the Debtors' Fannie May and Fanny Farmer assets, and as a result of the running of the Investigation Period, (a) the Lender has been indefeasibly paid in full in cash with respect to the Indebtedness, the Lender has received cash collateral in an amount equal to 110% of the undrawn face amount of the Letters of Credit, a Loan Payment Date has occurred with respect to the Lender, and the DIP Indebtedness has been satisfied pursuant to paragraph 6(ii) of the Final DIP Order, and (b) the Term Loan Indebtedness has been indefeasibly paid in full in cash. Accordingly, the Debtors seek to release the Lender and the Secured Second Priority Term Loan Holders from any and all liability in connection with or relating to the Carve-Out and the Debtors further seek to modify paragraph 13(a) of the Final DIP Order as provided in the proposed Order attached hereto.[2]

8.      The Professionals, who are the express third party beneficiaries of the Carve-Out, support the relief sought by this Motion.

---

[2]      The proposed order also provides a mechanism whereby the Lender shall release to the Debtors certain cash that presently collateralizes the undrawn face amount of letters of credit in certain specified circumstances.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other or further relief as is just.

Dated: July 21, 2004

Respectfully Submitted,

ARCHIBALD CANDY CORPORATION
LAURA SECORD HOLDINGS CORP.
Debtors and Debtors-in-Possession

By: _____

Mark K. Thomas (ARDC # 06181453)
John P. Sieger (ARDC # 06240033)
Michael C. Rupe (ARDC # 06271421)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7599

Counsel for the Debtors
and Debtors-in-Possession

1118493

4