UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 04 B 03200 |
| | ) |
| ARCHIBALD CANDY CORPORATION AND | ) Chapter 11 |
| ARCHIBALD MIDDLE HOLDINGS CORP. | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## ORDER APPROVING FINAL APPLICATION OF PARAGON CAPITAL PARTNERS, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AND TO LIMIT NOTICE [EOD 678]

Upon consideration of the Final Application of Paragon Capital Partners, LLC ("Paragon") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses and to Limit Notice (the "Final Paragon Application"; capitalized terms not defined herein have the meanings given in the Final Paragon Application), investment banker for the above-captioned debtors and debtors-in-possession (the "Debtors"), for the period January 29, 2004 through August 6, 2004; the Court having held a hearing thereon (the "Hearing"); and the Court finding that: (i) it has jurisdiction over the matters raised in the Final Paragon Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Final Paragon Application is warranted and is in the best interests of the Debtors, their estates, and their creditors; and (iv) the notice of the Final Paragon Application and the Hearing given by the Debtors was sufficient under the circumstances; and the Court being fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Final Paragon Application is granted in all respects.

2. All objections to the Final Paragon Application or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3. Pursuant to the Stipulation and Final Order Authorizing (A) Secured Post-Petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. § 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364 [EOD 181] (the "Final DIP Order") and the agreements of the parties, Paragon's compensation and expense reimbursement has been paid and/or will be paid from the proceeds of the secured creditors' collateral and as party of the Carve-Out out set forth in the Final DIP Order.

4. For the period January 29, 2004 through August 6, 2004, Paragon is hereby allowed, on a final basis, compensation in the amount of $1,309,951.02 and reimbursement of expenses in the amount of $19,918.35 for a total of $1,329,869.37 (the "Allowed Final Amount"). Paragon is hereby also allowed, on a final basis, 3% of the value of any amounts subsequently received by the Debtors or their estates from the asset sales described in the Final Paragon Application.

5. Within 2 days of the entry of this Order, the Debtors are hereby directed to pay Paragon the unpaid balance of the Allowed Final Amount.

6. This is a final order, binding upon the Debtors, the estates, and any successor trustee(s) appointed in these cases or any subsequent chapter 7 case(s).

7. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Dated: February 3, 2005

ENTERED:

_____
Hon. Pamela S. Hollis
UNITED STATES BANKRUPTCY JUDGE

FEB - 3 2005

Order prepared by:

Mark K. Thomas (ARDC # 6181453)
John P. Sieger (ARDC # 6240033)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Phone: (312) 222-9350
Facsimile: (312) 923-2727

Counsel to Debtors and Debtors-In-Possession