IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 04-03200 |
| ARCHIBALD CANDY CORPORATION, et al. | ) | Jointly Administered |
| | ) | Chapter 11 |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: June 7, 2005 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service Lists

**PLEASE TAKE NOTICE** that on June 7, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Pamela Hollis, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604, and shall present the First and Final Fee Application of BDO SEIDMAN, LLP, Accountant to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period February 5, 2004 through April 30, 2005, a copy of which is attached, and counsel shall request the entry of an order granting the relief requested therein, at such time and place you may appear as you see fit.

Dated: May 13, 2005

Barbara L. Yong, Esq.- 06184000
Caren A. Lederer, Esq. - 6244631
FIELD & GOLAN LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4206
(312) 263-2300

## CERTIFICATE OF SERVICE

I, Barbara L. Yong, an attorney, certify that on May 13, 2005, I caused a copy of the attached Notice of Motion, BDO Seidman, LLP's Cover Sheet for First and Final Fee Application of Accountant to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period February 5, 2004 through April 30, 2005 and the First and Final Fee Application of BDO Seidman, LLP, Accountant to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period February 5, 2004 through April 30, 2005, to be served upon the parties identified on the attached Core Service List via U.S. Regular Mail, postage pre-paid.

I also certify that I caused a copy of the attached Notice of Motion and BDO Seidman, LLP's Cover Sheet for First and Final Fee Application of Accountant to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period February 5, 2004 through April 30, 2005 to be served upon the parties listed on the 2002 Service List via U.S. Regular Mail, postage pre-paid. Any party listed on the 2002 Service List may receive the entire application by contacting the undersigned counsel.

Barbara L. Yong

{00040007.DOC /}
00031896.WPD /

## Core Service List

**Counsel to the U.S. Trustee**
Gretchen Silver
Office of United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Telephone: 312-886-5785
Facsimile: 312-886-5794
E-Mail: gretchen.silver@usdoj.gov

**Counsel to Archibald Candy Corporation**
Mark Thomas / John P. Sieger
Michael C. Rupe
Timothy J. Chorvat / Peter A. Siddiqui
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
f: 312-527-0484

**Counsel to the Committee of Unsecured Creditors**
Cathy Herschcopf
Melissa Harrison
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: 212-479-6138
Facsimile: 212-479-6275
chershcopf@kronishlieb.com

**Counsel to Delaware Street Capital**
George N. Panagakis
Chris Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411

**Counsel to LaSalle Business Credit LLC**
Latham & Watkins
Josef S. Athanas
Sears Tower
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Counsel to Ad Hoc Bondholders Committee**
Alexander D. Kerr, Jr.
Jeffrey B. Rose
Lawrence R. Drumm
Tishler & Wald, Ltd.
200 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-876-3800
Facsimile: 312-876-3816

Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110
Telephone: 617-951-7000
Facsimile: 617-951-7050

**Counsel to M&M Meatshops**
Michael M. Eidelman
Vedder Price Kaufman & Kammholz, PC
222 N. LaSalle St.
Chicago, IL 60601
Telephone: 312-609-7636
Facsimile: 312-609-5005
meidelman@vedderprice.com

William J. Factor
Seyfarth Shaw
55 E. Monroe St., Suite 4200
Chicago, IL 60603
Telephone: 312-269-8973
Facsimile: 312-269-8869
wfactor@seyfarth.com

Jay Swartz
Davies Ward Phillips & Vineberg LLP
1 First Canadian Place, 44th Floor
P.O. Box 63
Toronto, ON M5X 1B1
CANADA
Telephone: 416-863-5520
Facsimile: 416-863-0871

## 2002 Service List

Thomas M Joyce & Associates
333 N. Michigan Ave., Suite 2032
Chicago, IL 60601
Telephone: 312-641-5754
Facsimile: 312-726-9520

Thomas J. Hunziker
Dunkley Bennett Christensen & Madigan
701 Fourth Ave., South, Suite 700
Minneapolis, MN 55415
Telephone: 612-339-1290
Facsimile: 612-339-9545

Marty J. Schwartz
Three First National Plaza
Suite 3700
Chicago, IL 60602
Telephone: 312-558-4293
Facsimile: 312-558-7750

Neal J. White
McDermott Will & Emery
227 W. Monroe
Chicago, IL 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

Tracy Sandler
Osler Hoskin & Harcourt LLP
P.O. Box 50
1 First Canadian Place
Toronto, ON M5X 1B8
CANADA
Telephone: 416-362-2111
Facsimile: 416-862-6666

**Counsel to Russell Stover Candies, Inc.**
Brian Fenimore
Lathrop & Gage KC
2345 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-292-2000
Facsimile: 816-292-2001

**Counsel to Alpine Confections, Inc.**
Jonathan C. Bolton
Zack Clement
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: 713-651-5151
Facsimile: 713-651-5246
E-Mail: Jbolton@fulbright.com

**Counsel to Alpine Confections, Inc.**
James E. Stempel
Kirkland & Ellis
200 E. Randolph St.
Chicago, IL 60601
Telephone: 312-861-2440
Facsimile: 312-861-2200
jstempel@kirkland.com

David D. Almroth
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

Robert B. Greenberg
Susan Brannigan
Marvin Gittler
Asher Gittler Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
Telephone: 312-263-1500
Facsimile: 312-263-1520

Gerald B. Lurie
Piper Rudnick LLP
203 N. La Salle St., Suite 1800
Chicago, IL 60601
Telephone: 312-368-4092
Facsimile: 312-236-7516

**Counsel to Lorenzo Allison**
Jason M.P. Kleinberg
Law Offices of Scott T. Kamin
53 W. Jackson Blvd., Suite 1162
Chicago, IL 60604
Telephone: 312-322-0077
Facsimile: 312-322-1041

Jeffery M. Burke
Teamsters Local Union 705
1645 W. Jackson Blvd.
Chicago, IL 60607
Facsimile: 312-738-1196

**Counsel for Blommer Chocolate Co.**
David W. Wirt
Michael W. Jones
Winston & Strawn
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

**Counsel to Chicago Ridge 035 Partners, LP**
Kevin M. Newman, Esq.
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Charlestowne Mall, LLC, Great
Northern PSE, LLC, Greece Ridge, LLC, The
Marketplace, Shoppingtown Mall, LLC**
Thomas W. Daniels
Francis L. Gorman, III
1265 Scottsville Rd.
Rochester, NY 14624
Telephone: 585-464-9400
Facsimile: 585-464-8787

**Counsel to Health Care Serv. Corp. d/b/a Blue
Cross Blue Shield of Illinois**
R. Scott Alsterda
Alex Pirogovsky
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Telephone: 312-977-4400
Facsimile: 312-977-4405

**Attorney for Hartney Fuel Oil Co**
Mark J. Rose
200 W. Adams St., Suite 2850
Chicago, IL 60606
Facsimile: 312-704-8233

**Counsel to The Rouse Co. Affiliates and
Wilmorite Property Management, LLC**
David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St., 5th Floor
Philadelphia, PA 19103
Telephone: 215-864-8623
Facsimile: 215-864-8999

**Counsel to Simon Property Group, L.P.**
Ronald M. Tucker
115 W. Washington St.
Indianapolis, IN 46204
Telephone: 317-263-2346
Facsimile: 317-263-7901
rtucker@simon.com

**Counsel to Simon Property Group, L.P.**
Kevin E. Posen
Harold Stotland
Teller Levit & Silvertrust, PC
11 E. Adams St., Suite 800
Chicago, IL 60603
Telephone: 312-922-3030
Facsimile: 312-922-3048

**Counsel to Taubman Landlords Woodfield Mall
LLC**
Andrew S. Conway
Miro Weiner & Kramer
38500 Woodward Ave., Suite 100
Bloomfield Hills, MI 48303-0908
Telephone: 248-646-2681
Facsimile: 248-646-7887
aconway@mirolaw.com

**Counsel to Transparent Container Co., Inc.**
Gary M. Vanek
Schnell Bazos Freeman Kramer
   Schuster & Vanek
1250 Lake Ave., Suite 100
Elgin, IL 60123
Telephone: 847-742-8800
Facsimile: 847-742-9777

**Counsel to PBGC**
Rosemary Phillips
Office of General Counsel
Pension Benefit Guaranty Corporation
1200 K St., NW
Washington, DC 20005-4026
Telephone: 202-326-4020, Ext. 3094
Facsimile: 202-326-4112
phillips.rosemary@pbgc.gov

**Counsel to PBGC**
Joel R. Nathan
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Telephone: 312-353-8449
Facsimile: 312-353-2067
joel.nathan@usdoj.com

Steven Christenholz
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-4059
Facsimile: 312-236-7516
steven.christenholz@piperrudnick.com

Marc Fenton
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7082
Facsimile: 312-236-7516
marc.fention@piperrudnick.com

**Counsel to Lakeside Mall, LLC, Ridgedale
Center, LLC and Water Tower, LLC**
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Facsimile: 410-992-6392

**Counsel to LaSalle Bank, Trustee
(Store No. 1200)**
Jeffrey D. Hupert
Riordan Fulkerson Smith & Coleman
100 N. La Salle St., 23rd Floor
Chicago, IL 60602
Telephone: 312-346-4740
Facsimile: 312-346-1168

**Counsel to Urban Retail Properties, Co.
and Dika Jefferson LLC**
Holly L. Tomchey
David J. Fischer
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
Tomchey@wildmanharrold.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 West Monroe St.
Chicago, IL 60661-3693
Telephone 312-902-4623
Facsimile No. 312-902-1061

**Counsel to Kimco North Trust II and Bustleton
Partners**
William J. Ulrich, Jr., Esq.
William R. Brodzinski, Esq.
Mulherin Rehfeldt & Varchetto, PC
211 S. Wheaton, Suite 200
Wheaton, IL 60187
Telephone: 630-653-9300
Facsimile: 630-653-9316
wulrich@mrvlaw.com
wbrodzinski@mrvlaw.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: 312-902-5623
Facsimile: 312-902-1061

**Counsel to Prudential Ins. Co. of Am.
and Westfield Corp.**
Brian D. Huben
Katten Muchin Zavis Rosenman
2029 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: 310-788-4771
Facsimile: 310-788-4471

**Counsel for the City of Chicago**
Esther E. Tryban Telser
City of Chicago Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602
Telephone: 312-744-1846
Facsimile: 312-744-6798
etrybantelser@cityofchicago.org

**Counsel to Grandview Court L.P.**
Joseph D. Frank
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8062
Facsimile: 312-269-1747
jfrank@ngelaw.com

**Counsel to Castleton Shoppes, LP**
Jeffrey J. Graham
Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699

**Counsel to Inland Real Estate Corp.**
Jonathan E. Aberman
Foley & Lardner
321 N. Clark St., Suite 2800
Chicago, IL 60610-4714
Telephone: 312-832-4394
Facsimile: 312-832-4700

**Counsel to Inland Real Estate Corp.**
David J. Kayner
Inland Real Estate Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523
Telephone:
Facsimile: 630-218-7357

**Counsel to Ramco-Gershenson Properties, L.P.
and Newburgh/Six Mile, L.P.**
Terrance A. Hiller, Jr.
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488
tah@kompc.com

Steven A. Ginther
Counsel to Missouri Dept. of Revenue
Missouri Dept. of Revenue
301 W. High St., Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
Telephone: 573-751-5531
Facsimile: 573-751-7232

**Counsel to Urban Retail Properties Co.**
Holly L. Tomchey
David J. Fischer
Wildman Harrol Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
tomchey@wilmanharrold.com

**Counsel to The Rouse Company**
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Telephone: 410-992-6332
Facsimile: 410-992-6392

**Counsel to Chicago Ridge 035 Partners**
Kevin M. Newman
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Village of Park Forest**
Susan W. Glover
Robbins Schwartz Nicholas
    Litton & Taylor, Ltd.
179 N. Chicago St.
Joliet, IL  60432
Telephone:  815-722-6560
Facsimile:  815-722-0450

**Counsel to Gurnee Mills Operating Co.**
Courtenay M. Labson
1300 Wilson Blvd., Suite 400
Arlington, VA  22209
Telephone:  703-526-5245
Facsimile:  703-526-3333

**Counsel to IBM Corp.**
Beverly H. Shideler
Two Lincoln Center
Oakbrook Terrace, IL  60618
Telephone:  630-568-1514
Facsimile:  845-491-3275
bhshide@us.ibm.com

Bill Angelowitz
Daily Insights, Inc.
JAF Box 3127
New York, NY  10116
Telephone:  212-714-9828
Facsimile:  212-714-9827
wangelow@keacapital.com

**Counsel to Madelaine Chocolate Novelties, Inc.**
Warren R. Graham
Davidoff & Malito LLP
605 Third Ave., 34th Floor
New York, NY 10158
Telephone:  212-557-7200
Facsimile:  212-286-1884
wrg@dmlegal.com

**Counsel to SEC**
Jolene M. Wise
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL  60604
Telephone:  312-886-3948
Facsimile:  312-353-7398
E-Mail:  wisej@sec.gov

**Counsel to PREIT-Rubin, Inc./PR Valley View LP**
Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers
LLP
260 S. Broad St.
Philadelphia, PA  19102-5003
Telephone:  215-569-4493
Facsimile:  215-568-6603

**Counsel to Hilton Hotels Corp.**
Lawrence H. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA  92612
Telephone:  949-798-0500
Facsimile:  949-798-0511

**International Brotherhood**
Robert A. Seltzer
Cornfield & Feldman
25 E. Washington St., Suite 1400
Chicago, IL  60602-1708
Telephone:  312-236-7800
Facsimile:  312-236-6686

Lise Vautour
SITQ
Centre CDP Capital
1001, Square Victoria, Bureau C-500
Montréal, Québec H2Z 2B1
CANADA
Telephone:  514-288-6767
Facsimile:  514-288-7675

**Counsel to Certain Priority Wage Claimants**
Thaddeus J. Hunt
Law Offices of Thaddeus J. Hunt
120 S. State St., 4th Floor
Chicago, IL  60603
Telephone:  312-236-9906
Facsimile:  312-236-1176
E-Mail:  huntlaw@innoport.com

**Counsel to Arandell Corp.**
Steve Kailas
Kohner Mann & Kailas, S.C.
1572 E. Capitol Dr.
P.O. Box 11982
Milwaukee, WI 53211-0982
Telephone: 414-962-5110
Facsimile: 414-962-8725

**Counsel to Zurich American Insurance Company**
Margaret M. Anderson
Sheila M. Maloney
Lord Bissel & Brook
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-443-0402
Facsimile: 312-896-6402
panderson@lordbissell.com

**Counsel to Columbus Limited Partnership**
Paul S. Magy
Matthew W. Schlegel
Terrance A. Hiller, Jr.
Matthew E. Thompson
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488

**Counsel to Columbus Limited Partnership**
Synde B. Keywell
Neal Geerber & Eisenberg LLP
2 N. La Salle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8003
Facsimile: 312-269-1747

**Counsel for Local 705**
Jeffrey B. Gilbert
Phillip H. Snelling
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Avenue, Suite 1310
Chicago, IL 60603
(312)578-8100

**Counsel for DM of Indiana, Inc.**
Michael A. Fish
Terrell & Thrall, LLP
1158 W. Lincolnway, Suite One
Valparaiso, IN   46385
Telephone: 219-465-1766
Facsimile: 219-465-0145

Neil Herskowitz
Riverside Contracting LLC
P.O. Box 626
Planetarium Station
New York, NY   10024-0540
Telephone: 888-501-0990
Facsimile: 212-501-7088

**BDO SEIDMAN, LLP**
JERRY D'AMATO
WILLIAM K. LENHART
DAVID E. BERLINER
330 Madison Avenue - 10th Floor
New York, N.Y. 10017
Telephone Number:   (212) 885-8000
Facsimile Number:   (212) 697-1299

Accountants for the Creditors' Committee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.   04-03200 |
| | ) | ( Jointly Administered ) |
| ARCHIBALD CANDY CORPORATION, et | ) | |
| al | ) | Chapter 11 |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| | ) | |

APPLICATION OF BDO SEIDMAN, LLP FOR APPROVAL OF
FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
ACCOUNTANTS FOR THE CREDITORS' COMMITTEE FOR THE PERIOD
FEBRUARY 5, 2004 THROUGH APRIL 30, 2005

TO THE HONORABLE PAMELA S. HOLLIS,

UNITED STATES BANKRUPTCY JUDGE:

The independent public accounting firm of BDO Seidman, LLP ("BDO") hereby submits

its First and Final Application for Approval of Compensation and Reimbursement of

Expenses as Accountants for the Creditors' Committee for the period February 5, 2004

through April 30, 2005 ("First and Final Application for Compensation").  BDO

respectfully represents:

I.

## INTRODUCTORY STATEMENT

1.  BDO's Financial Recovery Services Group ("FRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy. FRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructuring. FRS has developed the methodologies, resources and expertise required for operational and financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2.  The Debtor filed their Voluntary Chapter 11 under Title 11 of the United States Code and an order for relief under Chapter 11 was entered.

3.  By application, the Creditors' Committee sought authority to retain BDO as their accountants/financial advisors to render services specified in the Application For Order Approving Employment of Accountants (the "Employment Application"). An order, effective as of February 5, 2004 was duly signed and entered by this Court authorizing the retention of BDO.

4.  This is BDO's First and Final Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Creditors' Committee. BDO makes this Application pursuant to the provisions of 11 U.S.C. sections 327 through 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and this Court's Guidelines Pertaining To Requests For Compensation and Expense By Professionals.

5. Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" and "B".

II

## SUMMARY OF SERVICES RENDERED

6. By this Application for Final Compensation, BDO seeks approval and payment for (a) compensation for services rendered from February 5, 2004 through April 30, 2005 and (b) reimbursement for certain expenses incurred during the same period.

7. In rendering the services for which compensation is sought, partners, senior managers, managers, seniors, and staff of BDO spent 1,062.8 hours from February 5, 2004 through April 30, 2005. The time charges for such services, computed at BDO's standard hourly rates are $264,473.50. In addition, BDO incurred ordinary and necessary expense in connection with the case of $58.00. These fees and expenses represent total costs incurred during this period of $264,531.50. Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis. A detailed statement of expenses is annexed as Exhibit B.

8. BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO. A list of the hourly rate is as follows:

| Partners | $355 - 625 |
| Senior Managers | $230 - 510 |
| Managers | $210 - 345 |
| Seniors | $150 - 255 |
| Staff | $ 95 - 195 |

9.  The compensation BDO seeks is reasonable and is for actual and necessary services rendered by BDO.  All of the services performed by BDO have been beneficial to the parties to these proceedings and have enabled the case to proceed.

10.  The size and complexity of the Debtor's case as well as the numerous and complex issues of accounting required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of this case have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

11.  During the period from February 5, 2004 through April 30, 2005, BDO provided services of a general nature to the Creditors' Committee, as set forth below:

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE<br>Schedules of unsecured claims were updated, the claims register was reviewed, a summary of priority and large claims was prepared and landlord claims were reviewed. | 12.7 | 3,344.50 |
| B. | TAX ISSUES<br>Analyzed and discussed various tax issues. | 4.3 | 2,339.50 |

|   |   | HOURS | AMOUNT |
|---|---|---|---|
| C. | **TRADE PREFERENCES**<br>Preparation of schedules of potential preference payments to trade creditors inclusive of a comprehensive review of invoices for payment terms and subsequent credit by vendors. | 493.4 | 92,552.50 |
| D. | **INSIDER PREFERENCES**<br>Preparation of schedules of potential preference payments to insiders and related parties. | 31.4 | 8,324.00 |
| E. | **PRIOR FINANCIAL DATA ANALYSIS**<br>Analyzed prior years loan agreements, financing orders, the Chapter 11 petition and related schedules. | 24.7 | 6,517.00 |
| F. | **MEETINGS - DEBTOR**<br>Meetings, discussions and correspondence with Debtor management, key personnel and professionals related to ongoing requests for financial information, history of the business and its current operations. | 22.6 | 8,328.00 |
| G. | **FINANCIAL STATEMENT**<br>Preparation and review of memorandums to the Creditors' Committee, including but not limited to, cash flow projections, weekly and cumulative budget to actual results, weekly flash reports, summary schedules of comparative financial results for Laura Secord, analysis of estimated bondholder deficiency after sale, summary cash forecast comparisons, settlement model of potential creditor recoveries and analysis of professional fees. | 221.9 | 65,823.00 |
| H. | **MEETINGS OF CREDITORS / TRUSTEE**<br>Preparation for and participation on Creditors' Committee conference calls, meetings where the financial condition of the Debtor was reviewed. | 21.8 | 8,454.00 |

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| I. | BUSINESS ANALYSIS | 91.2 | 27,474.00 |
|  | Analyzed Debtor cash flows, projections budgets, flash reports, current operations, Laura Secord financial data for 2003 and 2004, sale of assets, lease agreement schedules, the Plan of Reorganization and Disclosure Statement and Richter's 5th report to the court and all schedules to exhibits to Gordon Brothers asset purchase agreement. |  |  |
| J. | COUNSEL DISCUSSIONS & COURT HEARINGS | 59.5 | 24,007.50 |
|  | Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters |  |  |
| K. | FEE APPLICATIONS / MONTHLY STATEMENTS | 75.8 | 16,253.50 |
|  | Preparation and review of monthly data, for submission to the Debtor, and preliminary work toward preparing the first and final fee application. |  |  |
| L. | CASE ADMINISTRATION | 3.5 | 1,056.00 |
|  | Reviewed status of engagement with staff and planned areas of work to be performed. |  |  |
| | TOTAL: | 1,062.8 | 264,473.50 |

12. The time spent by partners and staff of BDO Seidman, LLP, from February 5, 2004 through April 30, 2005, in performing the procedures described in paragraph 11, along with their hourly rates, is presented below:

| Title | Hours | Avg. Rate | Amount |
|---|---|---|---|
| PARTNER | 171.2 | 456.05 | 78,075.00 |
| SENIOR MANAGER | 37.3 | 264.21 | 9,855.00 |
| MANAGER | 490.1 | 257.15 | 126,031.50 |
| SENIOR | 169.4 | 178.36 | 30,214.50 |
| STAFF | 164.0 | 100.21 | 16,435.00 |
| PARA-PROF. | 30.8 | 125.41 | 3,862.50 |
| TOTAL: | 1,062.8 | 248.85 | 264,473.50 |

13. BDO's time records are recorded contemporaneously with the rendition of professional services. Exhibit "A" hereto contains a full and complete description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis for the Application period. BDO's time records are maintained in one-tenth of an hour (0.10) increments.

14. Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

15. There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of

compensation received for services rendered in connection with this case.

16.   BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

17.   Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Creditors' Committee, and to have the appropriate expertise available.

## III
## CONCLUSION

18.   For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Creditors' Committee during this case have been reasonably expended in order to adequately represent and protect the interests of the Creditors' Committee in this case. BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and

expenses in the total amount of $ 269,531.50 (representing $264,473.50 in actual

fees and $58.00 in expenses and estimated fees of $5,000.00 from 5/1 through

5/12/05). The amount awarded to be reduced by an on account payment of

$30,790.21 received by BDO, per an arrangement with the Debtor for partial payment

to professionals in December, 2004.

DATED in New York, New York on this 12th Day of May, 2005.

> BDO Seidman, LLP
> 330 Madison Avenue
> 10th Floor
> New York, N.Y. 10017
> Telephone Number:  (212) 885-8000
> Facsimile Number:   (212) 697-1299
>
> Accountants For The Creditors' Committee
>
>
>
> /s/ DAVID E. BERLINER
> DAVID E. BERLINER

Sworn and subscribed to before
me this  12th      day of May, 2005


   /s/ STEPHANIE D. REGAN

     NOTARY PUBLIC

EXHIBIT "A"

## ARCHIBALD CANDY CORP.
### Time Summary
### February 5, 2004 to April 30, 2005

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| MARK A SCHNEIDER | PARTNER | 1.0 | 650.00 | 650.00 |
| ROBERT M KLEIN | PARTNER | 2.2 | 550.00 | 1,210.00 |
| DAVID E BERLINER | PARTNER | 24.6 | 475.00 | 11,685.00 |
| DAVID E BERLINER | PARTNER | 143.4 | 450.00 | 64,530.00 |
| SUSAN L HENRY | SENIOR MANAGER | 1.2 | 350.00 | 420.00 |
| STEVEN NATT | SENIOR MANAGER | 9.8 | 265.00 | 2,597.00 |
| STEVEN NATT | SENIOR MANAGER | 26.3 | 260.00 | 6,838.00 |
| MICHELE MICHAELIS | MANAGER | 25.7 | 275.00 | 7,067.50 |
| MICHELE MICHAELIS | MANAGER | 419.9 | 260.00 | 109,174.00 |
| DANIEL M REICHMAN | MANAGER | 44.5 | 220.00 | 9,790.00 |
| TROY A BURK | SENIOR | 22.1 | 200.00 | 4,420.00 |
| EUGENE MASLOV | SENIOR | 3.4 | 180.00 | 612.00 |
| MARY A KORYCKI | SENIOR | 143.9 | 175.00 | 25,182.50 |
| ANDREW G WEISMAN | STAFF | 1.4 | 125.00 | 175.00 |
| KEITH L HELWIG | STAFF | 125.2 | 100.00 | 12,520.00 |
| MATTHEW J STEWART | STAFF | 37.4 | 100.00 | 3,740.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 2.5 | 130.00 | 325.00 |

**ARCHIBALD CANDY CORP.**
**Time Summary**
**February 5, 2004 to April 30, 2005**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| MIGDALIA GOMEZ | PARA-PROF. | 28.3 | 125.00 | 3,537.50 |
| | TOTAL: | 1062.8 | | 264,473.50 |

# ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/22/2004 | M.M. | Updating of schedule of unsecured claims. | 1.7 |
| 3/22/2004 | M.M. | Discussion with D. Berliner re: claims. | 0.3 |
| 4/2/2004 | M.M. | Review of debt information. | 0.9 |
| 4/12/2004 | D.B. | Review claim register on-line at worksite of claim agent. | 0.2 |
| 6/2/2004 | M.M. | Review of agenda for call and information on settlement scenarios with bondholders. | 0.9 |
| 6/3/2004 | M.M. | Discussion with David Berliner re: call with committee, claims, preferences. | 0.7 |
| 6/4/2004 | M.M. | Obtaining and brief review of claims register. | 0.3 |
| 6/7/2004 | M.M. | Discussion with D. Berliner re: claims register. | 0.2 |
| 6/7/2004 | M.M. | Preparation of summary re: priority and large claims. | 2.2 |
| 6/7/2004 | M.M. | Conference all with Debtor re: claim information needed and to be received. | 0.3 |
| 6/8/2004 | M.M. | Review of documents sent from Debtor re: claims and payments. | 0.3 |
| 6/10/2004 | M.M. | Review of claims register information for specific claims filed. | 0.4 |
| 6/11/2004 | M.M. | Review of files received re: claims. | 0.9 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/11/2004 | M.M. | Discussion with David Berliner re: claims information received. | 0.2 |
| 8/2/2004 | M.M. | Review of current correspondence re: settlement. | 0.2 |
| 2/15/2005 | D.B. | Prepare analysis of unsecured claims to be analyzed for litigation purposes. | 0.5 |
| 2/28/2005 | D.B. | Meet with Michele Michaelis re: review of Debtor A/P records. | 0.2 |
| 2/28/2005 | M.M. | Discussion with D. Berliner re: A/P. | 0.4 |
| 4/1/2005 | E.M. | Prepared schedule of landlord claims (for landlords "Urban" through "Woman's Athletic" in Debtor's store list). | 1.9 |
| | | **TOTAL:** | **12.7** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.7 | 475.00 | 332.50 |
| D. BERLINER (D.B.) | 0.2 | 450.00 | 90.00 |
| M. MICHAELIS (M.M.) | 0.4 | 275.00 | 110.00 |
| M. MICHAELIS (M.M.) | 9.5 | 260.00 | 2,470.00 |
| E. MASLOV (E.M.) | 1.9 | 180.00 | 342.00 |
| **TOTAL:** | **12.7** | | **3,344.50** |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### B.   TAX ISSUES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2004 | R.K. | Discussion and research re: IRS post petition administrative priority claims. | 0.4 |
| 8/20/2004 | M.M. | Review of and discussion regarding tax liability issue. | 0.2 |
| 11/18/2004 | D.B. | Telephone call with BDO tax department re: tax issues. | 0.4 |
| 11/18/2004 | R.K. | Review and research effective date of IRS regulations re: reducing depreciable basis in a tax free organization - Section 108 regulations. | 1.1 |
| 11/19/2004 | M.S. | Discussion with R. Klein re: attribute reduction in purported G reorganization - prior to regulation 1-108-7. Sent FSA that discussed the matter. | 1.0 |
| 11/19/2004 | R.K. | Discussion with M. Schneider and review FSA re: reduction of depreciable bases involving bankruptcy reorganization. | 0.4 |
| 11/22/2004 | D.B. | Telephone call & e-mails from Bob Klein, BDO tax department re: tax issues & IRS regulations. | 0.5 |
| 11/22/2004 | R.K. | Review re: effective date of regulations and impact on attribute reduction. | 0.3 |
| | | **TOTAL:** | **4.3** |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## B.   TAX ISSUES

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. SCHNEIDER (M.S.) | 1.0 | 650.00 | 650.00 |
| R. KLEIN (R.K.) | 2.2 | 550.00 | 1,210.00 |
| D. BERLINER (D.B.) | 0.9 | 475.00 | 427.50 |
| M. MICHAELIS (M.M.) | 0.2 | 260.00 | 52.00 |
| TOTAL: | 4.3 | | 2,339.50 |

ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/17/2004 | M.M. | Summary of top disbursements 90 day payments. | 1.8 |
| 3/19/2004 | M.M. | Preparation of preference request letter. | 0.5 |
| 4/1/2004 | D.B. | Meet with M. Michaelis re: work to be performed re: preference analysis. | 0.4 |
| 4/1/2004 | M.K. | Reviewed information received for preference analysis. | 0.8 |
| 4/1/2004 | M.K. | Prepared template for preference analysis. | 0.3 |
| 4/1/2004 | M.M. | Review of information received regarding 90 day payments and preparation of summary of inclusions. | 3.8 |
| 4/1/2004 | M.M. | Discussion with D. Berliner regarding preference analysis. | 0.2 |
| 4/2/2004 | M.K. | Met with Michele Michaelis to discuss preference test work to be performed. | 0.3 |
| 4/2/2004 | M.M. | Discussion with M. Korycki regarding preference test. | 0.7 |
| 4/2/2004 | M.M. | Preparation of request list from Debtor. | 2.3 |
| 4/5/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, invoice number, terms. | 4.3 |
| 4/5/2004 | M.K. | Entered check clear dates. | 1.1 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

C. __TRADE PREFERENCES__

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/5/2004 | M.K. | Calculated days late and potential preference amount. | 2.3 |
| 4/6/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, inv. #, terms). | 2.1 |
| 4/6/2004 | M.K. | Entered check clear dates. | 0.9 |
| 4/6/2004 | M.K. | Calculated days late and potential preference amount. | 0.4 |
| 4/6/2004 | M.M. | Review of status of preference analysis. | 0.2 |
| 4/7/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, inv. #, terms). | 3.9 |
| 4/7/2004 | M.K. | Entered check clear dates. | 2.1 |
| 4/7/2004 | M.K. | Calculated days late and potential preference amount. | 1.5 |
| 4/7/2004 | M.M. | Review of preference test status and information still to be received. | 0.3 |
| 4/8/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, inv. #, terms). | 4.2 |
| 4/8/2004 | M.K. | Entered check clear dates. | 2.4 |
| 4/8/2004 | M.K. | Calculated days late and potential preference amount. | 1.9 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/9/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, inv. #, terms). | 2.1 |
| 4/9/2004 | M.K. | Entered check clear dates. | 0.6 |
| 4/9/2004 | M.K. | Calculated days late and potential preference amount. | 0.2 |
| 4/12/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, invoice number, terms. | 2.2 |
| 4/12/2004 | M.K. | Entered check clear dates. | 0.5 |
| 4/12/2004 | M.K. | Calculated days late and potential preference amount. | 0.3 |
| 4/12/2004 | M.M. | Discussion with M. Korycki regarding preferences. | 0.2 |
| 4/13/2004 | D.B. | Meet with M. Michaelis re: information required to perform preference analysis. | 0.3 |
| 4/13/2004 | M.K. | Prepared list of Vendor check amounts and potential preference amounts that are being examined in the preference analysis. | 0.8 |
| 4/13/2004 | M.M. | Review of preference information. | 0.4 |
| 4/16/2004 | M.M. | Discussion with Debtor re: preferences. | 0.3 |
| 4/21/2004 | D.B. | Meet with M. Michaelis re: status of preference analysis and information required from Debtor. | 0.3 |

# ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/21/2004 | D.R. | Review preference analysis to date performed by M. Korycki. | 0.7 |
| 4/21/2004 | D.R. | Discussion with M. Michaelis re: follow up information on preference analysis. | 0.2 |
| 4/21/2004 | D.R. | Comparing raw data with separated spreadsheets. | 0.5 |
| 4/21/2004 | M.M. | Review and gathering of preference related information to be provided to D. Reichman. | 0.4 |
| 4/21/2004 | M.M. | Discussion with D. Reichman re: preference test. | 0.4 |
| 4/21/2004 | M.M. | Discussion with Debtor re: preference test. | 0.2 |
| 4/22/2004 | D.B. | Review package received from E. Goralski re: preference support and discuss with D. Reichman. | 0.2 |
| 4/26/2004 | M.K. | Met with D. Reichman re: preference analysis open items. | 0.6 |
| 4/28/2004 | D.B. | Meet with M. Michaelis and D. Reichman to review preference analysis status. | 0.4 |
| 4/28/2004 | D.R. | Analysis of preference models. | 0.6 |
| 4/28/2004 | M.M. | Discussion with D. Berliner and D. Reichman re: preference analysis. | 0.7 |
| 4/29/2004 | D.R. | Discussion with M. Michaelis re: payment schedules. | 0.6 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/29/2004 | D.R. | Review payment schedules and adding in checks and invoice information for certain missing days. | 4.4 |
| 4/29/2004 | M.M. | Discussion with D. Reichman re: preferences. | 0.4 |
| 4/30/2004 | D.B. | Meet with M. Michaelis and/or D. Reichman re: information required to continue preference analysis and prepare request list to forward to Debtor. | 0.2 |
| 5/3/2004 | D.B. | Meet with M. Michaelis and/or M. Korycki regarding status of preference analysis. | 0.3 |
| 5/3/2004 | M.K. | Met with M. Michaelis re: status of preference work. | 0.2 |
| 5/3/2004 | M.M. | Discussion with M. Korycki re: preferences. | 0.4 |
| 5/3/2004 | M.M. | Updating open item list for debtor re: preferences. | 1.2 |
| 5/5/2004 | D.R. | Discussion with M. Korycki re: selection of 50 invoices to be checked for preference test. | 0.2 |
| 5/5/2004 | M.K. | Prepared selection of 50 invoices to be checked that the invoice terms agree to terms per the disbursement register for preference analysis. | 0.8 |
| 5/6/2004 | M.K. | Prepared selection of 50 invoices to be checked that the invoice terms agree to terms per the disbursement register for preference analysis. | 0.6 |
| 5/6/2004 | M.K. | Prepared selection of 25 invoices to be checked that the invoice terms agree to terms per the disbursement register in case there are discrepancies in the original 50 selection for preference analysis. | 0.5 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/10/2004 | M.M. | Review of correspondence re: preferences. | 0.2 |
| 5/10/2004 | M.M. | Correspondence with Debtor re: invoice information for preference analysis. | 0.3 |
| 5/11/2004 | D.R. | Discussion with M. Michaelis re: open items and other detail (including wire information) with regard to total preference amount analysis. | 0.2 |
| 5/11/2004 | D.R. | Reviewing draft preference schedules in advance of next discussion. | 0.4 |
| 5/11/2004 | M.M. | Review of information provided by Ed Goralski re: preferences. | 0.9 |
| 5/11/2004 | M.M. | Discussion with D. Berliner re: preferences. | 0.2 |
| 5/11/2004 | M.M. | Discussion with D. Reichman re: preferences. | 0.2 |
| 5/11/2004 | M.M. | Discussion with Debtor re: preferences. | 0.2 |
| 5/12/2004 | D.B. | Discuss status of preference analysis with M. Michaelis. | 0.1 |
| 5/12/2004 | M.M. | Review of status of preference information. | 0.3 |
| 5/12/2004 | M.M. | Updating of insider preference information based on check data from 90 day period. | 0.4 |
| 5/12/2004 | M.M. | Correspondence with D. Berliner re: work to be performed by staff person to go on site. | 0.2 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/14/2004 | D.R. | Reviewing preference test work program with M. Michaelis. | 0.6 |
| 5/14/2004 | D.R. | Follow up on wire transfer analysis re: preference test. | 0.3 |
| 5/14/2004 | M.M. | Preparation of attachments for work program for prefernece test at Archibald site. | 0.4 |
| 5/14/2004 | M.M. | Review of preference test work program. | 0.2 |
| 5/14/2004 | M.M. | Discussion/meeting with D. Reichman re: work program for document review at Archibald site. | 0.6 |
| 5/17/2004 | M.M. | Finalizing work program for preference related review of information by BDO staff. | 0.8 |
| 5/17/2004 | M.M. | Discussion with Troy Burk re: visit to Debtor and procedures to be performed in support of preferences. | 0.3 |
| 5/17/2004 | T.B. | Reviewed workplan for preference analysis for Archibald. | 0.7 |
| 5/18/2004 | M.M. | Discussion with Troy Burk re: preference info being reviewed. | 0.2 |
| 5/18/2004 | T.B. | Review schedule of invoices to be tested and input data into excel file. | 3.3 |
| 5/18/2004 | T.B. | Discussed schedule of invoices to be tested with controller. | 1.7 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/19/2004 | T.B. | Reviewed and documented invoices of professional services provided to Archibald by Jenner & Block; McDermott, Will & Emery; Ropes & Grey; and Morris Andersen and Associates. | 3.3 |
| 5/19/2004 | T.B. | Reviewed documented invoices of professional services provided to Archibald by Oster, Hoskin and Harcourt; Winston & Strawn; Skadden, Arps, Slate et al; and Young Conaway Stragatt and Taylor. | 2.3 |
| 5/21/2004 | M.K. | Prepared Preference analysis for wire payments. | 0.7 |
| 5/21/2004 | M.M. | Meeting with Mary Korycki re: preference edits - 10 days, assumptions, summary. | 0.4 |
| 5/21/2004 | M.M. | Meeting with Mary Korycki and David Berliner re: preference summary status. | 0.3 |
| 5/23/2004 | M.K. | Prepared Preference analysis for wire payments. | 2.1 |
| 5/23/2004 | M.K. | Prepared Top 10 preference analysis Exhibit I. | 0.9 |
| 5/24/2004 | D.R. | Discussion with M. Korycki re: Archibald preferences. | 0.3 |
| 5/24/2004 | M.K. | Prepared Preference analysis for wire payments. | 1.9 |
| 5/24/2004 | M.K. | Prepared Top 10 preference analysis Exhibit I. | 2.1 |
| 5/24/2004 | M.K. | Compared selection of 50 invoices which were tested to the calculation of the due date per the disbursement register for preference analysis. | 0.9 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/24/2004 | M.M. | Correspondence re: preference test. | 0.3 |
| 5/25/2004 | D.B. | Meet with D. Reichman re: status of preference analysis. | 0.3 |
| 5/25/2004 | D.R. | Assisting M. Korycki in Archibald preference analysis. | 0.5 |
| 5/25/2004 | D.R. | Analyzing all professional fees during the year prior to the petition date. | 2.4 |
| 5/25/2004 | M.K. | Prepared Preference analysis for wire payments. | 1.4 |
| 5/25/2004 | M.K. | Prepared Top 10 preference analysis Exhibit I. | 1.7 |
| 5/25/2004 | M.K. | Compared selection of 50 invoices which were tested to the calculation of the due date per the disbursement register for preference analysis. | 0.2 |
| 5/25/2004 | M.M. | Discussion with David Berliner and D. Reichman re: legal and professional payments in period prior to filing. | 0.6 |
| 5/25/2004 | S.H. | Review on-site staff work related to preference payments. | 0.2 |
| 5/25/2004 | T.B. | Prepared for meeting and attended meeting with S. Henry to discuss work product related to preference analysis for Archibald. | 0.9 |
| 5/26/2004 | D.R. | Continued analysis of professional fees, looked through invoices and prepared memo showing results. | 2.1 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

#### C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/27/2004 | D.R. | Preparation of memo re: professional fees. | 1.7 |
| 5/27/2004 | M.K. | Prepared Top 10 preference analysis Exhibit I. | 0.7 |
| 5/28/2004 | D.R. | Finished first draft of memo on professional fees to be given to M. Michaelis, input details re: specific professional firms. | 2.5 |
| 6/1/2004 | D.R. | Completing revised list of professional fees and summary of fees within the preference period. | 3.3 |
| 6/1/2004 | M.M. | Review of professional fee payments re: preference analysis. | 0.8 |
| 6/1/2004 | M.M. | Editing of memo to counsel regarding professional fees. | 0.9 |
| 6/1/2004 | M.M. | Cursory review of Morris Anderson Agreement. | 0.2 |
| 6/2/2004 | D.B. | Meet with staff regarding status of preference analysis. | 0.2 |
| 6/2/2004 | D.R. | Working on draft of memo regarding preferential payments with M. Michaelis. | 4.1 |
| 6/2/2004 | M.K. | Prepared Tier 1 - Exhibit 1 for preference analysis. | 2.2 |
| 6/2/2004 | M.K. | Meeting with Michele Michaelis and Dan Reichman re: trade preferences. | 0.9 |
| 6/2/2004 | M.K. | Entered check clear dates for preference analysis. | 1.4 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2004 | M.M. | Meeting with Dan Reichman and Mary Korycki re: preferences and payments to professionals. | 0.6 |
| 6/2/2004 | M.M. | Meeting with Mary Korycki re: preferences. | 1.3 |
| 6/2/2004 | M.M. | Review of information re: preferences (trade). | 1.9 |
| 6/2/2004 | M.M. | Review of payments to E&Y for preference analysis. | 0.3 |
| 6/3/2004 | D.B. | Meet with M. Michaelis regarding status of preference analysis and review draft summary schedules of potential preference exposure. | 0.9 |
| 6/3/2004 | D.R. | Analysis of preference period fees paid to professional accounting firms, including reading complaints and creating spreadsheet showing invoice and payment dates. | 3.1 |
| 6/3/2004 | M.K. | Calculated days late and potential preference amount. | 2.2 |
| 6/3/2004 | M.K. | Entered check clear dates for preference analysis. | 1.5 |
| 6/3/2004 | M.K. | Entered data into preference file (i.e. check number, check date, check amount, invoice amount, inv. #, terms). | 2.3 |
| 6/3/2004 | M.K. | Met with Michele Michaelis to discuss preference analysis. | 0.2 |
| 6/3/2004 | M.M. | Editing of preference summary memo information. | 0.9 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C. TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/3/2004 | M.M. | Discussion with M. Korycki re: preferences. | 0.8 |
| 6/4/2004 | M.M. | Discussion with Mary Korycki re: preference information obtained and compiled. | 0.2 |
| 6/5/2004 | M.K. | Prepared new value for Tier 1 for preference analysis. | 1.9 |
| 6/5/2004 | M.K. | Prepared Tier 1 - Exhibit 1. | 0.8 |
| 6/6/2004 | M.K. | Prepared new value for Tier 1 for preference analysis. | 0.5 |
| 6/7/2004 | M.K. | Prepared new value for Tier 1 for preference analysis. | 2.3 |
| 6/7/2004 | M.K. | Prepared Exhibit I for Tier I for preference analysis. | 1.9 |
| 6/7/2004 | M.K. | Prepared Exhibit II for Tier I for preference analysis. | 0.6 |
| 6/7/2004 | M.K. | Prepared Exhibit IV - Test of Invoice terms for preference analysis. | 2.1 |
| 6/7/2004 | M.M. | Discussion with M. Korycki re: preference. | 0.3 |
| 6/8/2004 | D.B. | Meet with M. Michaelis, M. Korycki and K. Helwig regarding status of preference analysis and additional work to be performed. | 0.4 |
| 6/8/2004 | K.H. | Preparation of preference spreadsheet. | 1.5 |
| 6/8/2004 | M.K. | Prepared Exhibit V - vendors excluded from testing for Tier I for preference analysis. | 1.1 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/8/2004 | M.K. | Prepared Exhibit I for Tier I for preference analysis. | 0.3 |
| 6/8/2004 | M.K. | Prepared Exhibit IV - Test of Invoice terms for preference analysis. | 2.1 |
| 6/8/2004 | M.M. | Discussions with interns, David Berliner and Mary Korycki re: preference testing. | 1.1 |
| 6/9/2004 | K.H. | Updated New Value spreadsheet for preference analysis. | 6.1 |
| 6/9/2004 | M.K. | Met with K. Helwig to discuss new value calculation for preference analysis. | 0.9 |
| 6/9/2004 | M.M. | Discussion re: preference analysis testing of terms issues. | 0.6 |
| 6/10/2004 | K.H. | Continued to add to the New Value spreadsheet for preference analysis. | 5.7 |
| 6/10/2004 | M.K. | Reviewed Tier II Preference Analysis. | 0.8 |
| 6/10/2004 | M.K. | Prepared Exhibit IV - Test of Invoice terms for preference analysis. | 2.1 |
| 6/10/2004 | M.K. | Prepared Exhibit V - vendors excluded from testing for Tier I for preference analysis. | 2.2 |
| 6/10/2004 | M.M. | Discussions with Mary Korycki re: preference analysis questions and summary. | 0.3 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2004 | M.M. | Discussion with David Berliner re: status of preference review. | 0.1 |
| 6/11/2004 | K.H. | Continued work on the New Value spreadsheet for preference analysis. | 1.5 |
| 6/11/2004 | M.K. | Prepared memo to the Unsecured Creditors Committee regarding preference analysis. | 2.1 |
| 6/11/2004 | M.K. | Prepared New Value for Tier I for preference analysis. | 1.8 |
| 6/11/2004 | M.K. | Reviewed Tier II Preference Analysis. | 0.9 |
| 6/11/2004 | M.K. | Prepared Exhibit V - vendors excluded from testing for Tier I for preference analysis. | 1.3 |
| 6/11/2004 | M.M. | Discussion with M. Korycki re: preferences. | 1.3 |
| 6/13/2004 | M.M. | Review of preference test schedules - top ten and summary. | 1.9 |
| 6/14/2004 | M.K. | Prepared memo to the Unsecured Creditors Committee re: preference analysis. | 0.6 |
| 6/14/2004 | M.M. | Review of Archibald preference test - top ten. | 1.2 |
| 6/14/2004 | M.M. | Discussion with M. Korycki re: preferences. | 0.3 |
| 6/14/2004 | M.M. | Review of preference test memo. | 1.4 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/15/2004 | K.H. | Continued formatting New Value spreadsheet for preference analysis. | 1.1 |
| 6/15/2004 | M.K. | Prepared memo to the Unsecured Creditors Committee re: preference analysis. | 1.9 |
| 6/15/2004 | M.K. | Prepared Exhibit IV - Test of Invoice terms for preference analysis. | 1.1 |
| 6/15/2004 | M.K. | Prepared Exhibit V - vendors excluded from testing for Tier I for preference analysis. | 1.3 |
| 6/15/2004 | M.S. | Reorganized excel sheet to contain wire and check payments and updated wire and check count amounts per vendor for preference analysis. | 3.3 |
| 6/16/2004 | M.K. | Prepared Tier 1 Exhibit 2 - Test of Invoices for preference analysis. | 1.9 |
| 6/16/2004 | M.K. | Discuss preference analysis with Michele Michaelis. | 0.6 |
| 6/16/2004 | M.K. | Prepared Tier I Exhibit 1 for preference analysis. | 1.4 |
| 6/16/2004 | M.K. | Prepared Tier 1 Exhibit 3 - Preference Analysis. | 0.9 |
| 6/16/2004 | M.M. | Review of top ten test and review of notes re: preference analysis. | 1.3 |
| 6/17/2004 | M.K. | Prepared Exhibit 2 - Test of Invoices for Tier I for preference analysis. | 0.8 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C. TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/17/2004 | M.K. | Prepared Tier 1 Exhibit 1 for preference analysis. | 0.4 |
| 6/18/2004 | M.K. | Reviewed Tier II Preference Analysis. | 2.1 |
| 6/21/2004 | D.B. | Review draft memo summarizing BDO methodology for preference analysis. | 0.4 |
| 6/21/2004 | M.K. | Reviewed Tier II Folder 1 of 3 for preference analysis. | 1.1 |
| 6/21/2004 | M.K. | Reviewed Tier II Folder 2 of 3 for preference analysis. | 1.6 |
| 6/21/2004 | M.K. | Reviewed Tier II Folder 3 of 3 for preference analysis. | 0.9 |
| 6/21/2004 | M.M. | Discussion with Mary Korycki re: preference open issues. | 0.3 |
| 6/22/2004 | D.B. | Review draft memo to counsel regarding initial results of preference analysis and prepare comments for staff. | 1.5 |
| 6/22/2004 | D.B. | Review preference analysis schedule and exhibits to memo for counsel regarding preference analysis and prepare comments for staff. | 2.1 |
| 6/22/2004 | M.M. | Review of notes from David Berliner re: 90 day preference analysis. | 0.5 |
| 6/23/2004 | D.B. | Meet with M. Michaelis regarding status of preference analysis. | 0.2 |
| 6/23/2004 | K.H. | Formatted, corrected and add to the preference schedules. | 4.9 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/23/2004 | M.K. | Reviewed the process of completing Tier III preference analysis with Matt Stewart. | 0.6 |
| 6/23/2004 | M.K. | Revised Tier I for preference analysis for David's Berliner's comments. | 2.1 |
| 6/23/2004 | M.K. | Meeting with Michele Michaelis regarding update for preference analysis. | 0.1 |
| 6/23/2004 | M.K. | Discuss Tier II changes with Keith Helwig. | 0.9 |
| 6/23/2004 | M.M. | Review of notes from David Berliner re: 90 day preference analysis. | 0.3 |
| 6/23/2004 | M.M. | Communication (email and discussion) with David Berliner re: preference analysis and insider analysis. | 0.4 |
| 6/23/2004 | M.M. | Discussion with M. Korycki re: preference test. | 0.4 |
| 6/23/2004 | M.S. | Editing, revising and updating Archibald memo. Searching through check payments for possible preference payments and creating the Tier III vendor list. | 4.7 |
| 6/24/2004 | K.H. | Tier II schedule formatting, footnoting and adding new value for preference analysis. | 6.8 |
| 6/24/2004 | M.K. | Revised Tier I for preference analysis for David's Berliner's comments on Exhibit 1. | 0.4 |
| 6/24/2004 | M.K. | Revised Tier I for preference analysis.or David's Berliner's comments on Exhibit 2. | 1.9 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/24/2004 | M.K. | Revised Tier I for preference analysis for David's Berliner's comments on Exhibit 3. | 2.2 |
| 6/24/2004 | M.K. | Revised Tier I for preference analysis for David's Berliner's comments on Exhibit 4. | 0.6 |
| 6/24/2004 | M.K. | Review Tier II. | 2.1 |
| 6/24/2004 | M.K. | Prepared Tier I for preference analysis for copies to go to the attorneys. | 0.2 |
| 6/24/2004 | M.M. | Final review of top ten preferences and preparation of distribution to counsel. | 1.4 |
| 6/24/2004 | M.M. | Discussion with M. Korycki re: preference analysis. | 0.2 |
| 6/24/2004 | M.S. | Editing, revising and updating Archibald memo; making copies of Archibald vendor files for preference analysis. | 0.4 |
| 6/25/2004 | K.H. | Updated Tier II schedules for preference analysis. | 1.4 |
| 6/25/2004 | M.K. | Reviewed Tier II Exhibit 1 for preference analysis . | 0.1 |
| 6/25/2004 | M.K. | Reviewed Tier II Exhibit 2 for preference analysis . | 0.2 |
| 6/25/2004 | M.K. | Reviewed Tier II Exhibit 3 for preference analysis . | 1.4 |
| 6/25/2004 | M.K. | Reviewed Tier II Exhibit 4 for preference analysis . | 0.1 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.  TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/25/2004 | M.M. | Discussion with Mary Korycki re: preference test status Tier II and review of current schedule. | 0.6 |
| 6/25/2004 | M.S. | Creating list of Tier III Vendors for Archibald preference analysis. | 0.5 |
| 6/27/2004 | M.K. | Reviewed Tier II Exhibit 3 for preference analysis . | 1.3 |
| 6/28/2004 | M.K. | Reviewed Tier II Exhibit 1 for preference analysis . | 0.8 |
| 6/28/2004 | M.K. | Discussed Tier III Exhibit 1 for preference analysis with Matt Stewart. | 0.5 |
| 6/28/2004 | M.K. | Reviewed Tier II Exhibit 2 for preference analysis . | 2.1 |
| 6/28/2004 | M.K. | Reviewed Tier II Exhibit 3 folder 1 of 3 for preference analysis . | 0.9 |
| 6/28/2004 | M.K. | Reviewed Tier II Exhibit 3 folder 2 of 3 for preference analysis . | 1.3 |
| 6/28/2004 | M.S. | Creating excel spreadsheets to show list of invoices for all check payments by Archibald for the preference analysis to be done - Tier III. | 5.7 |
| 6/29/2004 | K.H. | Searched for various vendor numbers for preference analysis. | 0.7 |
| 6/29/2004 | M.K. | Discussed Tier III Exhibit 3 new value with Matt Stewart. | 1.7 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/29/2004 | M.S. | Creating excel spreadsheets to show list of invoices for all check payments by Archibald for the preference analysis to be done.  Also, adding new value numbers to each vendor based on trial balances - Tier III. | 7.3 |
| 6/30/2004 | K.H. | Updated Tier II preference schedules for preference analysis. | 0.3 |
| 6/30/2004 | M.K. | Discussed Tier III Exhibit 3 new value with Matt Stewart. | 0.4 |
| 6/30/2004 | M.K. | Reviewed Tier II Exhibit 3 folder 1 of 3 for preference analysis . | 1.8 |
| 6/30/2004 | M.K. | Reviewed Tier II Exhibit 2 for preference analysis . | 1.1 |
| 6/30/2004 | M.M. | Discussions re: preference analysis status - Tier II and Tier III. | 0.6 |
| 6/30/2004 | M.M. | Review of Tier II preference analysis. | 0.9 |
| 6/30/2004 | M.S. | Creating excel spreadsheets to show list of invoices for all check payments by Archibald for the preference analysis to be done. Adding new value numbers to each vendor in Tier III. | 7.2 |
| 7/1/2004 | D.R. | Update discussion with M. Michaelis re: professional fee payment analysis. | 0.5 |
| 7/1/2004 | K.H. | Preparation of preference analysis. | 1.7 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/1/2004 | M.K. | Revised Tier II Footnotes for preference analysis. | 0.4 |
| 7/1/2004 | M.K. | Prepared Tier III Footnotes for preference analysis. | 1.4 |
| 7/1/2004 | M.M. | Discussions with Mary Korycki re: preference test open items; Tier II. | 0.4 |
| 7/1/2004 | M.M. | Review of Tier II preference analysis. | 1.6 |
| 7/1/2004 | M.M. | Meeting with D. Reichman re: professional fee payments for preference analysis. | 0.5 |
| 7/1/2004 | M.S. | Preparation of worksheet of invoices for all check payments by Archibald for preference analysis; preparation of exhibit 1 of documents sent to counsel re: preference analysis. | 5.8 |
| 7/2/2004 | D.B. | Meet with M. Michaelis and M. Korycki regarding status of preference analysis. | 0.3 |
| 7/2/2004 | K.H. | Overall summary of preference analysis and yearly checks. | 3.6 |
| 7/2/2004 | M.K. | Meeting with M. Michaelis and prepared e-mail for Ed Goralski regarding open items. | 0.8 |
| 7/2/2004 | M.M. | Meeting with Mary Korycki and D. Berliner re: preference analysis. | 0.8 |
| 7/2/2004 | M.M. | Review of email from counsel re: methodology for preference analysis. | 0.2 |

## ARCHIBALD CANDY CORP.

## RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/2/2004 | M.M. | Discussion with Mary Korycki and staff re: preference tier chart to be prepared. | 0.2 |
| 7/2/2004 | M.M. | Meeting with Mary Korycki & David Berliner: preference analysis. | 0.5 |
| 7/2/2004 | M.S. | Preference analysis for potential Tier IV vendors for preference analysis. | 1.2 |
| 7/5/2004 | M.K. | Reviewed Michele Michaelis comments for Tier II for preference analysis. | 1.5 |
| 7/6/2004 | K.H. | Made corrections on master sheet - updated Tier 2 for preference analysis. | 3.3 |
| 7/6/2004 | M.K. | Reviewed Tier II Preference Analysis. | 1.9 |
| 7/6/2004 | M.K. | Revised Tier II footnotes based on e-mail from Ed Goralski (debtor). | 2.2 |
| 7/6/2004 | M.K. | Reviewed with Michele Michaelis comments for Tier II for preference analysis. | 1.1 |
| 7/6/2004 | M.M. | Discussion with staff re: preference. | 0.3 |
| 7/6/2004 | M.M. | Discussion with K. Helwig re: Madelaine Chocolate. | 0.2 |
| 7/7/2004 | K.H. | Review master summar page of preference files and edited summary memo. | 3.2 |
| 7/7/2004 | M.K. | Prepared memo for discussion with attorneys for preference analysis. | 0.3 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/7/2004 | M.M. | Discussion with Mary Korycki re: preference analysis. | 0.3 |
| 7/7/2004 | M.M. | Review of preference summaries being prepared and work still outstanding. | 0.9 |
| 7/7/2004 | M.S. | Revising, editing and updating Archibald memo per M. Korycki for preference analysis. | 0.9 |
| 7/8/2004 | K.H. | Review master summary - lower than 100,000 breakdown, edited excluded vendors list for preference analysis. | 5.5 |
| 7/8/2004 | M.M. | Discussion with staff re: preference analysis, summary memos etc. | 0.8 |
| 7/9/2004 | M.M. | Discussion with staff adjustments and revisions to be made to preference summaries. | 0.2 |
| 7/9/2004 | M.M. | Updating of discussion memo for preference analysis. | 0.8 |
| 7/12/2004 | D.B. | Meet with staff regarding status of preference analysis. | 0.3 |
| 7/12/2004 | K.H. | Made corrections to the master summary page for preference analysis. | 0.5 |
| 7/12/2004 | M.M. | Discussion with Staff re: preference test. | 0.2 |
| 7/12/2004 | M.M. | Discussion with David Berliner re: meeting with counsel to discuss preference testing and document retention. | 0.1 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

### C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/12/2004 | M.M. | Clearing of notes re: preference test - Tier II for preference analysis. | 2.0 |
| 7/13/2004 | D.B. | Review memo to counsel regarding discussion points for conference call on preference methodology. | 0.4 |
| 7/13/2004 | K.H. | Continued work on master summary and Tiers 1 and 2 for preference analysis. | 1.3 |
| 7/13/2004 | M.M. | Discussions with K. Helwig re: preference edits. | 0.3 |
| 7/13/2004 | M.M. | Clearing of review notes for Tier II. | 0.8 |
| 7/13/2004 | M.M. | Updating of preference summary/master schedule. | 0.6 |
| 7/14/2004 | D.B. | Meet with M. Michaelis to prepare for conference call with counsel regarding preference analysis methodology; follow-up discussion of work to be performed. | 0.7 |
| 7/14/2004 | D.B. | Conference call with counsel to discuss preference methology and next steps. | 0.7 |
| 7/14/2004 | K.H. | Prepared a schedule highlighting the vendors who received potentially preferential wire payments. | 4.3 |
| 7/14/2004 | M.M. | Update of discussion memo for counsel re: preference methodology. | 0.3 |
| 7/14/2004 | M.M. | Discussion with David Berliner re: call with counsel regarding preference testing. | 0.7 |

## ARCHIBALD CANDY CORP.

### RECAP OF PROFESSIONAL SERVICES
### February 5, 2004 to April 30, 2005

## C.   TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/14/2004 | M.M. | Call with counsel re: preferences methodology. | 0.7 |
| 7/14/2004 | M.M. | Discussion with K. Helwig re: Madelaine choc preference analysis. | 0.4 |
| 7/14/2004 | M.M. | Discussion with K. Helwig re: wire transfers under preferences. | 1.1 |
| 7/15/2004 | D.B. | Meet with M. Michaelis regarding analysis of sample creditor for new value and ordinary course defenses as requested by counsel. | 0.3 |
| 7/15/2004 | K.H. | Madelaine Chocolate 15 month paid/unpaid preference analysis. | 8.1 |
| 7/15/2004 | M.M. | Discussions with D. Berliner re: debtor conversation regarding  record retention and Madelaine chocolate. | 0.3 |
| 7/15/2004 | M.M. | Discussion with K. Helwig re: Madelaine Choc for preference analysis. | 2.9 |
| 7/15/2004 | M.M. | Review of wire transfer summary schedules. | 0.7 |
| 7/15/2004 | M.M. | Preparation of summary memo for counsel re: preference analysis additional procedures status. | 2.4 |
| 7/15/2004 | M.M. | Discussion with Debtor re: information needed on Madelaine Choc for preference analysis. and document retention. | 0.3 |
| 7/16/2004 | D.B. | Review memo and schedules for counsel regarding wire transfer payments deemed preferential per BDO analysis and provide comments to M. Michaelis. | 0.5 |

**ARCHIBALD CANDY CORP.**

**RECAP OF PROFESSIONAL SERVICES**
**February 5, 2004 to April 30, 2005**

## C.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/16/2004 | D.B. | Review draft memo to counsel regarding document retention issues at Debtors' facility regarding support for preference actions; discuss questions and comments with M. Michaelis. | 0.8 |
| 7/16/2004 | K.H. | Madelaine 15 month preference analysis. | 7.9 |
| 7/16/2004 | M.M. | Discussion with K. Helwig re: Madelaine and professional fee analysis for preference analysis. | 1.3 |
| 7/16/2004 | M.M. | Editing and distribution re: wire memo for preference analysis. | 0.6 |
| 7/19/2004 | D.B. | E-mails with counsel regarding new value analysis for preference analysis. | 0.1 |
| 7/20/2004 | D.B. | Supervise K. Helwig in analysis of preferences. | 0.4 |
| 7/20/2004 | K.H. | Madelaine historical period and preference analysis. Started a professional Tier for preference analysis. | 7.8 |
| 7/20/2004 | M.S. | Assisting K. Helwig with preference analysis. | 0.4 |
| 7/21/2004 | K.H. | Worked on the Professional Tier preference analysis and applied new value. | 7.6 |
| 7/21/2004 | K.H. | Madelaine normal course and professionals Tier for preference analysis. | 2.1 |
| 7/22/2004 | D.B. | Meet with M. Michaelis and M. Korycki regarding status of preference test and work to be performed. | 0.3 |