IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 04-03200 |
| ARCHIBALD CANDY CORPORATION, et al. | ) | Jointly Administered |
| | ) | Chapter 11 |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: June 7, 2005 |
| | ) | Hearing Time: 10:30 a.m. |

**NOTICE OF MOTION**

To:    See Attached Service Lists

    **PLEASE TAKE NOTICE** that on June 7, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Pamela Hollis, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604, and shall present the Third Interim and Final Fee Application of Field & Golan, LLP, Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through June 7, 2005, a copy of which is attached, and counsel shall request the entry of an order granting the relief requested therein, at such time and place you may appear as you see fit.

Dated: May 13, 2005

Barbara L. Yong, Esq.- 06184000
Caren A. Lederer, Esq. - 6244631
FIELD & GOLAN LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4206
(312) 263-2300

## CERTIFICATE OF SERVICE

I, Barbara L. Yong, an attorney, certify that on May 13, 2005, I caused a copy of the attached **Notice of Motion, Field & Golan, LLP's Cover Sheet for Third Interim and Final Fee Application of Accountant to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through June 7, 2005** and the **Third Interim and Final Fee Application of Field & Golan, LLP, Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004, through June 7, 2005,** to be served upon the parties identified on the attached Core Service List via U.S. Regular Mail, postage pre-paid.

I also certify that I caused a copy of the attached **Notice of Motion and Field & Golan, LLP's Cover Sheet for Third Interim and Final Fee Application of Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through June 7, 2005** to be served upon the parties listed on the 2002 Service List via U.S. Regular Mail, postage pre-paid. Any party listed on the 2002 Service List may receive the entire application by contacting the undersigned counsel.

Barbara L. Yong

## Core Service List

**Counsel to the U.S. Trustee**
Gretchen Silver
Office of United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Telephone: 312-886-5785
Facsimile: 312-886-5794
E-Mail: gretchen.silver@usdoj.gov

**Counsel to Archibald Candy Corporation**
Mark Thomas / John P. Sieger
Michael C. Rupe
Timothy J. Chorvat / Peter A. Siddiqui
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
f: 312-527-0484

**Counsel to the Committee of Unsecured Creditors**
Cathy Herschcopf
Melissa Harrison
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: 212-479-6138
Facsimile: 212-479-6275
chershcopf@kronishlieb.com

**Counsel to Delaware Street Capital**
George N. Panagakis
Chris Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411

**Counsel to LaSalle Business Credit LLC**
Latham & Watkins
Josef S. Athanas
Sears Tower
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Counsel to Ad Hoc Bondholders Committee**
Alexander D. Kerr, Jr.
Jeffrey B. Rose
Lawrence R. Drumm
Tishler & Wald, Ltd.
200 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-876-3800
Facsimile: 312-876-3816

Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110
Telephone: 617-951-7000
Facsimile: 617-951-7050

**Counsel to M&M Meatshops**
Michael M. Eidelman
Vedder Price Kaufman & Kammholz, PC
222 N. LaSalle St.
Chicago, IL 60601
Telephone: 312-609-7636
Facsimile: 312-609-5005
meidelman@vedderprice.com

William J. Factor
Seyfarth Shaw
55 E. Monroe St., Suite 4200
Chicago, IL 60603
Telephone: 312-269-8973
Facsimile: 312-269-8869
wfactor@seyfarth.com

Jay Swartz
Davies Ward Phillips & Vineberg LLP
1 First Canadian Place, 44th Floor
P.O. Box 63
Toronto, ON M5X 1B1
CANADA
Telephone: 416-863-5520
Facsimile: 416-863-0871

## 2002 Service List

Thomas M Joyce & Associates
333 N. Michigan Ave., Suite 2032
Chicago, IL 60601
Telephone: 312-641-5754
Facsimile: 312-726-9520

Thomas J. Hunziker
Dunkley Bennett Christensen & Madigan
701 Fourth Ave., South, Suite 700
Minneapolis, MN 55415
Telephone: 612-339-1290
Facsimile: 612-339-9545

Marty J. Schwartz
Three First National Plaza
Suite 3700
Chicago, IL 60602
Telephone: 312-558-4293
Facsimile: 312-558-7750

Neal J. White
McDermott Will & Emery
227 W. Monroe
Chicago, IL 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

Tracy Sandler
Osler Hoskin & Harcourt LLP
P.O. Box 50
1 First Canadian Place
Toronto, ON M5X 1B8
CANADA
Telephone: 416-362-2111
Facsimile: 416-862-6666

**Counsel to Russell Stover Candies, Inc.**
Brian Fenimore
Lathrop & Gage KC
2345 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-292-2000
Facsimile: 816-292-2001

**Counsel to Alpine Confections, Inc.**
Jonathan C. Bolton
Zack Clement
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: 713-651-5151
Facsimile: 713-651-5246
E-Mail: Jbolton@fulbright.com

**Counsel to Alpine Confections, Inc.**
James E. Stempel
Kirkland & Ellis
200 E. Randolph St.
Chicago, IL 60601
Telephone: 312-861-2440
Facsimile: 312-861-2200
jstempel@kirkland.com

David D. Almroth
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

Robert B. Greenberg
Susan Brannigan
Marvin Gittler
Asher Gittler Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
Telephone: 312-263-1500
Facsimile: 312-263-1520

Gerald B. Lurie
Piper Rudnick LLP
203 N. La Salle St., Suite 1800
Chicago, IL 60601
Telephone: 312-368-4092
Facsimile: 312-236-7516

**Counsel to Lorenzo Allison**
Jason M.P. Kleinberg
Law Offices of Scott T. Kamin
53 W. Jackson Blvd., Suite 1162
Chicago, IL 60604
Telephone: 312-322-0077
Facsimile: 312-322-1041

Jeffery M. Burke
Teamsters Local Union 705
1645 W. Jackson Blvd.
Chicago, IL 60607
Facsimile: 312-738-1196

**Counsel for Blommer Chocolate Co.**
David W. Wirt
Michael W. Jones
Winston & Strawn
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

**Counsel to Chicago Ridge 035 Partners, LP**
Kevin M. Newman, Esq.
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Charlestowne Mall, LLC, Great
Northern PSE, LLC, Greece Ridge, LLC, The
Marketplace, Shoppingtown Mall, LLC**
Thomas W. Daniels
Francis L. Gorman, III
1265 Scottsville Rd.
Rochester, NY 14624
Telephone: 585-464-9400
Facsimile: 585-464-8787

**Counsel to Health Care Serv. Corp. d/b/a Blue
Cross Blue Shield of Illinois**
R. Scott Alsterda
Alex Pirogovsky
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Telephone: 312-977-4400
Facsimile: 312-977-4405

**Attorney for Hartney Fuel Oil Co**
Mark J. Rose
200 W. Adams St., Suite 2850
Chicago, IL 60606
Facsimile: 312-704-8233

**Counsel to The Rouse Co. Affiliates and
Wilmorite Property Management, LLC**
David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St., 5th Floor
Philadelphia, PA 19103
Telephone: 215-864-8623
Facsimile: 215-864-8999

**Counsel to Simon Property Group, L.P.**
Ronald M. Tucker
115 W. Washington St.
Indianapolis, IN 46204
Telephone: 317-263-2346
Facsimile: 317-263-7901
rtucker@simon.com

**Counsel to Simon Property Group, L.P.**
Kevin E. Posen
Harold Stotland
Teller Levit & Silvertrust, PC
11 E. Adams St., Suite 800
Chicago, IL 60603
Telephone: 312-922-3030
Facsimile: 312-922-3048

**Counsel to Taubman Landlords Woodfield Mall
LLC**
Andrew S. Conway
Miro Weiner & Kramer
38500 Woodward Ave., Suite 100
Bloomfield Hills, MI 48303-0908
Telephone: 248-646-2681
Facsimile: 248-646-7887
aconway@mirolaw.com

**Counsel to Transparent Container Co., Inc.**
Gary M. Vanek
Schnell Bazos Freeman Kramer
    Schuster & Vanek
1250 Lake Ave., Suite 100
Elgin, IL 60123
Telephone: 847-742-8800
Facsimile: 847-742-9777

**Counsel to PBGC**
Rosemary Phillips
Office of General Counsel
Pension Benefit Guaranty Corporation
1200 K St., NW
Washington, DC 20005-4026
Telephone: 202-326-4020, Ext. 3094
Facsimile: 202-326-4112
phillips.rosemary@pbgc.gov

**Counsel to PBGC**
Joel R. Nathan
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Telephone: 312-353-8449
Facsimile: 312-353-2067
joel.nathan@usdoj.com

Steven Christenholz
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-4059
Facsimile: 312-236-7516
steven.christenholz@piperrudnick.com

Marc Fenton
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7082
Facsimile: 312-236-7516
marc.fention@piperrudnick.com

**Counsel to Lakeside Mall, LLC, Ridgedale
Center, LLC and Water Tower, LLC**
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Facsimile: 410-992-6392

**Counsel to LaSalle Bank, Trustee
(Store No. 1200)**
Jeffrey D. Hupert
Riordan Fulkerson Smith & Coleman
100 N. La Salle St., 23rd Floor
Chicago, IL 60602
Telephone: 312-346-4740
Facsimile: 312-346-1168

**Counsel to Urban Retail Properties, Co.
and Dika Jefferson LLC**
Holly L. Tomchey
David J. Fischer
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
Tomchey@wildmanharrold.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 West Monroe St.
Chicago, IL 60661-3693
Telephone 312-902-4623
Facsimile No. 312-902-1061

**Counsel to Kimco North Trust II and Bustleton
Partners**
William J. Ulrich, Jr., Esq.
William R. Brodzinski, Esq.
Mulherin Rehfeldt & Varchetto, PC
211 S. Wheaton, Suite 200
Wheaton, IL 60187
Telephone: 630-653-9300
Facsimile: 630-653-9316
wulrich@mrvlaw.com
wbrodzinski@mrvlaw.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: 312-902-5623
Facsimile: 312-902-1061

Counsel to Prudential Ins. Co. of Am.
and Westfield Corp.
Brian D. Huben
Katten Muchin Zavis Rosenman
2029 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: 310-788-4771
Facsimile: 310-788-4471

Counsel for the City of Chicago
Esther E. Tryban Telser
City of Chicago Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602
Telephone: 312-744-1846
Facsimile: 312-744-6798
etrybantelser@cityofchicago.org

Counsel to Grandview Court L.P.
Joseph D. Frank
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8062
Facsimile: 312-269-1747
jfrank@ngelaw.com

Counsel to Castleton Shoppes, LP
Jeffrey J. Graham
Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699

Counsel to Inland Real Estate Corp.
Jonathan E. Aberman
Foley & Lardner
321 N. Clark St., Suite 2800
Chicago, IL 60610-4714
Telephone: 312-832-4394
Facsimile: 312-832-4700

Counsel to Inland Real Estate Corp.
David J. Kayner
Inland Real Estate Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523
Telephone:
Facsimile: 630-218-7357

Counsel to Ramco-Gershenson Properties, L.P.
and Newburgh/Six Mile, L.P.
Terrance A. Hiller, Jr.
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488
tah@kompc.com

Steven A. Ginther
Counsel to Missouri Dept. of Revenue
Missouri Dept. of Revenue
301 W. High St., Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
Telephone: 573-751-5531
Facsimile: 573-751-7232

Counsel to Urban Retail Properties Co.
Holly L. Tomchey
David J. Fischer
Wildman Harrol Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
tomchey@wilmanharrold.com

Counsel to The Rouse Company
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Telephone: 410-992-6332
Facsimile: 410-992-6392

Counsel to Chicago Ridge 035 Partners
Kevin M. Newman
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Village of Park Forest**
Susan W. Glover
Robbins Schwartz Nicholas
    Litton & Taylor, Ltd.
179 N. Chicago St.
Joliet, IL 60432
Telephone: 815-722-6560
Facsimile: 815-722-0450

**Counsel to Gurnee Mills Operating Co.**
Courtenay M. Labson
1300 Wilson Blvd., Suite 400
Arlington, VA 22209
Telephone: 703-526-5245
Facsimile: 703-526-3333

**Counsel to IBM Corp.**
Beverly H. Shideler
Two Lincoln Center
Oakbrook Terrace, IL 60618
Telephone: 630-568-1514
Facsimile: 845-491-3275
bhshide@us.ibm.com

Bill Angelowitz
Daily Insights, Inc.
JAF Box 3127
New York, NY 10116
Telephone: 212-714-9828
Facsimile: 212-714-9827
wangelow@keacapital.com

**Counsel to Madelaine Chocolate Novelties, Inc.**
Warren R. Graham
Davidoff & Malito LLP
605 Third Ave., 34th Floor
New York, NY 10158
Telephone: 212-557-7200
Facsimile: 212-286-1884
wrg@dmlegal.com

**Counsel to SEC**
Jolene M. Wise
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: 312-886-3948
Facsimile: 312-353-7398
E-Mail: wisej@sec.gov

**Counsel to PREIT-Rubin, Inc./PR Valley View LP**
Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers
LLP
260 S. Broad St.
Philadelphia, PA 19102-5003
Telephone: 215-569-4493
Facsimile: 215-568-6603

**Counsel to Hilton Hotels Corp.**
Lawrence H. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612
Telephone: 949-798-0500
Facsimile: 949-798-0511

**International Brotherhood**
Robert A. Seltzer
Cornfield & Feldman
25 E. Washington St., Suite 1400
Chicago, IL 60602-1708
Telephone: 312-236-7800
Facsimile: 312-236-6686

Lise Vautour
SITQ
Centre CDP Capital
1001, Square Victoria, Bureau C-500
Montréal, Québec H2Z 2B1
CANADA
Telephone: 514-288-6767
Facsimile: 514-288-7675

**Counsel to Certain Priority Wage Claimants**
Thaddeus J. Hunt
Law Offices of Thaddeus J. Hunt
120 S. State St., 4th Floor
Chicago, IL 60603
Telephone: 312-236-9906
Facsimile: 312-236-1176
E-Mail: huntlaw@innoport.com

**Counsel to Arandell Corp.**
Steve Kailas
Kohner Mann & Kailas, S.C.
1572 E. Capitol Dr.
P.O. Box 11982
Milwaukee, WI 53211-0982
Telephone: 414-962-5110
Facsimile: 414-962-8725

**Counsel to Zurich American Insurance Company**
Margaret M. Anderson
Sheila M. Maloney
Lord Bissel & Brook
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-443-0402
Facsimile: 312-896-6402
panderson@lordbissell.com

**Counsel to Columbus Limited Partnership**
Paul S. Magy
Matthew W. Schlegel
Terrance A. Hiller, Jr.
Matthew E. Thompson
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488

**Counsel to Columbus Limited Partnership**
Synde B. Keywell
Neal Geerber & Eisenberg LLP
2 N. La Salle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8003
Facsimile: 312-269-1747

**Counsel for Local 705**
Jeffrey B. Gilbert
Phillip H. Snelling
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Avenue, Suite 1310
Chicago, IL 60603
(312)578-8100

**Counsel for DM of Indiana, Inc.**
Michael A. Fish
Terrell & Thrall, LLP
1158 W. Lincolnway, Suite One
Valparaiso, IN   46385
Telephone: 219-465-1766
Facsimile: 219-465-0145

Neil Herskowitz
Riverside Contracting LLC
P.O. Box 626
Planetarium Station
New York, NY   10024-0540
Telephone: 888-501-0990
Facsimile: 212-501-7088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )      Chapter 11
                                          )
ARCHIBALD CANDY CORPORATION,              )      Case No. 04-03200
et al.,                                   )
                                          )      Jointly Administered
            Debtors.                      )
                                          )      Honorable Pamela S. Hollis
                                          )

**THIRD INTERIM AND FINAL FEE APPLICATION OF FIELD & GOLAN LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ARCHIBALD CANDY CORPORATION, ET AL.
FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH JUNE 7, 2005[2]**

### Introduction

Field & Golan LLP ("F & G" or "Counsel"), local counsel for the Archibald Candy

Corporation Official Committee of Unsecured Creditors (the "Creditors Committee"), applies for

the entry of an Order, pursuant to §§ 330(a) and 1103 of the United States Bankruptcy Code, 11

U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2016, and

the compensation procedures order entered by this Court on February 11, 2004, authorizing the

following: (a) allowance of reasonable compensation to F & G in the amount of **$18,868.00** for

52.9 hours of actual and necessary professional services rendered to the Creditors Committee and

reimbursement of F & G actual and necessary out of pocket expenses in the amount of **$825.92**

for the period from October 1, 2004 through June 7, 2005 (the "Interim Application Period");

and (b) final allowance of reasonable compensation in the amount of **$66,647.00** together with

reimbursement for actual and necessary out-of-pocket expenses incurred in the amount of

**$1,383.47** for the period commencing February 6, 2004 through June 7, 2005 (the "Final

---

[2] Includes estimate of 1 hour for presenting this Fee Application in Court on June 7, 2005.

Application Period"). F & G received partial payment of $6,703.00 prior to the filing of this Third Interim and Final Application.

## BACKGROUND

On January 28, 2004, (the "Petition Date"), the Archibald Candy Corporation and Laura Secord Holdings Corp. (the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On February 5, 2004, the Office of the United States Trustee appointed an official committee of unsecured creditors, and on February 26, 2004, the Bankruptcy Court entered an order authorizing the Creditors Committee to retain Barbara L. Yong and the partners, associates, and paraprofessionals of the law firm of F & G, as its local bankruptcy counsel.

## THE NATURE AND EXTENT OF THE SERVICES
## RENDERED AND COSTS INCURRED

In this case, F & G, as local counsel to the Creditors Committee, provided many valuable services. Counsel reviewed the numerous motions and pleadings filed by the Debtors, creditors, and parties in interest, conferred with the Creditors Committee and lead counsel, and represented the interest of the unsecured creditors at court hearings when lead counsel did not attend. Counsel worked diligently to maximize the value of the Debtors' unencumbered assets which will be available for payment to unsecured creditors, including assisting in successfully negotiating a settlement with the Ad Hoc Bondholders Committee and prosecuting an adversary proceeding to declare the Millenium Lease to be a lease of real estate rather than a license. Finally, Counsel filed and served motions and pleadings on behalf of the Creditors Committee.

Throughout the Final Application Period, F & G performed its duties as local counsel to the Creditors Committee on an hourly fee basis. In order to assist the court and other parties to evaluate and determine the reasonableness of this application and the fees and costs requested F

& G has categorized the services into fourteen subject areas. A lodestar analysis is provided for each subject matter indicating the hours and compensation by each professional.

F & G provided professional legal services to the Creditors Committee in the following fourteen general areas: Case Administration, Leases/Executory Contracts, Financing, Retention/Professional Compensation/Fee Statement, Claims, Plan and Disclosure Statement, Asset Dispositions, Preparation For/Attend Court Hearings, Meetings, Asset Analysis, Employee Benefits/Pensions, Travel, Preference Claims, and Bondholder's Settlement. The total amount of fees incurred with respect to each category is as follows:

**F & G**

|     | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|-----|------------------|-------------|------------|
| 1.  | Case Administration | .7 | $255.00 |
| 2.  | Leases/Executory Contracts | 2.40 | $840.00 |
| 3.  | Financing | 0.00 | $0.00 |
| 4.  | Retention/Professional Compensation/Fee Statement | 22.3 | $7,715.50 |
| 5.  | Claims | 0.00 | $0.00 |
| 6.  | Plan and Disclosure Statement | .2 | $70.00 |
| 7.  | Asset Dispositions | 1.3 | $455.00 |
| 8.  | Preparation For/Attend Court Hearings | 16.4 | $5,975.00 |
| 9.  | Meetings | 0.00 | $0.00 |
| 10. | Asset Analysis | 0.00 | $0.00 |
| 11. | Employee Benefits/Pensions | 0.00 | $0.00 |
| 12. | Travel | 0.00 | $0.00 |

| 13. | Preference Claims | 1.0 | $357.50 |
| 14. | Bondholder's Settlement | 8.6 | $3,200.00 |
|  | **F & G TOTAL** | **52.9** | **$18,868.00** |

Attached hereto as **Exhibits A - J**, are detailed summaries of the fees that Counsel actually charged, categorized by project. The itemized list identifies: (a) the specific tasks performed, (b) the attorney or legal assistant who performed them, (c) the time required to perform them, and (d) the date on which these tasks were performed. To the extent possible, Counsel have described each specific task and separately allocated the time attributable to that task.

### Exhibit A: <u>Case Administration</u>

Counsel for the Creditors Committee devoted .7 hours on legal services throughout the Interim Application Period in connection with routine administrative matters for the Creditors Committee that were necessary for the orderly administration of the Debtors' cases. Administrative services provided include (i) reviewing financial reports prepared by the Committee's Consultants, BDO Seidman, and (ii) matters relating to Zurich American Insurance Company's Motion for Administrative Claim.

A detailed description of services provided in this category is set forth in **Exhibit A**. The following is a summary of the time expended by each professional in this category:

### F & G Summary of Case Administration

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barbara L. Yong | .3 | $350.00 | $105.00 |
|  | .4 | $375.00 | $150.00 |
| **TOTAL** | **.7** |  | **$255.00** |

**Exhibit B: Leases / Executory Contracts**

F & G devoted 2.4 hours on legal services throughout the Interim Application Period to matters involving leases and executory contracts. The majority of F & G's time in this category relates to the dispute between the Creditors Committee and BNY Midwest Trust Company, as trustee for the holders of 10% Secured Subordinated Notes Due 2007, regarding the Millenium Lease.

A detailed description of services provided in this category is set forth in **Exhibit B**. The following is a summary of the time expended by each professional in this category:

### F & G Summary of Leases / Executory Contracts

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Barbara L. Yong | 2.4 | $350.00 | $840.00 |
| **TOTAL** | **2.4** | | **$840.00** |

**Exhibit C: Retention/Professional Compensation**

F & G devoted 21.7 hours on legal services throughout the Interim Application Period in connection with the preparation and filing of fee applications for Committee Professionals and Debtor's Counsel.

A detailed description of services provided in this category is set forth in **Exhibit C**. The following is a summary of the time expended by each professional in this category:

### F & G Summary of Retention/Professional Compensation

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Barbara L. Yong | 11.6 | $350.00 | $4,060.00 |
| | 9.3 | $375.00 | $3,487.50 |
| Evelyn Yao | .7 | $120.00 | $84.00 |
| Joseph Funk | .7 | $120.00 | $84.00 |
| **TOTAL** | **22.3** | | **$7,715.50** |

**Exhibit D: Plans and Disclosure Statement**

F & G devoted .2 hours on legal services throughout the Interim Application Period in connection with Debtors' Disclosure Statement responding to a call from counsel for several wage claimants asking about the status of the Debtor's Plan and Disclosure Statement.

A detailed description of services provided in this category is set forth in **Exhibit D**. The following is a summary of the time expended by each professional in this category:

**F & G Summary of Plans of Liquidation/Disclosure Statements**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barbara L. Yong | .2 | $350.00 | $70.00 |
| **TOTAL** | **.2** | | **$70.00** |

**Exhibit E: Asset Dispositions**

F & G devoted 1.3 hours on legal services throughout the Interim Application Period attempting to assist the Debtor in finalizing a lease termination agreement with Rouse Company.

A detailed description of services provided in this category is set forth in **Exhibit E**. The following is a summary of the time expended by each professional in this category:

**F & G Summary of Asset Dispositions**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barbara L. Yong | 1.3 | $350.00 | $455.00 |
| **TOTAL** | **1.3** | | **$455.00** |

**Exhibit F: Prepare for/Attend Court Hearings**

F & G devoted 16.1 hours preparing for and attending various bankruptcy court hearings on behalf of the Creditors Committee. These hearings included status hearings, hearings on various fee applications and motions to approve settlement of various adversary proceedings. It

also includes an estimate of 1 hour for counsel to appear on June 7, 2005 to present this Fee

Application.

A detailed description of services provided in this category is set forth in **Exhibit F**. The

following is a summary of the time expended by each professional in this category:

### F & G Summary of Prepare for/Attend Court Hearings

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barbara L. Yong | 7.0 | $350.00 | $2,450.00 |
| | 9.4 | $375.00 | $3,525.00 |
| **TOTAL** | **16.1** | | **$5,975.00** |

### Exhibit G: Preference Claims

F & G devoted 1.0 hours to the preference claims against E&Y and Madelaine Chocolate

Novelties, Inc.

A detailed description of services provided in this category is set forth in **Exhibit G**. The

following is a summary of the time expended by each professional in this category:

### F & G Summary of Preference Claims

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barbara L. Yong | .7 | $350.00 | $245.00 |
| | .3 | $375.00 | $112.50 |
| **TOTAL** | **1.0** | | **$357.50** |

### Exhibit H: Bondholder's Settlement

F & G devoted 8.6 hours to assisting in the negotiation and documentation of the

settlement between the Creditor's Committee and the Ad Hoc Bondholder's Committee.

A detailed description of services provided in this category is set forth in **Exhibit H**. The

following is a summary of the time expended by each professional in this category:

## F & G Summary of Bondholder's Settlement

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Barbara L. Yong | 1.0 | $350.00 | $350.00 |
| | 7.6 | $375.00 | 2,850.00 |
| **TOTAL** | **8.6** | | **$3,200.00** |

### Exhibit 1: Expenses for Which Reimbursement is Requested

As a result of the legal services F & G performed during the Interim Application Period on behalf of the Creditors Committee, F & G incurred out-of-pocket expenses in the aggregate sum of $825.92. These expenses are itemized in **Exhibit I** to this application, and include costs for court filing fees, transcripts and outside photocopying. All of those expenses are the actual and necessary expenses incurred by F & G solely in connection with this bankruptcy case. F & G makes no reimbursement request for incoming or outgoing telefaxes, in-house copying, regular postage, or messenger service by F & G's employees, as those charges are included in F & G's hourly rate as part of its overhead.

### INTERNAL BILLING POLICY AND PROCEDURES

Barbara L. Yong, the Creditors Committee's local counsel, has practiced in this area of law for more than 20 years. Over the course of time and in accordance with the decisions in this jurisdiction and elsewhere, Ms. Yong has developed internal billing procedures and practices which are reflected in this Application.

F & G's hourly rates range from a low of $180 per hour for their most junior associates to a high of $375 for their senior partners and $120 for staff paralegals. F & G believes these rates are well within or lower than rates charged by other experienced bankruptcy practitioners in the Chicago Metropolitan area.

F & G records its time in tenths of an hour, or six minute increments. This serves to accurately reflect the actual time spent on discrete tasks. Individual time entries are discrete and not lumped together. Purely ministerial tasks, such as supplying information about hearing dates, addresses and telephone numbers, are not charged.

F & G staffs assignments by delegation of discrete matters to the qualified professional with the lowest hourly rate.

F & G consciously avoids multiple representations of its clients. More than one attorney may work on a matter where circumstances require due to the volume or nature of the activity required, or the complexity and importance of a specific matter.

Communications by F & G professionals with other attorneys retained by their clients are limited to instances where they are necessary in order to provide adequate representation in connection with a complex matter. The roles and contributions of each law firm representing the client should be separate and distinct in order to avoid duplication of services among the client's counsel.

Intraoffice conferences between attorneys of F & G are kept to a minimum and are only chargeable for substantial matters or in instances where a senior attorney provides instruction and guidance to a more junior attorney. This allows the more junior or lower cost attorney, to perform the required services and results in a lower overall cost to the client. In such cases, only the senior attorney bills for his or her time.

F & G uses its billing judgment to reduce compensation requested where appropriate. It is the responsibility of the billing partner to review the time entries and cost charges in connection with the preparation of every fee application, and to eliminate any time rendered by one or more attorneys which, in the partners' judgment, is excessive, unproductive, duplicative

or was unwarranted under the circumstances. Time expended in this manner has been held to be compensable. In re CF & I Fabricators of Utah, Inc., 131 B.R.474, 486 (Bankr. D. Utah 1991).

F & G does not make cost reimbursement a profit center. F & G bills clients only for actual out-of-pocket expenses at their actual cost. F & G does not charge clients for incoming or outgoing telefaxes, in-house copying, regular postage, or messenger service by F & G's employees. These costs are included in F & G's overhead. See In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989).

## REASONABLENESS OF THE COMPENSATION REQUESTED

In this judicial district, courts are generally guided by the criteria set forth in In re Spanjer Brothers, Inc., 191 B.R. 738 (Bankr. N.D. Ill. 1996), which requires that only actual, necessary and reasonable fees may be compensated pursuant to 11 U.S.C. §330. See also In re Mariner Post-Acute Network, Inc., 257 B.R. 723, 728 (Bankr. D. Del. 2000).

As indicated by the Spanjer Brothers, Inc., the starting point for this inquiry must be section 330 of the Bankruptcy Code which provides, in pertinent part,

> After notice and a hearing…the court may award to…a professional
> person employed under section 327 of this title…
>
> (i)    reasonable compensation for actual, necessary
>        services rendered by such…attorney…based on the
>        nature, the extent and the value of such services,
>        and the cost of comparable services other than in a
>        case under this title; 11 U.S.C. § 330.

Bankruptcy courts have developed different approaches in their analyses of compensation requests.   Some courts use the traditional approach of applying the twelve criteria[3] first

---

[3] The twelve Johnson factors are as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill required to perform the legal services properly; (4) the preclusion of employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the result obtained; (9) the experience, reputation and ability of the attorneys; (10) the

enunciated in the civil rights case of <u>Johnson v. Georgia Highway Express</u>, 488 F.2d 714 (5th Cir. 1974), and first adopted to bankruptcy cases in <u>In re First Colonial Corp. of America</u>, 5 F.2d 1291 (5th Cir. 1977). <u>See</u>, <u>e.g.</u>, <u>In re Four Star Terminals, Inc.</u>, 42 B.R. 419, 430-31 n.6 (Bankr. D. Alaska 1984) and cases cited therein. The courts of this jurisdiction do refer to those criteria. <u>See Spanjer Brothers, Inc.</u>, 191 B.R. at 749; <u>see also In re Palladino</u>, 267 B.r. 825, 831 (Bankr. N.D. Ill. 2001).

Other courts use a lodestar analysis. <u>In re Busy Beaver Building Centers, Inc.</u>, 19 F.3d 833, 849 (3rd Cir. 1995). The <u>In re Busy Beaver</u> decision favors the lodestar method; multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate. <u>Id</u>. <u>See also Hensley v. Eckerhart</u>, 461 U.S. 424, 433 (1983). Some courts use both the Johnson factors and the lodestar analysis. <u>See In re Coates</u>, 292 B.R. 894, 901 (Bankr. C.D. Ill. 2003).

Compensation allowances are normally imprecise. Given the subjective nature of the criteria, the value of professional services cannot be ascertained by the application of an exact mathematical formula to a given set of facts. <u>In re Busy Building Centers, Inc.</u>, at 845; <u>In re Frontier Airlines, Inc.</u>, 74 B.R. 973 (Bankr. D. Colo. 1987). This concept was aptly summarized by the First Circuit Court of Appeals:

> [I]t is important for the court to maintain "a sense of overall proportion," (citation), and not "become enmeshed in meticulous analysis of every detailed facet of the professional representation," (citation). It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an association rather than a partner. On the other hand, it is also possible that [the debtor] would not have enjoyed the success it did had its counsel managed matters differently.

undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. <u>See In re Spanjer Brothers, Inc.</u>, 191 B.R. at 748.

In re Boston and Maine Corporation, 776 F.2d 2, 10 (1st Cir. 1985).

Counsel submits that the award of compensation and expense reimbursement as requested by this application is appropriate.

**WHEREFORE**, counsel for the Field & Golan LLP prays for the entry of an order granting the following relief:

1.  Allowing interim compensation to Field & Golan LLP in the amount of $18,868.00 for 52.9 hours of service rendered to the Official Committee of Unsecured Creditors of Archibald Candy Corporation, et al., from October 1, 2004 through June 7, 2005;

2.  Awarding interim expense reimbursement to Field & Golan LLP of $825.92;

3.  Final Allowance of all of the fees and reimbursement of all expenses incurred by Field & Golan LLP in this case, as sought in its First, Second and Third Interim Applications; and

4.  For such other and further relief as is just.

Respectfully submitted,

FIELD & GOLAN LLP

Barbara L. Yong, Esq. – Atty. No. 06184000
Caren A. Lederer, Esq.
FIELD & GOLAN LLP
70 West Madison, Suite 1500
Chicago, Illinois 60602-4206
(312) 263-2300

Counsel for the Official Committee Of Unsecured Creditors of Archibald Candy Corporation, et al.

## BILL HISTORY
### Archibald Candy Corporation
October 1, 2004 through June 7, 2005

Barbara L. Yong
Evy Yao
Joseph Funk

Case Administration (1)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 10/12/2004 | Receive and review Memo from BDO Seidman re Debtor's Financial Results through October 2, 2004. | 0.10 | $350.00 | $35.00 |
| B. Yong | 10/21/2004 | Receive and review Financial Update from D. Berliner from BDO Seidman | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/17/2004 | Receive and review Memo from BDO Seidman re the Debtor's Financial Results through October 30, 2004. | 0.10 | $350.00 | $35.00 |
| B. Yong | 1/17/2005 | Telephone call from P. Siddiqui informing me of Debtor's settlement with Zurich; review letter to Judge Hollis re pushing cont'd status on motion for admin claim to 3/10/05 and noticing motion to approve settlement to same date. | 0.20 | $375.00 | $75.00 |
| B. Yong | 1/18/2005 | Receive and review Debtor's Motion to Approve Compromise with Zurich American Insurance Company and Amended Notice of Motion for same. | 0.20 | $375.00 | $75.00 |
| | | Total: | 0.70 | | $255.00 |

**Case Administration**

### MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 0.30 | hrs at | $350.00/hr | $105.00 |
| | 0.40 | hrs at | $375.00/hr | $150.00 |
| **Total Professional Charges** | **0.70** | | | **$255.00** |



EXHIBIT
A

Leases/Executory Contracts (2)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 2.17.94 | Receive and respond to emails from C. Hershcopf to the Creditor's Committee forwarding Bondholder's revised Term Sheet, and confirming I'll be going to court tomorrow for ruling on the Millennium Cross-Motions for Summary Judgment. | 0.20 | $350.00 | $70.00 |
| B. Yong | 11/18/2004 | Court appearance for ruling on Millennium Cross-Motions for Summary Judgment (1.0); emails to and from C. Hershcopf re court's ruling (.2) and follow up telephone call from J. Cohen requesting I call S. Kerr to propose entry of Order wrapping up the entire adversary proceeding (.1). | 1.30 | $350.00 | $455.00 |
| B. Yong | 11/22/2004 | Telephone call from court reporter letting me know transcript of court's ruling is ready for pick up, review of transcript and forward copy via email to C. Hershcopf. | 0.30 | $350.00 | $105.00 |
| B. Yong | 11/24/2004 | Telephone call to S. Kerr proposing Agreed Order resolving Committee's Adversary Proceeding. | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/30/2004 | Exchange emails with J. Cohen following up on proposal being made to the Ad Hoc Bondholders Committee for resolution of the Millennium Adversary. | 0.10 | $350.00 | $35.00 |
| B. Yong | 12/13/2004 | Receive and respond to several emails between C. Hershcopf, D. Berliner & R. Martin re Thursday's status hearing on the Millennium adversary and the status of settlement negotiations. | 0.40 | $350.00 | $140.00 |
| | | Total: | 2.40 | | $840.00 |

**Leases/Executory Contracts**

### MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 2.40 | hrs at | $350.00/hr | $840.00 |
| **Total Professional Charges** | **2.4** | | | **$840.00** |


EXHIBIT B

Retention/Professional Compensation/Fee Statement (4)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| B. Yong | 10/7/2004 | Receive and review Trenwith Securities' First and Final Application for Allowance of Compensation and Reimbursement of Expenses (.5); exchange emails with E. Jordan giving him my comments and confirming will file today and notice for 10/28/04 (.1); prepare cover sheet, notice of motion and certificate of service (.7). | 1.30 | $350.00 | $455.00 |
| E. Yao | 10/7/2004 | Filing of Pleading in Federal Court - Bankruptcy - Filed Trenwith Fee Application. | 0.50 | $120.00 | $60.00 |
| B. Yong | 10/25/2004 | Draft cover letter for September fees and review time entries. | 0.40 | $350.00 | $140.00 |
| B. Yong | 10/28/2004 | Email to Debtor's Counsel, M. Thomas and P. Siddiqui, and to C. Hershcopf and R. Chance requesting an interim distribution to the Creditors' Committee's professionals before year end. | 0.20 | $350.00 | $70.00 |
| B. Yong | 11/2/2004 | Revise and categorize July, August & September time entries for second interim fee application. | 1.20 | $350.00 | $420.00 |
| B. Yong | 11/9/2004 | Review time entries for and draft narrative portion of F&G's Second Interim Fee Application and prepare cover sheet for same. | 2.80 | $350.00 | $980.00 |
| B. Yong | 11/12/2004 | Emails to and from M. Harrison re date to present second interim fee applications (.1); prepare notice of motion, certificate of service and service list for F&G's second interim fee application (.7). | 0.80 | $350.00 | $280.00 |
| B. Yong | 11/15/2004 | Review and revise Kronish Lieb's Second Interim Fee Application (.3); prepare notice of motion, service list and certificate of service (.7). | 1.00 | $350.00 | $350.00 |
| E. Yao | 11/16/2004 | Telephone call from clerk's office requesting Kronish Lieb's Second Interim Fee Application in pdf format; forward same via email. | 0.20 | $120.00 | $24.00 |
| B. Yong | 11/17/2004 | Receive and review Second Interim Applications filed by Jenner & Block and McDermott, Will & Emery. | 0.50 | $350.00 | $175.00 |

EXHIBIT

C

| | | | | | |
|---|---|---|---|---|---|
| B. Yong | 11/17/2004 | Receive and review Third Supplement to Certificate of N. White in Support of Debtor's Application to Retain McDermott, Will & Emery. | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/22/2004 | Receive and review Supplemental Affidavit in Support of Debtors' Application to Employ and Retain Jenner & Block. | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/29/2004 | Draft cover letter for October fees; review and revise fee entries. | 0.30 | $350.00 | $105.00 |
| B. Yong | 11/29/2004 | Exchange emails with C. Hershcopf and M. Harrison re AMEX Interim Fee Application does not provide discrete time entries. | 0.20 | $350.00 | $70.00 |
| B. Yong | 12/6/2004 | Receive and respond to email from M. Harrison confirming we filed Motion to Admit her Pro Hac Vice last week. | 0.10 | $350.00 | $35.00 |
| B. Yong | 12/13/2004 | Emails to and from M. Harrison and telephone call to Judge Hollis' chambers, re Melissa being available to participate telephonically in tomorrow's hearing on Kronish Lieb's Fee Application and the Application to admit her Pro Hac Vice. | 0.20 | $350.00 | $70.00 |
| B. Yong | 12/13/2004 | Telephone call from S. Kerr letting me know the bondholders have no objection to either Kronish Lieb of Field Golan's fee applications. | 0.10 | $350.00 | $35.00 |
| B. Yong | 12/14/2004 | Review Court orders reducing and allowing second interim fee applications (.2); forward same to C. Hershcopf & M. Harrison (.1). | 0.30 | $350.00 | $105.00 |

| B. Yong | 12/15/2004 | Emails to and from C. Hershcopf and J. Sieger re paying the committee professionals pro rata from the available carve out. | 0.20 | $350.00 | $70.00 |
| B. Yong | 12/15/2004 | Review all prior orders allowing applications for compensation of committee professionals (.3); prepare memo calculating pro rata share of unencumbered funds available to pay committee professionals (.5); forward via email to C. Hershcopf, D. Berliner & R. Chance for their review and approval prior to submitting it to Debtor's counsel (.2). | 1.00 | $350.00 | $350.00 |
| B. Yong | 12/23/2004 | Review and revise November time entries (.2); draft cover letter circulating same amount the service parties. | 0.50 | $350.00 | $175.00 |
| B. Yong | 12/27/2004 | Receive and review First and Final Application of Wildman Harrold Allen & Dixon, Debtor's Special Zoning Counsel for allowance of compensation and reimbursement of expenses. | 0.30 | $350.00 | $105.00 |
| B. Yong | 1/13/2005 | Receive and review final application of Paragon Capital Partners, Debtor's Investment Banker, for allowance of Compensation and Reimbursement of Expenses noticed for hearing on 2/3/05 @ 10:00 a.m. | 0.30 | $375.00 | $112.50 |
| B. Yong | 1/24/2005 | Review and revise December time entries (.2); draft cover letter circulating fees to service parties (.3). | 0.50 | $375.00 | $187.50 |
| B. Yong | 1/28/2005 | Receive and review Supplement to Jenner & Bock's Second Interim Application for Allowance of Compensation and Reimbursement of Expenses. | 0.20 | $375.00 | $75.00 |
| B. Yong | 2/11/2005 | Motion to Reconsider denial of certain expenses in Kronish Lieb's Second Interim Fee Application (.1); review motion and prepare draft order, minute order, notice of motion and service list for same (.7). | 0.80 | $375.00 | $300.00 |
| B. Yong | 2/21/2005 | Review and categorize time entries for 3rd interim/final fee application. | 0.80 | $375.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| B. Yong | 2/24/2005 | Review compensation procedures order for deadline for filing next fee application (.2); email to C. Hershcopf and M. Harrison asking whether it makes sense to delay filing next interim fee apps until after settlement is finalized and we can file final fee apps instead (.1); email to M. Thomas and R. Martin making same suggestion (.1). | 0.40 | $375.00 | $150.00 |
| B. Yong | 2/24/2005 | Review and revise January time entries (.2); draft cover letter forwarding same to service parties (.3). | 0.50 | $375.00 | $187.50 |
| B. Yong | 3/14/2005 | Emails to and from M. Harrison, M. Thomas and R. Martin re following court's suggestion of holding off filing interim fee application pending settlement. | 0.20 | $375.00 | $75.00 |
| B. Yong | 3/15/2005 | Follow up emails from M. Harrison and to M. Thomas re deferring filing of interim fee applications. | 0.10 | $375.00 | $37.50 |
| B. Yong | 3/18/2005 | Review and revise February time entries (.2); draft cover letter circulating same to service parties (.3). | 0.50 | $375.00 | $187.50 |
| B. Yong | 4/18/2005 | Review and revise March time entries (.2); draft cover letter circulating same to service parties (.3). | 0.50 | $375.00 | $187.50 |
| B. Yong | 4/21/2005 | Receive and review Amended Notice of Hearing on McDermott Will & Emery's 3rd interim fee application. | 0.10 | $375.00 | $37.50 |
| B. Yong | 4/26/2005 | Exchange emails with C. Hershcopf, M. Harrison & R. Martin re close to wrapping up settlement, our final fee apps will be due 2 weeks after it is filed and will be noticed for hearing at the same time; also discussed need to estimate time between filing and the hearing. | 0.30 | $375.00 | $112.50 |
| B. Yong | 4/27/2005 | Telephone call to G. Silver with S. Kerr to discuss procedure for filing final fee app with estimate of additional time to be incurred prior to termination of our representation (.2); email to counsel for creditor's committee and bondholders reporting on same (.1). | 0.30 | $375.00 | $112.50 |
| B. Yong | 5/11/2005 | Categorize time entries for final fee application. | 0.80 | $375.00 | $300.00 |

| B. Yong | 5/12/2005 | Prepare cover sheet and draft narrative for final fee application of Field & Golan. | 2.50 | $375.00 | $937.50 |
| B. Yong | 5/12/2005 | Receive and review the Final Fee Application of Kronish Lieb; respond to M. Harrison with my comments. | 0.50 | $375.00 | $187.50 |
| J. Funk | 5/13/2005 | Filing in Federal Court - Bankruptcy - Filed Final Fee Aoolications of Field & Golan, Kronish Lieb and BDO Seidman. . | 0.70 | $120.00 | $84.00 |
| | | Total Fees: | 22.30 | | $7,715.50 |

**Retention/Professional Compensation/Fee Statement**

### <u>MATTER FEE SUMMARY</u>

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 11.60 | hrs at | $350.00/hr | $4,060.00 |
| | 9.30 | hrs at | $375.00/hr | $3,487.50 |
| E. Yao | 0.7 | | $120.00/hr | $84.00 |
| J. Funk | 0.7 | hrs at | $120.00/hr | $84.00 |
| **Total Professional Charges** | **22.30** | | | $7,715.50 |

Plan and Disclosure Statement (6)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 11/4/2004 | Telephone call from attorney, T. Hunt, representing several former employees on their wage claims, asking about likelihood and timing of Debtor filing amended disclosure statement and confirming a plan. | 0.20 | $350.00 | $70.00 |
| | | Total Fees: | 0.20 | | $70.00 |

**Plan and Disclosure Statement**

### MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 0.2 | hrs at | $350.00/hr | $70.00 |
| **Total Professional Charges** | **0.2** | | | **$70.00** |



EXHIBIT

D

Asset Dispositions (7)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 10/25/2004 | Receive and respond to email from M. Rupe forwarding amended sale order. | 0.20 | $350.00 | $70.00 |
| B. Yong | 11/1/2004 | Exchange emails to M. Harrison & C. Hershcopf re Debtor presenting motion tomorrow to compel the Rouse Company to abide by lease termination agreement (.1); receive and review Motion for Order to Compel (.3); email to M. Rupe letting him know I did not receive service copy of the Motion (.1). | 0.50 | $350.00 | $175.00 |
| B. Yong | 11/2/2004 | Emails to and from S. Keywell, Mr. Pollack of the Rouse Company and M. Rupe re trying to work out language of revised lease termination agreement. | 0.20 | $350.00 | $70.00 |
| B. Yong | 11/5/2004 | Email from M. Harrison and email to S. Keywell and M. Rupe following up on the dispute between the Debtor and the Rouse Company over the language of the lease termination agreement. | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/8/2004 | Exchange multiple emails with counsel for the creditors committee, C. Hershcopf & M. Harrison and the Debtor, M. Rupe, J. Siddiqui, and M. Thomas, re J&B attorneys still unwilling to consider using Rouse Company's proposed form of lease termination agreement; still trying to convince them to focus on specific terms, rather than whose form | 0.30 | $350.00 | $105.00 |
| | | Total Fees: | 1.30 | | $455.00 |

**Asset Dispositions**

### MATTER FEE SUMMARY

| Timekeeper | | | Total |
|---|---|---|---|
| B. Yong- Partner | 1.30 | hrs at  $350.00/hr | $455.00 |
| **Total Professional Charges** | 1.. | | $455.00 |


EXHIBIT

E

Preparation For/Attend Court Hearings (8)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 10/14/2004 | Court appearance on Debtor's sale motion re the Bucks County, Pennsylvania property; Debtor is conducting an auction sale based on other expressions of interest in the Property; motion continued to 10/21/04 @ 10:30 (Motion noticed for 10:00, but called at end of 10:30 call with status on adversary). | 1.40 | $350.00 | $490.00 |
| B. Yong | 10/21/2004 | Court appearance on continued sale motion of Pennsylvania property and Zurich Insurance Company's motion for administrative claim. | 1.00 | $350.00 | $350.00 |
| B. Yong | 10/28/2004 | Court appearance to present Trenwith's First and Final Application for Compensation and Expense Reimbursement; application approved (1.0); email to core service list forwarding court order (.2). | 1.20 | $350.00 | $420.00 |
| B. Yong | 11/2/2004 | Court appearance on Debtor's Motion to Compel the Rouse Company to enter into Debtor's form of lease termination agreement; including conversation in the hall afterward with counsel for the Debtor and Rouse attempting to mediate the dispute (1.0); email to C. Hershcopf reporting on results of the court hearing (.2). | 1.20 | $350.00 | $420.00 |
| B. Yong | 12/14/2004 | Court appearance to present Field & Golan's and Kronish Lieb's Second Fee Applications and Pro Hac Vice Application for M. Harrison. | 1.00 | $350.00 | $350.00 |
| B. Yong | 12/16/2004 | Court appearance on the following matters: status on Millennium Adversary, E&Y settlement and second interim applications of Jenner & Block and McDermott Will & Emery. | 1.20 | $350.00 | $420.00 |
| B. Yong | 1/13/2005 | Court appearance on Wildman Harrold's Application for Compensation and Zurich Insurance Company's continued motion for Administrative Expense Claim (1.0); emails to and from M. Harrison and C. Hershcopf reporting on hearing (.2). | 1.20 | $375.00 | $450.00 |


EXHIBIT
F

| B. Yong | 1/27/2005 | Court appearance for status on Millennium Adversary and plan. | 1.00 | $375.00 | $375.00 |
| B. Yong | 2/3/2005 | Court appearance on Paragon's Final Application for Compensation and Jenner & Block's Supplement to its Second Interim Fee Application; both applications granted. | 1.00 | $375.00 | $375.00 |
| B. Yong | 2/24/2005 | Court appearance on Kronish Lieb's Motion to Reconsider denial of certain expenses in its Second Interim Application for Compensation (1.0); forward copy of order via email to C. Hershcopf and M. Harrison (.1). | 1.10 | $375.00 | $412.50 |
| B. Yong | 3/3/2005 | Court appearance for status on adversary proceeding; continued to 4/28/05 for status on settlement. | 1.00 | $375.00 | $375.00 |
| B. Yong | 3/10/2005 | Court appearance re: Hearing on approval of Zurich settlement. | 1.00 | $375.00 | $375.00 |
| B. Yong | 4/26/2005 | Court appearance on Debtor's Motion to Approve Compromise with Madelaine Chocolate Novelties, Inc. and to Limit Notice; motion granted. | 1.00 | $375.00 | $375.00 |
| B. Yong | 4/28/2005 | Court appearance on McDermott Will & Emery's 3rd interim Fee Application and continued status on Millennium Adversary continued to 6/7/05 at 10:30 a.m. (1.0); email to C. Hershcopf and M. Harrison reporting on same (.1). | 1.10 | $375.00 | $412.50 |
| B. Yong | 6/7/2005 | Court appearance to present F&G's Third Interim and Final Fee Application and Joint Motion to Approve Settlement. | 1.00 | $375.00 | $375.00 |
| | | Total Fees: | 16.40 | | $5,975.00 |

**Preparation For/Attend Court Hearings**

### MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 7.00 | hrs at | $350.00/hr | $2,450.00 |
| | 9.4 | hrs at | $375.00/hr | $3,525.00 |
| **Total Professional Charges** | **16.4** | | | **$5,975.00** |

Preference Claims (13)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 10/4/2004 | Review emails between M. Thomas and C. Hershcopf re E&Y settlement. | 0.10 | $350.00 | $35.00 |
| B. Yong | 10/28/2004 | Receive and review Debtor's Motion to Approve Compromise with E&Y. | 0.10 | $350.00 | $35.00 |
| B. Yong | 11/18/2004 | Court appearance on Debtor's Motion to Approve Compromise with E&Y. | 0.50 | $350.00 | $175.00 |
| B. Yong | 4/11/2005 | Receive and review Debtor's Motion to Approve Compromise with Madelaine Chocolate Novelties, Inc. and to Limit Notice and letter to Judge Hollis re scheduling hearing date. | 0.30 | $375.00 | $112.50 |
| | | Total Fees: | 1.00 | | $357.50 |

**Preference Claims**

### MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 0.7 | hrs at | $350.00/hr | $245.00 |
| | 0.3 | hrs at | $375.00/hr | $112.50 |
| **Total Professional Charges** | **1.0** | | | **$357.50** |



EXHIBIT
G

Bondholder's Settlement (14)

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B. Yong | 12/14/2004 | Review email from C. Hershcopf responding to the Bondholder's latest settlement proposal. | 0.10 | $350.00 | $35.00 |
| B. Yong | 12/15/2004 | Follow up conversation with C. Hershcopf re the terms of the Committee's settlement proposal and to discuss strategy for winding up the case. | 0.20 | $350.00 | $70.00 |
| B. Yong | 12/15/2004 | Conference call with M. Thomas, J. Sieger, C. Hershcopf and R. Martin negotiating terms of potential settlement and to discuss tomorrow's court hearing. | 0.50 | $350.00 | $175.00 |
| B. Yong | 12/22/2004 | Receive and respond to emails to and from C. Hershcopf and R. Martin re terms of settlement. | 0.20 | $350.00 | $70.00 |
| B. Yong | 1/4/2005 | Review exchange of emails between and among C. Hershcopf, M. Thomas & R. Martin and term sheet of Settlement between the Bondholders and the Unsecured Creditors. | 0.20 | $375.00 | $75.00 |
| B. Yong | 1/7/2005 | Receive and review emails to and from C. Hershcopf to R. Martin finalizing terms of settlement. | 0.20 | $375.00 | $75.00 |
| B. Yong | 1/10/2005 | Receive and review Revised Settlement Term Sheet; email to C. Hershcopf with my comments. | 0.20 | $375.00 | $75.00 |
| B. Yong | 1/24/2005 | Review email from C. Hershcopf and draft Settlement Stipulation (.6); email to C. Hershcopf giving her my comments (.2). | 0.80 | $375.00 | $300.00 |
| B. Yong | 1/26/2005 | Emails to and from C. Hershcopf re the status of settlement with the Bondholders and tomorrow's status hearing. | 0.20 | $375.00 | $75.00 |
| B. Yong | 2/2/2005 | Emails to and from C. Hershcopf re tomorrow's court hearing and status of settlement. | 0.20 | $375.00 | $75.00 |
| B. Yong | 2/10/2005 | Exchange emails with C. Hershcopf re status of settlement. | 0.20 | $375.00 | $75.00 |
| B. Yong | 2/14/2005 | Review revised Settlement Stipulation (.4); email to M. Harrison giving her my comments (.1). | 0.50 | $375.00 | $187.50 |

EXHIBIT
H

| | | | | | |
|---|---|---|---|---|---|
| B. Yong | 2/22/2005 | Conference call with Committee and its advisors to review terms of Settlement Agreement. | 0.50 | $375.00 | $187.50 |
| B. Yong | 3/2/2005 | Email to C. Hershcopf and M. Harrison confirming Committee has no objection to the Zurich settlement and checking on how much longer before Motion to Approve Settlement will be filed. | 0.10 | $375.00 | $37.50 |
| B. Yong | 4/13/2005 | Email to C. Hershcopf and M. Harrison checking on status of settlement with the bondholders. | 0.10 | $375.00 | $37.50 |
| B. Yong | 4/26/2005 | Review Joint Motion to Approve Settlement and Settlement Stipulation between Bondholders and Unsecured Creditors Committee (1.5); email proposed revisions to C. Hershcopf and M. Harrison (.3). | 1.80 | $375.00 | $675.00 |
| B. Yong | 4/26/2005 | Review emails between M. Harrison and counsel for the Bondholders re finalizing Settlement Stipulation and Joint Motion to Approve same. | 0.10 | $375.00 | $37.50 |
| B. Yong | 4/27/2005 | Review revised and redlined copies of Settlement Stipulation and Joint Motion to Approve Settlement (.8); email to counsel for Bondholders re additional minor revisions (.2). | 1.00 | $375.00 | $375.00 |
| B. Yong | 5/2/2005 | Review revised Stipulation and Joint Motion to Approve Settlement (.7); review emails between counsel for the Unsecured Creditors and the Bondholders re hoping to get it filed in the next day or so (.1). | 0.80 | $375.00 | $300.00 |
| B. Yong | 5/11/2005 | Review Bondholder's draft Trust Agreement. | 0.70 | $375.00 | $262.50 |
| | | Total Fees: | 8.60 | | $3,200.00 |

**Preference Claims**

## MATTER FEE SUMMARY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B. Yong- Partner | 1.0 | hrs at | $350.00/hr | $350.00 |
| | 7.6 | hrs at | $375.00/hr | $2,850.00 |
| **Total Professional Charges** | **8.6** | | | **$3,200.00** |

Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
| 11/16/2004 | Outside Photocopies | $584.55 |
| 11/22/2004 | J. Defini - Court transcripts | $30.00 |
| 12/3/2004 | U.S. District Court - Pro Hac Vice Application | $50.00 |
| 12/3/2004 | Copy Corps - Outside photocopies | $161.37 |
| TOTAL: | | $825.92 |



EXHIBIT

tabbies