IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )   Case No. 04-03200
ARCHIBALD CANDY CORPORATION, et al.       )   Jointly Administered
                                          )   Chapter 11
            Debtors.                      )   Hon. Pamela S. Hollis
                                          )
                                          )   Hearing Date: June 7, 2005
                                          )   Hearing Time: 10:30 a.m.

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 1 3 2005

KENNETH S. GARDNER, CLERK
**P.S. R.A.** [illegible]

### NOTICE OF MOTION

To:    See Attached Service Lists

   **PLEASE TAKE NOTICE that on June 7, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Pamela Hollis, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604, and shall present the Third Interim and Final Fee Application of Kronish Lieb Weiner & Hellman LLP, Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through April 30, 2005, a copy of which is attached, and counsel shall request the entry of an order granting the relief requested therein, at such time and place you may appear as you see fit.**

Dated: May 13, 2005

                              Barbara L. Yong, Esq.- 06184000
                              Caren A. Lederer, Esq. - 6244631
                              **FIELD & GOLAN LLP**
                              70 West Madison Street, Suite 1500
                              Chicago, IL 60602-4206
                              (312) 263-2300

## CERTIFICATE OF SERVICE

I, Barbara L. Yong, an attorney, certify that on May 13, 2005, I caused a copy of the attached Notice of Motion, Kronish Lieb Weiner & Hellman LLP's Cover Sheet for Third Interim and Final Fee Application of Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through April 30, 2005 and the Third Interim and Final Fee Application of Kronish Lieb Weiner & Hellman LLP, Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through April 30, 2005, to be served upon the parties identified on the attached Core Service List via U.S. Regular Mail, postage pre-paid.

I also certify that I caused a copy of the attached Notice of Motion and Kronish Lieb Weiner & Hellman LLP's Cover Sheet for Third Interim and Final Fee Application of Counsel to Official Committee of Unsecured Creditors for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2004 through April 30, 2005 to be served upon the parties listed on the 2002 Service List via U.S. Regular Mail, postage pre-paid. Any party listed on the 2002 Service List may receive the entire application by contacting the undersigned counsel.

Barbara L. Yong

{00040005.DOC /}
00031896.WPD /

## Core Service List

**Counsel to the U.S. Trustee**
Gretchen Silver
Office of United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606
Telephone: 312-886-5785
Facsimile: 312-886-5794
E-Mail: gretchen.silver@usdoj.gov

**Counsel to Archibald Candy Corporation**
Mark Thomas / John P. Sieger
Michael C. Rupe
Timothy J. Chorvat / Peter A. Siddiqui
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
f: 312-527-0484

**Counsel to the Committee of Unsecured Creditors**
Cathy Herschcopf
Melissa Harrison
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: 212-479-6138
Facsimile: 212-479-6275
chershcopf@kronishlieb.com

**Counsel to Delaware Street Capital**
George N. Panagakis
Chris Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411

**Counsel to LaSalle Business Credit LLC**
Latham & Watkins
Josef S. Athanas
Sears Tower
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Counsel to Ad Hoc Bondholders Committee**
Alexander D. Kerr, Jr.
Jeffrey B. Rose
Lawrence R. Drumm
Tishler & Wald, Ltd.
200 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-876-3800
Facsimile: 312-876-3816

Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110
Telephone: 617-951-7000
Facsimile: 617-951-7050

**Counsel to M&M Meatshops**
Michael M. Eidelman
Vedder Price Kaufman & Kammholz, PC
222 N. LaSalle St.
Chicago, IL 60601
Telephone: 312-609-7636
Facsimile: 312-609-5005
mcidelman@vedderprice.com

William J. Factor
Seyfarth Shaw
55 E. Monroe St., Suite 4200
Chicago, IL 60603
Telephone: 312-269-8973
Facsimile: 312-269-8869
wfactor@scyfarth.com

Jay Swartz
Davies Ward Phillips & Vineberg LLP
1 First Canadian Place, 44th Floor
P.O. Box 63
Toronto, ON M5X 1B1
CANADA
Telephone: 416-863-5520
Facsimile: 416-863-0871

## 2002 Service List

Thomas M Joyce & Associates
333 N. Michigan Ave., Suite 2032
Chicago, IL 60601
Telephone: 312-641-5754
Facsimile: 312-726-9520

Thomas J. Hunziker
Dunkley Bennett Christensen & Madigan
701 Fourth Ave., South, Suite 700
Minneapolis, MN 55415
Telephone: 612-339-1290
Facsimile: 612-339-9545

Marty J. Schwartz
Three First National Plaza
Suite 3700
Chicago, IL 60602
Telephone: 312-558-4293
Facsimile: 312-558-7750

Neal J. White
McDermott Will & Emery
227 W. Monroe
Chicago, IL 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

Tracy Sandler
Osler Hoskin & Harcourt LLP
P.O. Box 50
1 First Canadian Place
Toronto, ON M5X 1B8
CANADA
Telephone: 416-362-2111
Facsimile: 416-862-6666

**Counsel to Russell Stover Candies, Inc.**
Brian Fenimore
Lathrop & Gage KC
2345 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-292-2000
Facsimile: 816-292-2001

**Counsel to Alpine Confections, Inc.**
Jonathan C. Bolton
Zack Clement
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: 713-651-5151
Facsimile: 713-651-5246
E-Mail: Jbolton@fulbright.com

**Counsel to Alpine Confections, Inc.**
James E. Stempel
Kirkland & Ellis
200 E. Randolph St.
Chicago, IL 60601
Telephone: 312-861-2440
Facsimile: 312-861-2200
jstempel@kirkland.com

David D. Almroth
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000

Robert B. Greenberg
Susan Brannigan
Marvin Gittler
Asher Gittler Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
Telephone: 312-263-1500
Facsimile: 312-263-1520

Gerald B. Lurie
Piper Rudnick LLP
203 N. La Salle St., Suite 1800
Chicago, IL 60601
Telephone: 312-368-4092
Facsimile: 312-236-7516

**Counsel to Lorenzo Allison**
Jason M.P. Kleinberg
Law Offices of Scott T. Kamin
53 W. Jackson Blvd., Suite 1162
Chicago, IL 60604
Telephone: 312-322-0077
Facsimile: 312-322-1041

Jeffery M. Burke
Teamsters Local Union 705
1645 W. Jackson Blvd.
Chicago, IL 60607
Facsimile: 312-738-1196

**Counsel for Blommer Chocolate Co.**
David W. Wirt
Michael W. Jones
Winston & Strawn
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

**Counsel to Chicago Ridge 035 Partners, LP**
Kevin M. Newman, Esq.
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Charlestowne Mall, LLC, Great Northern PSE, LLC, Greece Ridge, LLC, The Marketplace, Shoppingtown Mall, LLC**
Thomas W. Daniels
Francis L. Gorman, III
1265 Scottsville Rd.
Rochester, NY 14624
Telephone: 585-464-9400
Facsimile: 585-464-8787

**Counsel to Health Care Serv. Corp. d/b/a Blue Cross Blue Shield of Illinois**
R. Scott Alsterda
Alex Pirogovsky
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Telephone: 312-977-4400
Facsimile: 312-977-4405

**Attorney for Hartney Fuel Oil Co**
Mark J. Rose
200 W. Adams St., Suite 2850
Chicago, IL 60606
Facsimile: 312-704-8233

**Counsel to The Rouse Co. Affiliates and Wilmorite Property Management, LLC**
David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St., 5th Floor
Philadelphia, PA 19103
Telephone: 215-864-8623
Facsimile: 215-864-8999

**Counsel to Simon Property Group, L.P.**
Ronald M. Tucker
115 W. Washington St.
Indianapolis, IN 46204
Telephone: 317-263-2346
Facsimile: 317-263-7901
rtucker@simon.com

**Counsel to Simon Property Group, L.P.**
Kevin E. Posen
Harold Stotland
Teller Levit & Silvertrust, PC
11 E. Adams St., Suite 800
Chicago, IL 60603
Telephone: 312-922-3030
Facsimile: 312-922-3048

**Counsel to Taubman Landlords Woodfield Mall LLC**
Andrew S. Conway
Miro Weiner & Kramer
38500 Woodward Ave., Suite 100
Bloomfield Hills, MI 48303-0908
Telephone: 248-646-2681
Facsimile: 248-646-7887
aconway@mirolaw.com

**Counsel to Transparent Container Co., Inc.**
Gary M. Vanek
Schnell Bazos Freeman Kramer
   Schuster & Vanek
1250 Lake Ave., Suite 100
Elgin, IL 60123
Telephone: 847-742-8800
Facsimile: 847-742-9777

**Counsel to PBGC**
Rosemary Phillips
Office of General Counsel
Pension Benefit Guaranty Corporation
1200 K St., NW
Washington, DC 20005-4026
Telephone: 202-326-4020, Ext. 3094
Facsimile: 202-326-4112
phillips.rosemary@pbgc.gov

**Counsel to PBGC**
Joel R. Nathan
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Telephone: 312-353-8449
Facsimile: 312-353-2067
joel.nathan@usdoj.com

Steven Christenholz
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-4059
Facsimile: 312-236-7516
steven.christenholz@piperrudnick.com

Marc Fenton
Piper Rudnick
203 N. La Salle St., Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7082
Facsimile: 312-236-7516
marc.fention@piperrudnick.com

**Counsel to Lakeside Mall, LLC, Ridgedale**
**Center, LLC and Water Tower, LLC**
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Facsimile: 410-992-6392

**Counsel to LaSalle Bank, Trustee**
**(Store No. 1200)**
Jeffrey D. Hupert
Riordan Fulkerson Smith & Coleman
100 N. La Salle St., 23rd Floor
Chicago, IL 60602
Telephone: 312-346-4740
Facsimile: 312-346-1168

**Counsel to Urban Retail Properties, Co.**
**and Dika Jefferson LLC**
Holly L. Tomchey
David J. Fischer
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
Tomchey@wildmanharrold.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 West Monroe St.
Chicago, IL 60661-3693
Telephone 312-902-4623
Facsimile No. 312-902-1061

**Counsel to Kimco North Trust II and Bustleton**
**Partners**
William J. Ulrich, Jr., Esq.
William R. Brodzinski, Esq.
Mulherin Rehfeldt & Varchetto, PC
211 S. Wheaton, Suite 200
Wheaton, IL 60187
Telephone: 630-653-9300
Facsimile: 630-653-9316
wulrich@mrvlaw.com
wbrodzinski@mrvlaw.com

Bryan E. Minier
Katten Muchin Zavis Rosenman
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: 312-902-5623
Facsimile: 312-902-1061

**Counsel to Prudential Ins. Co. of Am.
and Westfield Corp.**
Brian D. Huben
Katten Muchin Zavis Rosenman
2029 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: 310-788-4771
Facsimile: 310-788-4471

**Counsel for the City of Chicago**
Esther E. Tryban Telser
City of Chicago Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602
Telephone: 312-744-1846
Facsimile: 312-744-6798
etrybantelser@cityofchicago.org

**Counsel to Grandview Court L.P.**
Joseph D. Frank
Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8062
Facsimile: 312-269-1747
jfrank@ngelaw.com

**Counsel to Castleton Shoppes, LP**
Jeffrey J. Graham
Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699

**Counsel to Inland Real Estate Corp.**
Jonathan E. Aberman
Foley & Lardner
321 N. Clark St., Suite 2800
Chicago, IL 60610-4714
Telephone: 312-832-4394
Facsimile: 312-832-4700

**Counsel to Inland Real Estate Corp.**
David J. Kayner
Inland Real Estate Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523
Telephone:
Facsimile: 630-218-7357

**Counsel to Ramco-Gershenson Properties, L.P.
and Newburgh/Six Mile, L.P.**
Terrance A. Hiller, Jr.
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488
tah@kompc.com

Steven A. Ginther
Counsel to Missouri Dept. of Revenue
Missouri Dept. of Revenue
301 W. High St., Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
Telephone: 573-751-5531
Facsimile: 573-751-7232

**Counsel to Urban Retail Properties Co.**
Holly L. Tomchey
David J. Fischer
Wildman Harrol Allen & Dixon LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
tomchey@wilmanharrold.com

**Counsel to The Rouse Company**
Nancy E. Everett
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Telephone: 410-992-6332
Facsimile: 410-992-6392

**Counsel to Chicago Ridge 035 Partners**
Kevin M. Newman
Menter Rudin & Trivelpiece, PC
500 Salina St., Suite 500
Syracuse, NY 13202
Telephone: 315-474-7541
Facsimile: 315-474-4040

**Counsel to Village of Park Forest**
Susan W. Glover
Robbins Schwartz Nicholas
Litton & Taylor, Ltd.
179 N. Chicago St.
Joliet, IL 60432
Telephone: 815-722-6560
Facsimile: 815-722-0450

**Counsel to Gurnee Mills Operating Co.**
Courtenay M. Labson
1300 Wilson Blvd., Suite 400
Arlington, VA 22209
Telephone: 703-526-5245
Facsimile: 703-526-3333

**Counsel to IBM Corp.**
Beverly H. Shideler
Two Lincoln Center
Oakbrook Terrace, IL 60618
Telephone: 630-568-1514
Facsimile: 845-491-3275
bhshide@us.ibm.com

Bill Angelowitz
Daily Insights, Inc.
JAF Box 3127
New York, NY 10116
Telephone: 212-714-9828
Facsimile: 212-714-9827
wangelow@keacapital.com

**Counsel to Madelaine Chocolate Novelties, Inc.**
Warren R. Graham
Davidoff & Malito LLP
605 Third Ave., 34th Floor
New York, NY 10158
Telephone: 212-557-7200
Facsimile: 212-286-1884
wrg@dmlegal.com

**Counsel to SEC**
Jolene M. Wise
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: 312-886-3948
Facsimile: 312-353-7398
E-Mail: wisej@sec.gov

**Counsel to PREIT-Rubin, Inc./PR Valley View LP**
Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers LLP
260 S. Broad St.
Philadelphia, PA 19102-5003
Telephone: 215-569-4493
Facsimile: 215-568-6603

**Counsel to Hilton Hotels Corp.**
Lawrence H. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612
Telephone: 949-798-0500
Facsimile: 949-798-0511

**International Brotherhood**
Robert A. Seltzer
Cornfield & Feldman
25 E. Washington St., Suite 1400
Chicago, IL 60602-1708
Telephone: 312-236-7800
Facsimile: 312-236-6686

Lise Vautour
SITQ
Centre CDP Capital
1001, Square Victoria, Bureau C-500
Montréal, Québec H2Z 2B1
CANADA
Telephone: 514-288-6767
Facsimile: 514-288-7675

**Counsel to Certain Priority Wage Claimants**
Thaddeus J. Hunt
Law Offices of Thaddeus J. Hunt
120 S. State St., 4th Floor
Chicago, IL 60603
Telephone: 312-236-9906
Facsimile: 312-236-1176
E-Mail: huntlaw@innoport.com

**Counsel to Arandell Corp.**
Steve Kailas
Kohner Mann & Kailas, S.C.
1572 E. Capitol Dr.
P.O. Box 11982
Milwaukee, WI 53211-0982
Telephone: 414-962-5110
Facsimile: 414-962-8725

**Counsel to Zurich American Insurance Company**
Margaret M. Anderson
Sheila M. Maloney
Lord Bissel & Brook
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-443-0402
Facsimile: 312-896-6402
panderson@lordbissell.com

**Counsel to Columbus Limited Partnership**
Paul S. Magy
Matthew W. Schlegel
Terrance A. Hiller, Jr.
Matthew E. Thompson
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Telephone: 248-357-0000
Facsimile: 248-357-7488

**Counsel to Columbus Limited Partnership**
Synde B. Keywell
Neal Geerber & Eisenberg LLP
2 N. La Salle St., Suite 2200
Chicago, IL 60602-3801
Telephone: 312-269-8003
Facsimile: 312-269-1747

**Counsel for Local 705**
Jeffrey B. Gilbert
Phillip H. Snelling
Johnson, Jones, Snelling, Gilbert & Davis
36 S. Wabash Avenue, Suite 1310
Chicago, IL 60603
(312)578-8100

**Counsel for DM of Indiana, Inc.**
Michael A. Fish
Terrell & Thrall, LLP
1158 W. Lincolnway, Suite One
Valparaiso, IN    46385
Telephone: 219-465-1766
Facsimile: 219-465-0145

Neil Herskowitz
Riverside Contracting LLC
P.O. Box 626
Planetarium Station
New York, NY    10024-0540
Telephone: 888-501-0990
Facsimile: 212-501-7088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) ) ) | Case No. 04-03200<br>Jointly Administered<br>Chapter 11<br>Hon. Pamela S. Hollis |
| ARCHIBALD CANDY<br>CORPORATION, et al.,[1] | ) ) ) |  |
| Debtors. | ) ) ) |  |

## THIRD INTERIM AND FINAL FEE APPLICATION OF KRONISH LIEB WEINER & HELLMAN LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH APRIL 30, 2005

By this application (the "Application"), pursuant to sections 330 and 331 of chapter 11 of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 5082-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern

District of Illinois (the "Local Rules"), Kronish Lieb Weiner & Hellman LLP ("Applicant"), in

the above-captioned cases of Archibald Candy Corp., et al. (the "Debtors"), for professional

legal services rendered as counsel to the official committee of unsecured creditors (the

"Committee"), hereby seeks (a) reasonable compensation in the amount of $54,382.00 together

with reimbursement for actual and necessary expenses incurred in the amount of $1,186.81 for

the period commencing October 1, 2004 through and including April 30, 2005[2] (the "Interim

---

[1]  The Debtors are the following entities: Archibald Candy Corporation, a Delaware Corporation ("Archibald"), and Laura Secord Holdings Corp., a Delaware corporation ("Laura Secord").

[2]  Applicant will submit an affidavit to the Court in advance of the June 7, 2005 hearing to cover the period from May 1, 2005 through the conclusion of these cases (the "Affidavit Period"). Applicant estimates its fees and expenses for the Affidavit Period will amount to approximately $10,000. (This amount includes approximately $2,300 for preparing this Application).

Application Period"), and (b) final allowance of reasonable compensation in the amount of $396,715.50 together with reimbursement for actual and necessary expenses incurred in the amount of $20,813.08 for the period commencing February 5, 2004 through April 30, 2005 (the "Final Application Period"). Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Fee Procedure Order") entered by this Court on February 11, 2004, Applicant seeks compensation in the amount of **$54,382.00** and reimbursement for actual and necessary expenses incurred in the amount of **$1,186.81** for the Interim Application Period, together with final approval of all fees and expenses previously awarded Applicant in these cases.

## BACKGROUND

### A.    Debtors' Bankruptcy Proceedings

1.    On January 28, 2004 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue in the operation of their businesses and management of their financial affairs.

### B.    Appointment Of Official Committee Of Unsecured Creditors

2.    On February 5, 2004, the Committee was appointed in this case by the Office of the United States Trustee (the "Organizational Meeting"), consisting of the following nine (9) members: (i) United Parcel Service; (ii) Blommer Chocolate Company; (iii) Superior Nut & Candy Co., Inc.; (iv) Simon Property Group, L.P.; (v) Arandell Corporation; (vi) Happy Boys & Girls New Media; (vii) Richardson & Edwards Printers; (viii) SW Worldview; and (ix) Thompson Candy Corporation.

3.    At the Organizational Meeting, the Committee selected Applicant as its lead counsel and Field & Golan LLP ("F&G") as its local counsel.

2

4.    On February 20, 2004, this Court entered an order approving the retention of Applicant as counsel to the Committee *nunc pro tunc* to February 5, 2004.

## SERVICES RENDERED DURING APPLICATION PERIOD

5.    During the Interim Application Period, the total amount of hours expended by Applicant with respect to these cases resulted in charges totaling $54,382.00. The total amount of time expended by professionals was 180.0 hours. Accordingly, the blended rate for the Application Period was $302.12 per hour.

6.    As required by the Local Rules, a summary of fees and expenses is attached hereto as part of the *Cover Sheet for Third Interim and Final Fee Application of Counsel to the Official Committee of Unsecured Creditors* (the 'Cover Sheet'). The Cover Sheet includes a summary sheet containing a list of each attorney and legal assistant for whom an award of compensation is sought, a breakdown of the services provided by Applicant, and a breakdown of expenses. As reflected in the Cover Sheet, expenses during the present Interim Application Period were in the amount of $1,186.81.

7.    During the Interim Application Period, Applicant expended services on behalf of the Committee in a small number of significant categories. The key items addressed by Applicant during the Interim Application Period on behalf of the Committee were negotiating with counsel to the Ad Hoc Committee of Bondholders (the 'Bondholders' Committee') for a distribution to unsecured creditors and an efficient resolution of these cases, and finalizing the documents memorializing this proposed settlement.

### Professionals and Paraprofessionals who Rendered Services during the Interim Application Period

8.    The attorneys of Applicant who have rendered professional services on behalf of the Committee, for which Applicant seeks compensation, are as follows: Ronald R. Sussman,

Cathy Hershcopf, Jeffrey L. Cohen, and Melissa S. Harrison.

9.    The paraprofessionals of Applicant who provided services in connection with Applicant's representation of the Committee during this Interim Application Period are: David Fleischer and Rebecca Goldstein.  These paraprofessionals performed services that otherwise would have been performed by attorneys at higher rates.

### Summary of Services by Project Category for the Interim Application Period

| Subject Matter Categories | Hours During Period | Amount |
|---|---|---|
| 1.  Case Administration | 29.8 | $5,370.50 |
| 2.  Leases and Executory Contracts | 8.7 | $2,782.50 |
| 3.  Business Operations/Business Plan | - | - |
| 4.  Financing | - | - |
| 5.  Retention/Professional Compensation/Fee Statements | 37.7 | $8,559.50 |
| 6.  Claims Administration/Objections | 12.2 | $4,469.00 |
| 7.  Plan and Disclosure Statement | 46.3 | $17,018.50 |
| 8.  Disposition of Assets | 13.3 | $4,569.50 |
| 9.  Preparation and Attendance at Court Hearings | 3.1 | $1,550.00 |
| 10. Meetings | 8.3 | $3,230.50 |
| 11. Asset Analysis | 0.3 | $64.50 |
| 12. Employee Benefit/Pensions | - | - |
| 13. Litigation | 17.8 | $6,218.00 |
| 14. Cash Collateral | - | - |
| 15. Travel | 2.2 | $473.00 |
| 17. Trust Claims | 0.3 | $76.50 |
| **Total** | **180.0** | **$54,382.00** |

10.    The services rendered by Applicant during the Interim Application Period are grouped into categories as set forth below.  Applicant attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may be included in another category.  These services performed are generally described by categories as set forth below, with a more detailed identification of the actual services provided set forth in Applicant's time records, which

are attached to the Application as **Exhibits "A" – "G"**. Exhibits "A" –"G" identify the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

11.    What follows is a breakdown of Applicant's activities by project category during this Interim Application Period.   Seventeen project categories have been used to categorize Applicant's services in these cases.

**Project Code 1:  Case Administration:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $525 | 0.4 | $210.00 |
| Melissa S. Harrison | Associate | $215 | 0.5 | $107.50 |
| David Fleischer | Legal Assistant | $190 | 7.0 | $1,330.00 |
| Rebecca Goldstein | Legal Assistant | $170 | 21.9 | $3,723.00 |
| **TOTAL** | -- | -- | 29.8 | $5,370.50 |

12.    Project Code 1 is for time spent by Applicant in the administration of the cases and generally includes Applicant's time spent corresponding with the Committee, with other professionals and internally on the status of the cases, monitoring the court docket, and organizing meetings and teleconference calls.

13.    Time records for Project Code 1 also include a breakdown of the expenses incurred by Applicant during the Interim Application Period.

Hours: 29.8                              Total:  $5,370.50

**Project Code 2 - Leases/Executory Contracts:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $500 | 3.2 | $1,600.00 |
| Melissa S. Harrison | Associate | $215 | 5.5 | $1,182.50 |
| **TOTAL** | -- | -- | 8.7 | $2,782.50 |

14.     This category includes time expended by Applicant with respect to unexpired non-residential leases and executory contracts of the Debtors.

15.     As counsel to the Committee, Applicant reviewed and summarized for the Committee members the Debtors' motion to compel The Rouse Company Affiliates ("Rouse") to abide by the terms of a lease rejection agreement executed between the Debtors and Rouse (Doc. No. 641), whereby the Debtors rejected the lease in question, and Rouse promised to pay the Debtors $11,832.00 in connection therewith.  This agreement concerned the Debtors' store number 155, located at Water Tower Place.  Applicant also reviewed and responded to e-mails from Debtors' counsel and F&G regarding this motion.

16.     Additionally, Applicant spent time during the Interim Application Period corresponding with Canadian counsel and reviewing the asset purchase agreement utilized in the sale of Laura Secord assets to determine the portion of the purchase price that was allocated to the 101 Laura Secord leasehold interests in which the Debtors were co-tenants.  A finding that these leases were in fact unencumbered could have significantly increased the unencumbered assets of the Debtors.

17.     In connection with the adversary proceeding (Adv. Pro. # 04-02483) (the "Store 112 Proceeding") against the BNY Midwest Trust Company, as trustee for the holders of 10% Secured Subordinated Notes Due 2007, and the Bondholders' Committee (collectively, the

6

"Defendants"), which was originally commenced in order to ensure that proceeds from the termination of the lease for store number 112, located at or about 32 Randolph Street, Chicago, Illinois (the "Store 112 Lease") remained unencumbered assets, Applicant reviewed the Court's ruling with regard to the Store 112 Lease and drafted an order with regard to closing the Store 112 Proceeding.

Hours: 8.7                          Total: $2,782.50

**Project Code 5:  Retention/Professional Compensation/Fee Statements:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $525 | 0.6 | $315.00 |
| Melissa S. Harrison | Associate | $215 | 30.4 | $6,536.00 |
| | | $255 | 6.7 | $1,708.50 |
| **TOTAL** | -- | -- | 37.7 | $8,559.50 |

18.     Project Code 5 is for Applicant's time spent on matters relating to the retention and compensation of professionals, including Applicant's own retention and compensation and the retention and compensation of other professionals retained in these cases.

19.     In accordance with the Fee Procedure Order, and in addition to forwarding monthly fee statements, Applicant submitted its second interim fee application on November 15, 2004. (Docket No. 657) To that end, Applicant expended time during the Interim Application Period reviewing the time records created throughout the four months covered in that application, along with the pleadings filed and auctions conducted during that period, and drafted an application to be filed with the Court requesting interim allowance of the Committee's accrued fees and expenses from June 1, 2004 through September 30, 2004.

20.     In addition, in response to the Court's order, which only granted a portion of

7

Applicant's expenses during this period, Applicant submitted a motion to reconsider its interim

fee application with supporting back-up for all expenses accrued during the period in issue. This

motion required Applicant to correspond frequently with its Accounting department in order to

obtain the required documents, and then to review and organize same so that the Court could

receive a clear, well-ordered document detailing its expenses accrued throughout that period.

21.    Applicant also reviewed the fee application submitted by American Express Tax

and Business Services, Inc., accountants to the estates, to ensure that the requisite level of detail

was contained therein.

22.    Finally, Applicant conferred with other estate professionals in order to establish a

procedure and appropriate deadline for submitting final fee applications in these cases.

Hours: 37.7                              Total: $8,559.50

## Project Code 6:  Claims

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $500 | 0.2 | $100.00 |
| | | $525 | 5.1 | $2,677.50 |
| Melissa S. Harrison | Associate | $215 | 1.7 | $365.50 |
| | | $255 | 5.2 | $1,326.00 |
| **TOTAL** | -- | -- | 12.2 | $4,469.00 |

23.    Project Code 6 is for time dedicated to matters relating to claims in these cases.

During the Interim Application Period, Applicant spent time in this project category conferring

with the Committee's financial advisor, BDO Seidman LLP ("BDO"), regarding the amounts of

the Bondholders' deficiency claim and the unsecured clams pool as a whole in these cases, as

well as proposals for reconciling claims in an efficient and inexpensive manner.

24.    Applicant also participated in a conference call with McDermott, Will & Emery

8

("MWE") with regard to analyzing and resolving PBGC claims in these cases. To that end, Applicant also reviewed a memo prepared by MWE. Pursuant to the pending Settlement Stipulation (defined below), Applicant will be responsible for negotiating and settling PBGC claims in these cases.

Hours: 12.2                            Total: $4,469.00

### Project Code 7:  Plan and Disclosure Statement:

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hersheopf | Partner | $500 | 15.6 | $7,800.00 |
|  |  | $525 | 6.6 | $3,465.00 |
| Melissa S. Harrison | Associate | $215 | 9.8 | $2,107.00 |
|  |  | $255 | 14.3 | $3,646.50 |
| **TOTAL** | -- | -- | 46.3 | $17,018.50 |

25.     Project Code 7 is for time spent by Applicant on matters relating to the development and implementation of a plan and disclosure statement. During the Interim Application Period, Applicant spent a considerable amount of time negotiating with the Bondholders' Committee in an attempt to reach a settlement agreeable to, both, the Bondholders' Committee and the Committee. Applicant conferred repeatedly and at great length with the Committee, BDO and counsel to the Debtors and the Bondholders' Committee to achieve a distribution for unsecured creditors, a carveout for the Committee's professionals' fees and expenses throughout these cases, and acceptable treatment of preference claims against unsecured creditors. Throughout the Interim Application Period, Applicant continued reviewing several proposals made by the Bondholders' Committee, submitted several counterproposals and communicated regularly with the Committee in order to advise members of the status of

negotiations and to obtain the Committee members' input and direction as to their objectives in resolving these cases.

26. Once the Committee and the Bondholders' Committee agreed to suitable settlement terms, the Committee reviewed and edited the settlement stipulation (the 'Settlement Stipulation") and motion to approve same (the 'Settlement Motion") and discussed proposed edits with the Bondholders' Committee, F&G and counsel to the Debtors in order to finalize these documents.

27. The most salient provisions of the Settlement Stipulation are as follows:

    (a) A trust is settled for the benefit of general unsecured creditors funded with $810,000 for distributions, plus an additional $100,000 to cover administrative costs. This is expected to produce a recovery on general unsecured claims of approximately 3¢.

    (b) In addition to the $3 million carve out provided by the Bondholders' Committee as bond trustee (the 'Bond Trustee") at the beginning of the case for priority employee claims, priority creditors will receive 25% of all preference recoveries.

    (c) The Bond Trustee will fund a $555,000 carveout for allowed Committee professional fees so that such fees do not reduce the recoveries to other priority creditors.

    (d) The Bond Trustee will fund a wind-down budget so that the cases are not rendered administratively insolvent prior to conversion.

    (e) The Bond Trustee will retain, for the benefit of the bondholders, approximately 25% of the proceeds from the Store 112 Proceeding and 75% of preference recoveries in settlement of their adequate protection and 507(b) claims.

    (f) The estates' professionals will support the Debtors' motion to convert these cases to chapter 7.

    (g) The fees and expenses of the chapter 7 trustee will be funded with a carveout of $100,000.

Hours: 46.3                              Total: $17,018.50

10

**Project Code 8 - Asset Dispositions**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $500 | 6.0 | $3,000.00 |
| Melissa S. Harrison | Associate | $215 | 7.3 | $1,569.50 |
| **TOTAL** | -- | -- | 13.3 | $4,569.50 |

28.    Project Code 8 is for time expended by Applicant with respect to the disposition of Debtors' assets.  During the Interim Application Period, Applicant reviewed the Canadian Court order authorizing the distribution of funds from the sale of the Laura Secord assets and reports prepared by Canadian counsel with respect to same. Applicant also prepared for and attended an auction (the "Bucks County Auction") to liquidate the Debtors' warehouse located at 1694 Winchester Road, Bucks County, PA, the Debtors' last remaining asset, and assisted the other estate professionals in evaluating the bids submitted with regard to this sale.  The Debtors conducted this auction on October 19, 2004, which achieved $600,000 for the estates.  Following the conclusion of the Bucks County Auction, Applicant assisted counsel to the Debtors and the Bondholders' Committee in finalizing the sale order.

Hours: 13.3                          Total: $4,569.50

**Project Code 9:  Preparation for/Attendance at Court Hearings:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $500 | 3.1 | $1,550.00 |
| **TOTAL** | -- | -- | 3.1 | $1,550.00 |

29.    Project Code 9 is for Applicant's time spent preparing for and attending court hearings.  During the Interim Application Period, Applicant's time in this category was minimal

11

and was spent conferring with the estates' professionals regarding the Court's ruling in the Store

112 Proceeding and scheduling a final compensation hearing.

Hours: 3.1                              Total: $1,550.00

**Project Code 10: Meetings:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Cathy Hershcopf | Partner | $500 | 3.2 | $1,600.00 |
| | | $525 | 1.4 | $735.00 |
| Melissa S. Harrison | Associate | $215 | 1.2 | $258.00 |
| | | $255 | 2.5 | $637.50 |
| **TOTAL** | -- | -- | 8.3 | $3,230.50 |

30.      Project Code 10 is for time spent by Applicant in meetings, including

teleconference calls with the Committee and/or other professionals in these cases.  During the

Interim Application Period, Applicant conducted conference calls with the Committee and BDO,

during which Applicant informed the Committee of the current state of negotiations with the

Bondholders' Committee concerning potential settlement, pursuit of avoidance actions and the

dismissal or conversion of these bankruptcy cases.  Once the terms of the Settlement Stipulation

had been finalized, Applicant also conferred with the Committee in order to obtain authorization

to enter into the proposed settlement with the Bondholders' Committee.

Hours: 8.3                              Total: $3,230.50

**Project Code 11: Asset Analysis:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Melissa S. Harrison | Associate | $215 | 0.3 | $64.50 |
| **TOTAL** | -- | -- | 0.3 | $64.50 |

31.      Project Code 11 is for Applicant's time spent on matters related to analyzing the

Debtors' assets. Applicant spent a minimal amount of time in this project category reviewing the weekly financial status reports prepared by BDO and conferring with BDO regarding the Debtors' filing of their tax returns.

Hours: 0.3                                Total: $64.50

**Project Code 13: Litigation:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Ronald R. Sussman | Partner | $550 | 0.2 | $110.00 |
| Cathy Hershcopf | Partner | $525 | 5.6 | $2,940.00 |
| Jeffrey L. Cohen | Associate | $275 | 9.2 | $2,530.00 |
| Melissa S. Harrison | Associate | $215 | 1.9 | $408.50 |
| | | $255 | 0.9 | $229.50 |
| **TOTAL** | -- | -- | 17.8 | $6,218.00 |

32.    Project Code 13 is for Applicant's time spent on matters relating to litigation. During the Interim Application Period, Applicant spent time in this category reviewing the Court order issued in connection with the Store 112 Proceeding. Applicant conferred with counsel to the Debtors and the Bondholders' Committee regarding any remaining issues left unsettled following the Court's rendering of this order and prepared a draft order regarding the final settlement of the Store 112 Proceeding.

33.    Applicant also spent time in this project category reviewing and signing off on (a) the settlement of the preference action commenced against Madelaine Chocolate Novelties, Inc., and (b) the Settlement Stipulation and Motion.

Hours: 17.8                               Total: $6,218.00

**Project Code 15:  Travel:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Melissa S. Harrison | Associate | $215 | 2.2 | $473.00 |
| **TOTAL** | -- | -- | 2.2 | $473.00 |

34.    Project Code 15 is for Applicant's time spent traveling in connection with its engagement in these cases.  Non-working travel time is billed at 50%.  During the Interim Application Period, Applicant traveled between New York and Philadelphia on October 19, 2004 to attend the Bucks County Auction.

Hours: 2.2                              Total: $473.00


**Project Code 17:  Trust Claims:**

| Name | Position | Hourly Rate | Hours Billed | Compensation |
|------|----------|-------------|--------------|--------------|
| Melissa S. Harrison | Associate | $255 | 0.3 | $76.50 |
| **TOTAL** | -- | -- | 0.3 | $76.50 |

35.    Project Code 17 is for Applicant's time spent on matters relating to claims reconciliation in these cases.  During the Interim Application Period, Applicant's time spent in this category was minimal and was spent conferring with BDO and reviewing an analysis prepared by BDO in connection with estimating the accuracy and amount of claims in these cases.

Hours: 0.3                              Total: $76.50


### Time Records for the Interim Application Period

36.    As stated above, time records for the Interim Application Period are attached

14

hereto as Exhibits "A" – "G". These records contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Application Period.   To the best of Applicant's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Procedure Order.

37.     Each attorney and paraprofessional performing the described services initially handwrites or types time reports. The time reports are organized on a daily basis.  Applicant is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of matters for a particular client, separate time entries are set forth in the time reports. Applicant's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  Applicant reduces its charges related to any non-working travel time to fifty-percent (50%) of Applicant's standard hourly rate.   To the extent feasible, Applicant's professionals attempt to work during travel.

<u>**Actual and Necessary Expenses for the Interim Application Period**</u>

38.     A summary of actual and necessary expenses incurred by Applicant for the Interim Application Period is included in the Cover Sheet.   In addition, the receipts and itemizations that document the expenses accrued during the Interim Application Period are attached hereto as **Exhibit "H"**. Applicant customarily charges $0.15 per page for photocopying expenses related to cases, such as this one, arising in Delaware. However, pursuant to the United States Trustee's request, Applicant reduced this charge to $0.10 per page.

39.     Applicant charges $1.00 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects Applicant's calculation of the actual costs incurred by Applicant

for the machines, supplies and extra labor expenses associated with sending telecopies, and is reasonable in relation to the amount charged by outside vendors who provide similar services. Applicant does not charge for the receipt of faxes.

40.    Applicant does not make expense reimbursement a profit center.  Applicant bills clients only for actual out-of-pocket expenses at their actual cost, and believes that the foregoing rates are the market rates that the majority of law firms charge clients for such services.

41.    Additionally, Applicant only requested reimbursement for expenses regarding local transportation and meals in connection with Applicant's travel to (i) Pennsylvania in connection with the Bucks County Auction, and (ii) Chicago in connection with the Store 112 Proceeding.

42.    Applicant has reviewed the requirements of Rule 5082-1 of the Local Rules and this Application complies with Local Rule 5082-1.

## **REASONABLENESS OF THE COMPENSATION REQUESTED**

43.    In this judicial district, courts are generally guided by the criteria set forth in In re Spanier Brothers, Inc., 191 B.R. 738 (Bankr. N.D. Ill. 1996), which requires that only actual, necessary and reasonable fees may be compensated pursuant to 11 U.S.C. §330.  See also In re Mariner Post-Acute Network, Inc., 257 B.R. 723, 728 (Bankr. D. Del. 2000).

44.    As indicated by the Court in Spanier Brothers, Inc., the starting point for this inquiry must be section 330 of the Bankruptcy Code which provides, in pertinent part,

> After notice and a hearing…the court may award to…a professional person employed under section 327 of this title…
>
> (i)    reasonable compensation for actual, necessary services rendered by such…attorney…based on the nature, the extent and the value of such services, and the cost of comparable services other than in a case under this title.

11 U.S.C. § 330.

45.     Bankruptcy courts have developed different approaches in their analyses of compensation requests. Some courts use the traditional approach of applying the twelve criteria[3] first enunciated in the civil rights case of Johnson v. Georgia Highway Express, 488 F.2d 714 (5th Cir. 1974), and first adopted in bankruptcy cases in In re First Colonial Corp. of America, 5 F.2d 1291 (5th Cir. 1977). See, e.g., In re Four Star Terminals, Inc., 42 B.R. 419, 430-31 n.6 (Bankr. D. Alaska 1984) and cases cited therein. The courts of this jurisdiction refer to those criteria. See Spanjer Brothers, Inc., 191 B.R. at 749; see also In re Palladino, 267 B.R. 825, 831 (Bankr. N.D. Ill. 2001).

46.     Other courts use a lodestar analysis. In re Busy Beaver Building Centers, Inc., 19 F.3d 833, 849 (3rd Cir. 1995). The In re Busy Beaver decision favors the lodestar method; multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate. Id. See also Hensley v. Eckerhart, 461 U.S. 424, 433 (1983). Some courts use both the Johnson factors and the lodestar analysis. See In re Coates, 292 B.R. 894, 901 (Bankr. C.D. Ill. 2003).

47.     Compensation allowances are normally imprecise. Given the subjective nature of the criteria, the value of professional services cannot be ascertained by the application of an exact mathematical formula to a given set of facts. In re Busy Building Centers, Inc., at 845; In re Frontier Airlines, Inc., 74 B.R. 973 (Bankr. D. Colo. 1987). This concept was aptly summarized by the First Circuit Court of Appeals:

---

[3]     The twelve Johnson factors are as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill required to perform the legal services properly; (4) the preclusion of employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the result obtained; (9) the experience, reputation and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. See In re Spanjer Brothers, Inc., 191 B.R. at 748.



> [I]t is important for the court to maintain "a sense of overall proportion," (citation), and not "become enmeshed in meticulous analysis of every detailed facet of the professional representation," (citation).   It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an association rather than a partner.   On the other hand, it is also possible that [the debtor] would not have enjoyed the success it did had its counsel managed matters differently.

In re Boston and Maine Corporation, 776 F.2d 2, 10 (1st Cir. 1985).

48.     Applicant submits that the award of compensation and expense reimbursement as requested by this Application is appropriate, and proposes that such payment be made from a combination of: (i) the funds carved out for payment of the Committee's professionals in the Debtors' DIP financing order, (ii) Ernst &Young LLP's payment to the Debtors' estates in the amount of $240,000.00 in settlement of a preference proceeding commenced by the Debtors against Ernst & Young LLP (Docket No. 639) and (iii) the $555,000 carveout for allowed Committee professional fees funded by the Bond Trustee, as described in the Settlement Stipulation and Motion.

49.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Applicant is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Applicant has reviewed the requirements of the Local Rule 5082-1, and the Fee Procedure Order, and believes that this Application complies with that Rule and that Order.

**WHEREFORE,** Applicant respectfully requests (a) that allowance be made to it, as fully described above, for (i) payment in the amount of $54,382.00 for reasonable and necessary

professional services Applicant has rendered to the Committee during the Interim Application

Period, (ii) reimbursement of actual and necessary costs and expenses in the amount of

$1,186.81 incurred by Applicant during the Interim Application Period; (b) that, both, fees and

expenses be payable as administrative expenses of the Debtors' estates; (c) that final allowance

be made to Applicant for all fees and expense reimbursements awarded throughout these cases;

and (d) that this Court grant such further relief as is equitable and just.

Dated: May 12, 2005
       New York, New York

                          KRONISH LIEB WEINER & HELLMAN LLP

                          Cathy Hershcopf, Esq. (CH 5875)
                          1114 Avenue of the Americas
                          New York, New York 10036
                          Telephone: (212) 479-6000
                          Facsimile: (212) 479-6275

                          Counsel for the Official Committee of Unsecured
                          Creditors

19

# EXHIBIT "A"

## OCTOBER TIME RECORDS

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

Archibald Candy Corporation
1137 Jackson Boulevard
Chicago IL 60607

*For professional services rendered for the period ending October 31, 2004:*

Fees...........................................................................................................$    7,379.00

Chargeable costs and disbursements ........................................................$      129.86

**Total Due**...........................................................................................$    7,508.86

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

Invoice No. 135752



November 24, 2004

INVOICE SUMMARY

| File No. | Matter Description | Services | Other Charges | Total |
|---|---|---|---|---|
| 726012-00001 | Case Administration | $603.00 | $129.86 | $732.86 |
| 726012-00002 | Leases / Executory Contracts | $1,210.00 | $0.00 | $1,210.00 |
| 726012-00005 | Retention / Professional Compensation / Fee Stat | $344.00 | $0.00 | $344.00 |
| 726012-00006 | Claims | $336.50 | $0.00 | $336.50 |
| 726012-00008 | Asset Dispositions | $4,348.00 | $0.00 | $4,348.00 |
| 726012-00011 | Asset Analysis | $64.50 | $0.00 | $64.50 |
| 726012-00015 | Travel | $473.00 | $0.00 | $473.00 |
| **Total** | | **$7,379.00** | **$129.86** | **$7,508.86** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275



November 24, 2004


**Archibald Candy Corporation**

<u>CHARGEABLE COSTS AND DISBURSEMENTS SUMMARY FOR ALL MATTERS</u>

| Description | Amount |
|------------|--------:|
| **Description** | **Amount** |
| Telephone | $123.86 |
| Fax | $6.00 |
| **Total** | **$129.86** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

# K R O N I S H   L I E B
# W E I N E R   &   H E L L M A N LLP

Page 4

November 24, 2004

**Archibald Candy Corporation**
### CLIENT TIMEKEEPER SUMMARY

| Timekeeper | | | | | | **Total** |
|---|---|---|---|---|---|---|
| Cathy Hershcopf | 6.50 | hrs at | $ | 500 | / hr | 3,250.00 |
| Melissa S Harrison | 16.60 | hrs at | $ | 215 | / hr | 3,569.00 |
| David Fleischer | .80 | hrs at | $ | 190 | / hr | 152.00 |
| Rebecca Goldstein | 2.40 | hrs at | $ | 170 | / hr | 408.00 |
| **Total Professional Charges** | | | | | | **$7,379.00** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

**Case Administration**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa S Harrison | 10/22/04 | E-mails to/from D. Berliner re: D. Krause's e-mail address | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/25/04 | Call to Arandell re: new CC contact information | 0.10 | 215.00 | 21.50 |
| David Fleischer | 10/01/04 | Updating case docket sheet on Pacer system; emails to CH, MH and THammond re same | 0.20 | 190.00 | 38.00 |
| David Fleischer | 10/06/04 | Updating case docket sheet on Pacer system; emails to CH, MH and THammond re same | 0.20 | 190.00 | 38.00 |
| David Fleischer | 10/07/04 | Updating case docket sheet on Pacer system; emails to CH, MH and THammond re same | 0.20 | 190.00 | 38.00 |
| David Fleischer | 10/29/04 | Updating case docket sheet on Pacer system; emails to CH, MH and THammond re same | 0.20 | 190.00 | 38.00 |
| Rebecca Goldstein | 10/04/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/05/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/11/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/12/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/14/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/18/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/21/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/22/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/25/04 | Obtain and e mail docket | 0.20 | 170.00 | 34.00 |

KRONISH LIEB WEINER & HELLMAN LLP  ●  1114 AVENUE OF THE AMERICAS  ●  NEW YORK, NY  ●  USA 10036
PHONE (212) 479-6000  ●  FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## WEINER & HELLMAN LLP

Page 6

November 24, 2004

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| Rebecca Goldstein | 10/26/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/27/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| Rebecca Goldstein | 10/28/04 | Retrieve and e mail docket | 0.20 | 170.00 | 34.00 |
| **Total Fees** | | | **3.40** | | **$603.00** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

**Case Administration**

### MATTER FEE SUMMARY

| Timekeeper | Title | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Melissa S Harrison | Associate | .20 | hrs at | $ | 215 | / hr | 43.00 |
| David Fleischer | Legal Asst | .80 | hrs at | $ | 190 | / hr | 152.00 |
| Rebecca Goldstein | Legal Asst | 2.40 | hrs at | $ | 170 | / hr | 408.00 |
| **Total Professional Charges** | | | | | | | **$603.00** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

Invoice No. 135752

## KRONISH LIEB
# WEINER & HELLMAN LLP

November 24, 2004

**Case Administration**

### MATTER CHARGEABLE COSTS AND DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Telephone | $123.86 |
| Fax | $6.00 |
| **Expense Summary Total** | **$129.86** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

**Leases / Executory Contracts**

MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Cathy Hershcopf | 10/05/04 | Review and respond to emails with Rupe, Sieger, Jerbich and Pollack re: Rouse termination agreement. | 0.70 | 500.00 | 350.00 |
| Melissa S Harrison | 10/25/04 | Drafting/editing letter to Richters re: LS sale allocation and co-tenancy issue (1.7); forwarding to CH for review (.1) | 1.80 | 215.00 | 387.00 |
| Melissa S Harrison | 10/26/04 | Reading Gordon Bros. APA re: price allocated to LS leases (.6); e-mail to D. Berliner re: same (.2) | 0.80 | 215.00 | 172.00 |
| Melissa S Harrison | 10/26/04 | Editing Richters letter per CH comments re: LS sale allocation and co-tenancy issue | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/26/04 | O/C with CH re: letter to Richters re: LS sale allocation and co-tenancy issue | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/27/04 | E-mails to (.2) and from (.1) D. Berliner re: LS lease allocation | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/27/04 | Call from D. Berliner re: negotiations with BH and LS leases allocation | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/28/04 | E-mail to CH re: LS lease allocation and BH negotiations | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/28/04 | Revising Richters letter re: LS lease allocation and forwarding to CH | 0.20 | 215.00 | 43.00 |
| **Total Fees** | | | **4.70** | | **$1,210.00** |

KRONISH LIEB WEINER & HELLMAN LLP  ●  1114 AVENUE OF THE AMERICAS  ●  NEW YORK, NY  ●  USA 10036
PHONE (212) 479-6000  ●  FAX (212) 479-6275



November 24, 2004

**Leases / Executory Contracts**

### MATTER FEE SUMMARY

| Timekeeper | Title | | | | Total |
|---|---|---|---|---|---|
| Cathy Hershcopf | Partner | .70 | hrs at | $ 500 / hr | 350.00 |
| Melissa S Harrison | Associate | 4.00 | hrs at | $ 215 / hr | 860.00 |
| **Total Professional Charges** | | | | | **$1,210.00** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275



KRONISH LIEB
WEINER & HELLMAN LLP

November 24, 2004

**Retention / Professional Compensation / Fee Stat**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa S Harrison | 10/06/04 | E-mails to (.1) and call from (.1) E. Jordan re: filing Trenwith final fee application; drafting proposed order re: same (.2) | 0.40 | 215.00 | 86.00 |
| Melissa S Harrison | 10/15/04 | Reviewing/editing proforma (.2) and forwarding to Accounting for correction (.1) | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/20/04 | E-mails to C. DeSoto re: proforma edits | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/25/04 | Reviewing September bill (.2); e-mail to CH re: same (.1) | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/25/04 | E-mail to C. DeSoto re: back-up for September travel expenses | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/28/04 | Call from T. Hammond re: September bill | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/29/04 | Reviewing September travel expenses back-up | 0.20 | 215.00 | 43.00 |
| **Total Fees** | | | **1.60** | | **$344.00** |

KRONISH LIEB WEINER & HELLMAN LLP    •    1114 AVENUE OF THE AMERICAS    •    NEW YORK, NY    •    USA 10036
PHONE (212) 479-6000    •    FAX (212) 479-6275



KRONISH LIEB
WEINER & HELLMAN LLP

Page 12

November 24, 2004

**Retention / Professional Compensation / Fee Stat**

### MATTER FEE SUMMARY

| Timekeeper | Title | | | | | Total |
|---|---|---|---|---|---|---|
| Melissa S Harrison | Associate | 1.60 | hrs at | $ | 215 / hr | 344.00 |
| **Total Professional Charges** | | | | | | **$344.00** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752



**KRONISH LIEB**
**W E I N E R  &  H E L L M A N** LLP

November 24, 2004                                                    Page 13

**Claims**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| Cathy Hershcopf | 10/15/04 | Follow up on PBGC clam. | 0.20 | 500.00 | 100.00 |
| Melissa S Harrison | 10/15/04 | E-mail to McDermott re: PBGC claim | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/20/04 | Reviewing 6th Richters report (.3); e-mail to M. Gottlieb and J. Swartz re: interim distribution to BH (.2) | 0.50 | 215.00 | 107.50 |
| Melissa S Harrison | 10/20/04 | E-mail to CH re: Richters distribution to BH | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/26/04 | E-mail to J. Sieger re: PBGC claims | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/26/04 | E-mail to (.1) and from (.1) J. Sieger re: PBGC claims | 0.20 | 215.00 | 43.00 |
| **Total Fees** | | | **1.30** | | **$336.50** |

KRONISH LIEB WEINER & HELLMAN LLP   •   1114 AVENUE OF THE AMERICAS   •   NEW YORK, NY   •   USA 10036
PHONE (212) 479-6000   •   FAX (212) 479-6275

Invoice No. 135752



KRONISH LIEB
WEINER & HELLMAN LLP

Page 14

November 24, 2004

**Claims**

## MATTER FEE SUMMARY

| Timekeeper | Title | | | | | Total |
|---|---|---|---|---|---|---|
| Cathy Hershcopf | Partner | .20 | hrs at | $ | 500 / hr | 100.00 |
| Melissa S Harrison | Associate | 1.10 | hrs at | $ | 215 / hr | 236.50 |
| **Total Professional Charges** | | | | | | **$336.50** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

**Asset Dispositions**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|------------|------|-------------|-------|------|--------|
| Cathy Hershcopf | 10/05/04 | Review and respond to emails from debtors (.4) and landlord (.3) re: Rouse termination agreement. | 0.70 | 500.00 | 350.00 |
| Cathy Hershcopf | 10/12/04 | Review Bensalem bid procedures (.4) and follow up with Rupe (.2) re: same. | 0.60 | 500.00 | 300.00 |
| Cathy Hershcopf | 10/13/04 | Confer with Harrison re: Bensalem auction. | 0.40 | 500.00 | 200.00 |
| Cathy Hershcopf | 10/13/04 | Review receiver reports re: allocation of Laura Secord proceeds (.4) and confer with Harrison (.1) re: same. | 0.50 | 500.00 | 250.00 |
| Cathy Hershcopf | 10/14/04 | Review 6th interim receiver's report regarding Laura Secord proceeds and Canadian proceeding. | 1.20 | 500.00 | 600.00 |
| Cathy Hershcopf | 10/15/04 | Meet with Harrison re: Bensalem auction. | 0.40 | 500.00 | 200.00 |
| Cathy Hershcopf | 10/19/04 | Confer with Harrison re: Bensalem auction. | 0.20 | 500.00 | 100.00 |
| Cathy Hershcopf | 10/20/04 | Confer with receiver and US debtors re: distribution of Laura Secord proceeds. | 0.40 | 500.00 | 200.00 |
| Cathy Hershcopf | 10/20/04 | Review Bensalem order. | 0.10 | 500.00 | 50.00 |
| Cathy Hershcopf | 10/21/04 | Emails with receiver and US debtors' counsel re: allocation of proceeds to US assets vs. bondholders (.6) and follow up with Creditors' Committee members (.2) re: same. | 0.80 | 500.00 | 400.00 |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004                                             Page 16

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Cathy Hershcopf | 10/26/04 | Revise letter to Receiver re: distribution of Laura Secord proceeds. | 0.30 | 500.00 | 150.00 |
| Melissa S Harrison | 10/12/04 | E-mails from CH and M. Rupe re: Bucks County warehouse auction | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/15/04 | Reviewing Bucks County warehouse sale contract and bidding procedures in preparation for auction (.3); O/C with CH in preparation for auction (.5) | 0.80 | 215.00 | 172.00 |
| Melissa S Harrison | 10/19/04 | Preparation for Bucks County auction | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/19/04 | Reading sales agreements and bid procedures in preparation for Bensalem warehouse auction | 1.00 | 215.00 | 215.00 |
| Melissa S Harrison | 10/19/04 | Attending Bucks County warehouse auction (incl O/C with S. Moeller-Sally and M.Rupe, O/C's with individual bidders, and discussion with I. Saligman following auction's completion) | 2.50 | 215.00 | 537.50 |
| Melissa S Harrison | 10/19/04 | E-mail to CH re: Bucks County warehouse auction | 0.10 | 215.00 | 21.50 |
| Melissa S Harrison | 10/20/04 | Reviewing Bucks County warehouse sale order (.2) and e-mails to CH (.1) and M. Rupe (.1) re: same | 0.40 | 215.00 | 86.00 |
| Melissa S Harrison | 10/20/04 | E-mail to CC re: Bucks County warehouse auction | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/22/04 | Reviewing Richters 3rd, 4th, 5th and 6th reports re: LS sale allocation to ACC US and ACC Canada (.6); e-mail to CH re: same (.2) | 0.80 | 215.00 | 172.00 |
| Melissa S Harrison | 10/22/04 | E-mails from CH, Richter and J. Sieger re: allocation of LS sale proceeds | 0.20 | 215.00 | 43.00 |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

# KRONISH LIEB
## WEINER & HELLMAN LLP

Page 17

November 24, 2004

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa S Harrison | 10/25/04 | E-mail to T. Sandler re: telephonic appearance at Richters hearing | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/25/04 | Reviewing amended Bensalem warehouse order (.2) and e-mails to CH and M. Rupe re: (.1) | 0.30 | 215.00 | 64.50 |
| Melissa S Harrison | 10/26/04 | E-mails to (.1) and from (.1) Richters re: telephonic appearance at Toronto hearing | 0.20 | 215.00 | 43.00 |
| **Total Fees** | | | **12.80** | | **$4,348.00** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752



# KRONISH LIEB
## WEINER & HELLMAN LLP



Page 18

November 24, 2004

**Asset Dispositions**

### MATTER FEE SUMMARY

| Timekeeper | Title | | | | | Total |
|---|---|---|---|---|---|---|
| Cathy Hershcopf | Partner | 5.60 | hrs at | $ 500 | / hr | 2,800.00 |
| Melissa S Harrison | Associate | 7.20 | hrs at | $ 215 | / hr | 1,548.00 |
| **Total Professional Charges** | | | | | | **$4,348.00** |

KRONISH LIEB WEINER & HELLMAN LLP    ●    1114 AVENUE OF THE AMERICAS    ●    NEW YORK, NY    ●    USA 10036
PHONE (212) 479-6000    ●    FAX (212) 479-6275

# KRONISH LIEB
## WEINER & HELLMAN LLP

November 24, 2004

**Asset Analysis**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa S Harrison | 10/13/04 | Reviewing weekly financial report | 0.20 | 215.00 | 43.00 |
| Melissa S Harrison | 10/21/04 | E-mail from D. Berliner re: tax return status | 0.10 | 215.00 | 21.50 |
| **Total Fees** | | | **0.30** | | **$64.50** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752



# KRONISH LIEB
## WEINER & HELLMAN LLP

Page 20

November 24, 2004

**Asset Analysis**

### MATTER FEE SUMMARY

| Timekeeper | Title | | | | Total |
|---|---|---|---|---|---|
| Melissa S Harrison | Associate | .30 | hrs at | $  215  / hr | 64.50 |
| **Total Professional Charges** | | | | | **$64.50** |

KRONISH LIEB WEINER & HELLMAN LLP   ●   1114 AVENUE OF THE AMERICAS   ●   NEW YORK, NY   ●   USA 10036
PHONE (212) 479-6000   ●   FAX (212) 479-6275

Invoice No. 135752

# KRONISH LIEB
## W E I N E R  &  H E L L M A N LLP

November 24, 2004

Page 21

**Travel**

## MATTER FEE DETAILS

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melissa S Harrison | 10/19/04 | Travel to/from Bucks County warehouse auction (billed at 1/2 time) | 2.20 | 215.00 | 473.00 |
| **Total Fees** | | | **2.20** | | **$473.00** |

KRONISH LIEB WEINER & HELLMAN LLP    •    1114 AVENUE OF THE AMERICAS    •    NEW YORK, NY    •    USA 10036
PHONE (212) 479-6000    •    FAX (212) 479-6275

Invoice No. 135752