*Final Report*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation           CASE NO.: 04-03200(PSH)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending    June 30, 2005

| | | |
|---|---:|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | $ 4,539,387 |
| **RECEIPTS:** | | |
| 1. Reimbursement of legal retainers | $ 198,775 | |
| 2. Receipts from operations (Non-Retail) | $ - | |
| 3. Other Receipts | $ 132,254 | |
| TOTAL RECEIPTS | | $ 331,029 |
| **DISBURSEMENTS** | | |
| 3. Net payroll: | | |
|   a. Officers | $ 58,104 | |
|   b. Others | $ 569 | |
| 4. Taxes: | | |
|   a. Payroll Taxes | $ 38,698 | |
|   b. Real Estate Taxes | $ - | |
|   c. Sales Taxes | $ - | |
| 5. Necessary expenses: | | |
|   a. Distributions to Bondholders | $ 4,539,282 | |
|   a. Professional Fees | $ 171,030 | |
|   b. Other | $ 10,109 | |
|   c. Service Fees (Banks, Credit Cards, etc.) | $ 6,506 | |
| TOTAL DISBURSEMENTS | | $ 4,824,298 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | $ (4,493,269) |
| ENDING BALANCE IN ALL ACCOUNTS (SEE ATTACHED FOR DETAIL BY ACCOUNT) | | $ 46,118 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation  CASE NO.: 04-03200(PSH)

| Bank Institution | Account Number | Address 1 | Address 2 | City | State | Zip | Description | Balance |
|---|---|---|---|---|---|---|---|---|
| Bank of New York | 401777 | Corporate Trust Admin | 101 Barclay St, Flr 8W | New York | NY | 10286 | Millenium Park Escrow Fund | $ 46,118.10 |
| LaSalle National Bank | 5800363235 | 135 S. LaSalle St | | Chicago | IL | 60603 | DDA Checking | $ - |
| LaSalle National Bank | 5800504341 | 135 S. LaSalle St | | Chicago | IL | 60603 | DDA Checking | $ - |
| | | | | | | | | $ 46,118.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation            CASE NO.: 04-03200(PSH)

### RECEIPTS LISTING

For Month Ending   June 30, 2005

Bank: LaSalle Bank NA
Location: 135 South LaSalle Street, Chicago, Illinois 60603
Account Name: Archibald Candy Corporation - Various Bank Accounts
Account No.: Various

| DESCRIPTION | AMOUNT |
|---|---|
| Retail Cash | $ - |
| Retail Credit Cards | $ - |
| Non-Retail Cash | $ - |
| Non-Retail Credit Cards | $ - |
| Receipts into Concentration and Blocked accounts | $ 331,029 |
| | $ 331,029 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation          CASE NO.: 04-03200(PSH)

DISBURSEMENT LISTING

For Month Ending    June 30, 2005

Bank: LaSalle Bank NA
Location: 135 South LaSalle Street, Chicago, Illinois 60603
Account Name: Archibald Candy Corporation Disbursement Accounts
Account No.: Various

| DESCRIPTION | AMOUNT |
|---|---|
| La Salle - Concentration (Wires, Taxes, Fees, Loan Payoff) | $ 4,604,776 |
| La Salle - Accounts Payable | $ 219,522 |
| La Salle - Rent | $ - |
| La Salle - Payroll (Weekly) | $ - |
| La Salle - Payroll (Semi-monthly) | $ - |
| | $ 4,824,298 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation         CASE NO.: 04-03200(PSH)

For Month Ending        June 30, 2005

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $     - |
| Add: purchases | $     - |
| Less: goods sold (cost basis) | $     - |
| Ending Inventory | $     - |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period (based on payroll check issuances) | $     93,440 |
| Payroll taxes due but unpaid | $     - |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| IOS Capital/ IKON | Copier Lease | $254.00 Qtrly | 0 | $0.00 |
| IBM | Computer Lease | $199.00 Monthly | 0 | $0.00 |

* Include only post-petition payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation    CASE NO.: 04-03200(PSH)

### STATEMENT OF AGED RECEIVABLES

For Month Ending    June 30, 2005

ACCOUNTS RECEIVABLE

| | A/R Trade | Intercompany Archibald Candy (Canada) Corp. | Total |
|---|---|---|---|
| Beginning of month balance | $ - | $ - | $ - |
| Less: Sale of Company | $ - | $ - | $ - |
| Less: collections/write-offs | $ - | $ - | $ - |
| End of month balance | $ - | $ - | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

### STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: credit extended | $ 201,767.00 |
| Less: payments on account | $ (201,767.00) |
| End of month balance | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

None

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation          CASE NO.: 04-03200(PSH)

FOR MONTH ENDING June 30, 2005

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (x) | No ( ) |
| 2. | FICA withholdings | Yes (x) | No ( ) |
| 3. | Employee's withholdings | Yes (x) | No ( ) |
| 4. | Employer's FICA | Yes (x) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (x) | No ( ) |
| 6. | State Income Tax | Yes (x) | No ( ) |
| 7. | State Employee withholdings | Yes (x) | No ( ) |
| 8. | All other state taxes | Yes (x) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Candy Corporation                    CASE NO.:    04-03200(PSH)

## Verification of Fiduciary's Federal Tax Deposit

The Company remits its federal taxes using the Electronic Federal Tax Payment System (EFTPS) Deposit.
The Company is current on all federal tax deposits.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard J. Anglin, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Richard J. Anglin

Vice President and CFO

DATED: 7/18/05