Case 04-03200   Doc 776   Filed 07/23/05   Entered 07/23/05 12:59:47   Desc Main
               Document      Page 1 of 8

*Final Report*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Middle Holdings Corporation     CASE NO.: 04-03201(PSH)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   June 30, 2005

BEGINNING BALANCE IN ALL ACCOUNTS                                         $     -

RECEIPTS:

    1. Receipts from operations                                  $     -
    2. Other Receipts                                            $     -

DISBURSEMENTS

    3. Net payroll:
      a. Officers                                       $     -
      b. Others                                         $     -

    4. Taxes:
      a. Federal Income Taxes                           $     -
      b. FICA withholdings                              $     -
      c. Employer's withholdings                        $     -
      c. Employer's FICA
      c. Federal Unemployment Taxes
      c. State Income Tax
      c. State Employee withholdings
      c. All other state taxes

    5. Necessary expenses:
      a. Rent or mortgage payment(s)                    $     -
      b. Utilities                                      $     -
      c. Insurance                                      $     -
      d. Merchandise bought for manufacture or sale     $     -
      e. Other necessary expenses                       $     -

TOTAL DISBURSEMENTS                                                       $     -

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD                       $     -

ENDING BALANCE IN ALL ACCOUNTS                                            $     -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Middle Holdings Corporation     CASE NO.: 04-03201(PSH)

RECEIPTS LISTING

For Month Ending    June 30, 2005

Bank: _____
Location: _____
Account Name: _____
Account No.: _____

| DESCRIPTION | AMOUNT |
|---|---|
| None | $    - |

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Middle Holdings Corporation   CASE NO.: 04-03201(PSH)

DISBURSEMENT LISTING

For Month Ending    June 30, 2005

Bank: _____
Location: _____
Account Name: _____
Account No.: _____

| DESCRIPTION | AMOUNT |
|---|---|
| None | $   - |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Archibald Middle Holdings Corporation            CASE NO.:    04-03201(PSH)

For Month Ending    June 30, 2005

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $ - |
| Add: purchases | $ - |
| Less: goods sold (cost basis) | $ - |
| Ending Inventory | $ - |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ - |
| Payroll taxes due but unpaid | $ - |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| None | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Middle Holdings Corporation  CASE NO.: 04-03201(PSH)

## STATEMENT OF AGED RECEIVABLES

For Month Ending: June 30, 2005

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: sales on account | $ - |
| Less: collections | $ - |
| End of month balance | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: credit extended | $ - |
| Less: payments on account | $ - |
| End of month balance | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

None.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Archibald Middle Holdings Corporation         CASE NO.: 04-03201(PSH)

FOR MONTH ENDING June 30, 2005

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

Note: This Company does not have any payroll and, therefore, does not remit any federal tax payments.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Archibald Middle Holdings Corporation         CASE NO.:   04-03201(PSH)

VERIFICATION OF FIDUCIARY FEDERAL TAX DEPOSIT

This Company does not have any payroll and, therefore, does not remit any federal tax payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard J. Anglin, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

Richard J. Anglin

Vice President and CFO

DATED: 7/15/05

OPERATING REPORT Page 8