UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 04 B 3200 |
| | ) |
| ARCHIBALD CANDY CORP., et al., | ) Chapter 7 |
| | ) |
| Debtors. | ) Judge Pamela S. Hollis |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER AWARDING TO TISHLER & WALD, LTD., COUNSEL TO ALEXANDER S. KNOPFLER, CHAPTER 7 TRUSTEE, ALLOWANCE AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 128,463.00 | TOTAL COSTS REQUESTED: | $ 1,140.87 |
| TOTAL FEES REDUCED: | $     4,095.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 124,368.00 | TOTAL COSTS ALLOWED: | $ 1,140.87 |

**TOTAL FEES AND COSTS ALLOWED:  $ 125,508.87**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)    Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work.") (citation omitted); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(5)    Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). When more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A).

IT IS SO ORDERED.

ENTERED:

Date:  **JUN 2 7 2006**

PAMELA S. HOLLIS
United States Bankruptcy Judge

TISHLER & WALD, LTD.
Suite 3000
200 South Wacker Drive
Chicago, Illinois 60606

**EXHIBIT B**

Page: 1
Invoice Date: JUNE 01, 2006
Law Firm Matter Number: 4213 -104
Invoice Number: 151010

4213 -104
Knopfler, Alexander S.
Ch 7 Trustee for Archibald Candy
225 North Michigan Ave. Ste.1100
Chicago, Il. 60601

Re: Matter Name   :B120 - Asset Analysis and Recovery
    Matter Number :
    Cost Center   :

| DATE | ATT | TASK | ACTV | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICES RENDERED | | | | | | |
| 07/27/05 | ADK | B120 | A105 | Telephone Conference with LRD and plan and prepare for voluminous adversary proceedings. | .20 | 64.00 |
| 07/27/05 | ADK | B120 | A106 | Preparation for first meeting with Trustee. | 1.50 | 480.00 |
| 07/27/05 | ADK | B120 | A105 | Meeting with JBR re: staffing. | .30 | 96.00 |
| 07/28/05 | ADK | B120 | A107 | Telephone Conference with Peter Siddiqui seeking data and documents. | .20 | 64.00 |
| 08/02/05 | ADK | B120 | A107 | Telephone conference with Mark Thomas re: turnover data. | .20 | 64.00 |
| 08/02/05 | ADK | B120 | A106 | Telephone conference with Alexander Knopfler. ④ | .20 | 64.00 |
| 08/03/05 | ADK | B120 | A108 | Telephone Conference with Rick Anglin re: CPA data. | .30 | 96.00 |
| 08/03/05 | ADK | B120 | A107 | LD Telephone Conference with Cathy Herschcopf re: CPA report. | .40 | 128.00 |
| 08/04/05 | ADK | B120 | A104 | Review 341(a) questions. | .20 | 64.00 |
| 08/04/05 | ADK | B120 | A102 | Legal research re: Section 542. | .60 | 192.00 |
| 08/04/05 | ADK | B120 | A108 | Letter to Rick Anglin. ④ | .10 | 32.00 |
| 08/04/05 | ADK | B120 | A107 | Letter to BDO Seidman attorney seeking preference data. | .60 | 192.00 |
| 08/05/05 | ADK | B120 | A105 | Meeting with JBR. ④ | .30 | 96.00 |
| 08/05/05 | ADK | B120 | A103 | Draft letter to Trustee. ④ | .20 | 64.00 |
| 08/05/05 | BLW | B120 | A102 | Legal research re: letter to Cathy Herschcopf, attorney for BDO Seidman, demanding financial information on preference analysis. | .40 | 146.00 |
| 08/05/05 | JBR | B120 | A103 | Review demand letter to attorney Herschcopf. | .10 | 29.50 |
| 08/05/05 | JBR | B120 | A105 | Conference with BLW re: administrative claims priorities. | .20 | 59.00 |
| 08/09/05 | BLW | B120 | A104 | Review letter from Cathy Herschcopf | .30 | 109.50 |

```
4213   104                                    JUNE 01, 2006        PAGE    3
Knopfler, Alexander S.                        Invoice  151010
B120 - Asset Analysis and Recovery
```

| DATE | ATT | TASK | ACTV | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | Moeller-Sally re: BDO status and funding. | | |
| 08/25/05 | ADK | B120 | A106 | Telephone Conference with Alex Knopfler re: BDO status and funding. | .20 | 64.00 |
| 08/26/05 | ADK | B120 | A108 | LD Phone Conf with Patrick O'Gorman. | .10 | 32.00 |
| 08/31/05 | ADK | B120 | A106 | Meeting with Alex Knopfler. ④ | .50 | 160.00 |
| 08/31/05 | ADK | B120 | A107 | Telephone Conf with Gretchen Silver. | .10 | 32.00 |
| 08/31/05 | ADK | B120 | A107 | LD Phone Conf with Steve Moeller-Sally re: financing/cash collections. | .20 | 64.00 |
| 09/01/05 | ADK | B120 | A103 | Revise documents re: engagement. | .30 | 96.00 |
| 09/01/05 | ADK | B120 | A105 | Meeting with clerk re: research. | .30 | 96.00 |
| 09/01/05 | GJO | B120 | A102 | Legal research re: applicability of 2005 Bankruptcy Reform Act. | 3.00 | 315.00 |
| 09/06/05 | ADK | B120 | A106 | Telephone conference with Alex Knopfler. | .30 | 96.00 |
| 09/06/05 | ADK | B120 | A108 | Telephone conference with Rick Anglin. ④ | .10 | 32.00 |
| 09/06/05 | ADK | B120 | A105 | Meeting with clerk. | .10 | 32.00 |
| 09/07/05 | ADK | B120 | A106 | Telephone Conference with Trustee and letter to Steve Moeller-Sally. | .30 | 96.00 |
| 09/07/05 | ADK | B120 | A108 | Telephone conference with bankruptcy accounts receivable analyst. | .20 | 64.00 |
| 09/07/05 | ADK | B120 | A107 | LD Phone Conf with Steve Moeller-Sally. ④ | .20 | 64.00 |
| 09/12/05 | ADK | B120 | A107 | LD Phone Conf with Steve Moeller-Sally re: research. | .10 | 32.00 |
| 09/13/05 | ADK | B120 | A108 | Telephone Conference with A/R purchaser proposer. | .10 | 32.00 |
| 09/13/05 | ADK | B120 | A108 | Letter to ex-CFO re: BDO and data status. | .10 | 32.00 |
| 09/14/05 | ADK | B120 | A106 | Meeting with Trustee. | .50 | 160.00 |
| 09/14/05 | ADK | B120 | A107 | Telephone Conference with Peter Siddiqui. | .10 | 32.00 |
| 09/14/05 | ADK | B120 | A108 | Telephone Conference with Rick Anglin. ④ | .10 | 32.00 |
| 09/16/05 | ADK | B120 | A108 | Telephone Conference with Rick Anglin. | .10 | 32.00 |
| 09/19/05 | ADK | B120 | A107 | Telephone Conference with Peter Siddiqui. | .20 | 64.00 |
| 09/19/05 | ADK | B120 | A104 | Review Rick Anglin e-mails. | .30 | 96.00 |
| 09/20/05 | ADK | B120 | A101 | Meeting with KMC re: court coverage. | .30 | 96.00 |
| 09/20/05 | ADK | B120 | A107 | LD Phone Conf with Steve Moeller-Sally re: authority. | .30 | 96.00 |
| 09/20/05 | KMC | B120 | A105 | Conference with Alex Kerr re: 9/22 hearing. | .30 | 90.00 |

```
4213   104                                    JUNE 01, 2006      PAGE    4
Knopfler, Alexander S.                        Invoice  151010
B120 - Asset Analysis and Recovery
```

| DATE | ATT | TASK | ACTV | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 09/20/05 | KMC | B120 | A104 | Review pleadings re: 9/22 hearing. | .10 | 30.00 |
| 09/21/05 | ADK | B120 | A106 | Telephone conference with Alex Knopfler. ④ | .20 | 64.00 |
| 09/21/05 | ADK | B120 | A101 | Preparation for KMC court coverage for 9/22 hearing. | .20 | 64.00 |
| 09/21/05 | ADK | B120 | A107 | Telephone conference with Bruce Jorgeson. ④ | .20 | 64.00 |
| 09/21/05 | ADK | B120 | A107 | Telephone conference with Ross Martin re: check payee identification. | .20 | 64.00 |
| 09/22/05 | KMC | B120 | A105 | Conference with Alex Kerr re: attendance at court hearing today. | .10 | 30.00 |
| 09/23/05 | ADK | B120 | A107 | Telephone conference with Peter Siddiqui. | .20 | 64.00 |
| 09/26/05 | ADK | B120 | A106 | Telephone conference with Alex Knopfler. ④ | .40 | 128.00 |
| 09/27/05 | ADK | B120 | A107 | Telephone conference with Peter Siddiqui. | .10 | 32.00 |
| 09/27/05 | ADK | B120 | A108 | Meeting at Jenner & Block re: file turnover. | 2.60 | 832.00 |
| 09/27/05 | ADK | B120 | A108 | Telephone Conference with Rick Anglin. | .10 | 32.00 |
| 09/28/05 | ADK | B120 | A108 | Telephone Conference with Rick Anglin. ④ | .10 | 32.00 |
| 09/28/05 | ADK | B120 | A106 | Telephone Conference with Alex Knopfler. | .20 | 64.00 |
| 09/28/05 | LRD | B120 | A105 | Conference with ADK regarding preferences. | .20 | 48.00 |
| 10/01/05 | ADK | B120 | A106 | Letter to Trustee re: draft motion. | .30 | 96.00 |
| 10/03/05 | ADK | B120 | A108 | Telephone Conference with Richard Anglin. | .20 | 64.00 |
| 10/03/05 | ADK | B120 | A105 | Meeting with DAK re: space needs for Richard Anglin material. | .20 | 64.00 |
| 10/03/05 | ADK | B120 | A106 | Telephone Conference with Trustee re: BDO motion. | .20 | 64.00 |
| 10/07/05 | ADK | B120 | A106 | Telephone Conference with Trustee. ④ | .20 | 64.00 |
| 10/13/05 | ADK | B120 | A107 | Telephone conference with BDO Seidman attorney, Barbara Taylor. | .10 | 32.00 |
| 10/13/05 | ADK | B120 | A108 | Telephone conference with Richard Anglin. ④ | .20 | 64.00 |
| 10/14/05 | ADK | B120 | A108 | Telephone conference with BDO paralegal. | .20 | 64.00 |
| 10/15/05 | ADK | B120 | A111 | Move Archibald files and computer into T&W office. ⑬ | 4.00 | 1,280.00 |
| 10/15/05 | ADK | B120 | A108 | Meeting with CFO and comptroller. ④ | 1.50 | 480.00 |
| 10/15/05 | ADK | B120 | A103 | Letter to LaSalle Bank. | .10 | 32.00 |

```
4213   104                                    JUNE 01, 2006         PAGE    6
Knopfler, Alexander S.                        Invoice  151010
B120 - Asset Analysis and Recovery
```

| DATE | ATT | TASK | ACTV | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 03/30/06 | ADK | B120 | A108 | Meeting with Peggy Hunn. | 1.00 | 340.00 |
| 03/30/06 | ADK | B120 | A107 | Telephone conference with Rick Anglin. | .10 | 34.00 |
| 03/30/06 | ADK | B120 | A107 | Telephone conference with Ed Goralski. | .10 | 34.00 |
| 03/30/06 | ADK | B120 | A107 | Telephone conference with Pete Siddiqui re: Ted Shepherd contract questions. | .10 | 34.00 |
| 03/30/06 | LRD | B120 | A104 | Review documents regarding severance agreements, tax issues, other agreements. | .60 | 156.00 |
| 03/30/06 | LRD | B120 | A108 | Meeting with Peggy Hunn (accounting) regarding severance agreements, tax issues, other agreements. | .30 | 78.00 |
| 04/03/06 | ADK | B120 | A107 | Telephone conference with Pete Siddiqui re: additional Ted Shepherd contract documents. | .10 | 34.00 |
| 04/03/06 | ADK | B120 | A107 | Telephone conference with Rick Anglin re: Ted Shepherd contract documents. | .10 | 34.00 |

```
                TOTAL SERVICES RENDERED                        43.50      $12,948.50
```

(Annotation: items 2–4 grouped as "④")

RECAP OF FEES BILLED

| | | | |
|---|---|---|---|
| Alexander D. Kerr, Jr. | 32.30 Hrs | 320.00/Hr | 10,336.00 |
| Alexander D. Kerr, Jr. | 1.50 Hrs | 340.00/Hr | 510.00 |
| Bruce L. Wald | 0.70 Hrs | 365.00/Hr | 255.50 |
| Gavin O'Keefe | 3.00 Hrs | 105.00/Hr | 315.00 |
| JEFFREY B. ROSE | 0.80 Hrs | 295.00/Hr | 236.00 |
| KURT M. CARLSON | 0.50 Hrs | 300.00/Hr | 150.00 |
| Lawrence R. Drumm | 3.80 Hrs | 240.00/Hr | 912.00 |
| Lawrence R. Drumm | 0.90 Hrs | 260.00/Hr | 234.00 |
| TOTAL | 43.50 Hrs | | $ 12,948.50 |

TISHLER & WALD, LTD.
Suite 3000
200 South Wacker Drive
Chicago, Illinois 60606

**EXHIBIT J**

Page: 1
Invoice Date: JUNE 01, 2006
Law Firm Matter Number: 4213 -112
Invoice Number: 151018

4213 -112
Knopfler, Alexander S.
Ch 7 Trustee for Archibald Candy
225 North Michigan Ave. Ste.1100
Chicago, Il. 60601

Re: Matter Name  :L230 - Court-Mandated Conferences &
    Matter Number :
    Cost Center   :

| DATE | ATT | TASK | ACTV | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| SERVICES RENDERED | | | | | | |
| 08/02/05 | ADK | L230 | A109 | Attendance at Court appearance for Trustee Motion. | 1.00 | 320.00 |
| 08/02/05 | ADK | L230 | A101 | Preparation for attendance at court appearance for Trustee Motion. | .50 | 160.00 |
| 08/02/05 | JBR | L230 | A109 | Court appearance - hearing on Trustee's Motion to Employ Counsel. | 1.00 | 295.00 |
| 09/22/05 | KMC | L230 | A109 | Attendance at court hearing. | .90 | 270.00 |
| 10/27/05 | ADK | L230 | A101 | Preparation for, attendance at court hearing re: Trustee's motions. | .80 | 256.00 |
| 12/22/05 | ADK | L230 | A109 | Preparation for and attendance at Court hearing. | .60 | 192.00 |
| 03/08/06 | LRD | L230 | A109 | Court appearance regarding defenses, extension regarding preparation for 3/16/06 status hearing. | 2.20 | 572.00 |
| 03/16/06 | LRD | L230 | A109 | Court appearance regarding status on preferences. | .60 | 156.00 |
| 03/16/06 | LRD | L230 | A101 | Preparation for court appearance regarding status of preferences. | .40 | 104.00 |
| 04/20/06 | ADK | L230 | A109 | Court appearance on Secretary of State tax matter. | .90 | 306.00 |
| | | | | TOTAL SERVICES RENDERED | 8.90 | $ 2,631.00 |