UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ARCHIBALD CANDY CORPORATION & | ) | Case No. 04-03200-PSH |
| ARCHIBALD MIDDLE HOLDING CORP | ) | |
| | ) | Hon. PAMELA S. HOLLIS |

**TRUSTEE'S FINAL APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE PAMELA S. HOLLIS

NOW COMES ALEXANDER S. KNOPFLER, Trustee herein, pursuant to 11 U.S.C. §330, and requests $65,393.94 as compensation and $90.13 for reimbursement of expenses, $45,834.56 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATON

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,404,798.09. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $47,500.00 | ($47,500.00 max.) |
| 03% of balance | $12,143.94 | |
| | | |
| TOTAL COMPENSATION | $65,393.94 | |
| LESS AMOUNT PREVIOUSLY PAID. | 45,834.56* | |
| **COMPENSATION REQUESTED:** | **$19,559.38** | |

*Trustee's motions for compensation with supporting time previously sent to the core service list and filed and approved by the Court for the following previously paid compensation:

| | | |
|---|---|---|
| Order 09/19/2006 | $14,278.10 | (EOD 914) |
| Order 02/12/2007 | 6,132.57 | (EOD 932) |
| Order 11/20/2007 | 7,388.90 | (EOD 969) |
| Order 03/19/2009 | 7,221.04 | (EOD 1024) |
| Order 09/23/2010 | 10,813.95 | (EOD 1088) |
| Total | $45,834.56* | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

Postage:
Aug. 5, 2005 to Jan. 20, 2011                $90.13

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE:  May 31, 2011                    /s/ Alexander S. Knopfler

ALEXANDER S. KNOPFLER, TRUSTEE
P.O. BOX 251
GLENCOE, IL  60022