UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| ARCHIBALD CANDY CORPORATION & ) | | Case No. 04-03200-PSH |
| ARCHIBALD MIDDLE HOLDING CORP ) | | |
| Debtor(s). ) | | Hon. PAMELA S. HOLLIS |

**Notice of Trustee's Final Report, Hearing on Application
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court
           219 South Dearborn Street, Courtroom 644
           Chicago, IL   60604

    On: September 6, 2011          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                              $1,404,798.09

    Disbursements                                                           $878,994.99

    Net Cash Available for Distribution                                    $525,803.10

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALEXANDER S. KNOPFLER<br>*Trustee Compensation* | $45,834.56 | $19,559.38 | $90.13 |
| BNY MIDWEST TRUST COMPANY, LLC, BOND TRUSTEE<br>*Other Chapter 7 Administrative* | $114,250.00 | $506,153.59 | $0.00 |
| TISHLER & WALD, LTD. | $14,000.00 | $0.00 | $0.00 |

*Other Chapter 7 Administrative*

| | | | |
|---|---|---|---|
| TISHLER & WALD, LTD.<br>*Attorney for Trustee* | $642,262.51* | $0.00 | $0.00 |
| VIRCHOW KRAUSE & COMPANY;<br>ROZOVICS & WOJCICKI, PC<br>*Accountant for Trustee* | $46,151.84* | $0.00 | $0.00 |

*Fees and Expenses

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,100,000.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | BNY Midwest Trust Company, LLC, Bond Trustee | $3,100,000.00 | |

7. Claims of general unsecured creditors totaling $30,161,437.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | BNY Midwest Trust Company, LLC, Bond Trustee | $30,000,000.00 | $0.00 |
| 000002 | Rockford Plaza Joint Venture | $25,937.83 | $0.00 |
| 000003 | Indiana Sugars, Inc. | $30,000.00 | $0.00 |
| 000004 | Pamco Tape & Label Co., Inc. | $25,000.00 | $0.00 |
| 000005 | Kencraft Inc. | $15,000.00 | $0.00 |
| 000006 | Sr&J Customer Care Call Centres, In | $3,500.00 | $0.00 |
| 000007 | Ganong Bros. Ltd | $38,000.00 | $0.00 |
| 000008 | Tsudis Chocolate | $24,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: August 10, 2011                    For the Court,

                          By:   **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the U.S. Bankruptcy Court
                                219 South Dearborn Street
                                Chicago, IL   60604

Trustee:    Alexander S. Knopfler
Address:    P.O. Box 251
            Glencoe, IL  60022

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 04-03200-PSH
Archibald Candy Corporation and Archibal                                 Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte              Page 1 of 2               Date Rcvd: Aug 11, 2011
                               Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2011.
db           +Archibald Candy Corporation and Archibald Middle H,    1137 Jackson Boulevard,
               Chicago, IL 60607-2905
aty          +Alexander D Kerr,    Tishler And Wald, Ltd,    200 S Wacker Drive,    Ste 3000,
               Chicago, IL 60606-5815
aty          +Alexander D Kerr, Jr,    Tishler & Wald, Ltd,    200 South Wacker Drive,    Suite 3000,
               Chicago, IL 60606-5815
aty          +Jeffrey B Rose,    Tishler & Wald, Ltd,    200 S Wacker Drive,    Suite 3000,
               Chicago, IL 60606-5815
aty          +Jeffrey L. Gansberg,    Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +John P Sieger,    Jenner & Block LLC,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Lawrence R Drumm,    Clausen Miller P.C.,    10 S. LaSalle St.,    Chicago, IL 60603-1098
aty          +Mark K Thomas,    Jenner & Block,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Michael C Rupe,    Jenner & Block, LLC,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Natalia Rzepka Griesbach,    Tishler & Wald, Ltd.,    200 S. Wacker Drive,    Suite 3000,
               Chicago, IL 60606-5815
aty          +Peter A Siddiqui,    Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Tishler & Wald, Ltd,    200 S Wacker Dr #3000,    Chicago, IL 60606-5815
tr           +Alexander S Knopfler,    Alex Knopfler & Associates Ltd.,    P O Box 251,    Glencoe, IL 60022-0251
14705404     +Christine A. Saunders,    Metz, Lewis,LLC,    11 Stanwix Street, 18th Floor,
               Pittsburgh, PA 15222-1312
8539576      +Countrywide Home Loan,    Bankruptcy Department,    PO Box 5170,    Simi Valley, CA 93062-5170
14124836     +Ganong Bros. Ltd.,    c/o Aaron B Chapin Esq,    Reed Smith LLP,    10 S Wacker Dr 40th Flr,
               Chicago, IL 60606-7506
11043518     +Indiana Sugars, Inc.,    c/o John Witt,    745 McCintock Drive,    Suite 320,
               Burr Ridge, Illinois 60527-0880
13617944     +Kencraft Inc.,    c/o Steven B. Chaiken,    Adelman & Gettleman, Ltd.,
               53 W. Jackson Blvd., Suite 1050,    Chicago, IL 60604-3786
10803476     +Michigan Gas Utilities,    c/o Alliance Data Systems,    PO Box 2176,    Scottsbluff NE 69363-2176
11884250     +Pamco Tape & Label Co., Inc.,    2200 S. Wolf Road,    Des Plaines, IL 60018-1934,
               Phone: (847)803-2200
9645815       Rockford Plaza Joint Venture,    c/o Daniel M. Donahue,    McGreevy Williams,    POB 2903,
               Rockford, IL 61132-2903
8702274     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Nextel West Corp,    Nextel Communications Inc,    Attn: Bankruptcy,
               PO Box 172408,    Denver, CO 80217-2408)
13897271     +SR&J Customer Care Call Centres, Inc.,    co Frank/Gecker LLP,    Attn: Jeremy C. Kleinman,
               325 North LaSalle Street, Suite 625},    Chicago, Illinois 60654-6465
14705532     +Tsudis Chocolate,    c/o Christine Saunders,    Metz Lewis, LLC,    11 Stanwix Street, 18th Floor,
               Pittsburgh, PA 15222-1312
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10803471    ##+Aquila, Inc.,    20 West 9th Street,    Kansas City MO 64105-1704
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: arodarte          Page 2 of 2          Date Rcvd: Aug 11, 2011
                              Form ID: pdf006         Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2011**            **Signature:**    _/s/ Joseph Speetjens_