UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04-03200 |
| | ) | |
| ARCHIBALD CANDY CORPORATION, *et al.*, | ) | Chapter 7 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | U. S. Bankruptcy Judge |

## CHAPTER 7 TRUSTEE'S DISTRIBUTION REPORT, CERTIFICATION THAT THE CASE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED

ALEXANDER S. KNOPFLER, Chapter 7 Trustee herein, submits this report, certification and application as follows:

1. All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. ( Exhibit A – Form 1 and Exhibit B – Form 2). The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law. The Trustee hereby requests to be discharged from further duties as a trustee.

2. In accordance with this Court's Orders, the net proceeds of the Estate in the amount of $506,153.59 have been distributed to the priority creditor, BNY Midwest Trust Company, LLC, Bond Trustee.

3. Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: October 17, 2011                          Respectfully submitted,

/s/Alexander S. Knopfler
ALEXANDER S. KNOPFLER,
Chapter 7 Trustee